PHILIP M. HYMANSON (Bar No. 2253)
ERIC W. SWANIS (Bar No. 6840)
F. CHRISTOPHER AUSTIN (Bar No. 6559)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: TratosM@gtlaw.com
HymansonP@gtlaw.com
SwanisE@gtlaw.com

*Attorneys for Defendants and Counterclaimant*
SILAR ADVISORS, LP,
SILAR SPECIAL OPPORTUNITIES FUND, LP,
and ASSET RESOLUTION, LLC

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. 2:07-cv-00892-RCJ-GWF<br><br>Consolidated With Case Nos.:<br>3:07-cv-241-RCJ-VPC<br>2:07-cv-894-RCJ-GWF<br>2:07-cv-1133-RCJ-GWF<br>2:08-cv-1389-RCJ-PAL |
| 3685 SAN FEDERNANDO LENDERS, COMPANY, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS USA SPE, LLC; SILAR ADVISORS, LP; SILAR SPECIAL OPPORTUNITIES FUND, LP; ASSET RESOLUTION, LLC, et al.<br><br>Defendants. | **NOTICE OF APPEAL** |
| AND RELATED COUNTERCLAIMS. | |

Defendants/Counterclaimants Silar Advisors, LP, and Silar Special Opportunities Fund, LP (collectively "Silar") and Asset Resolution, LLC ("Asset Resolution"), by and through their undersigned counsel Greenberg Traurig, hereby give notice of appeal to the United States Court of

Appeals for the Ninth Circuit from the District Court's ruling of August 27, 2009 not yet docketed entering judgment that approves the sale of the Gess Property to a joint venture. The Court also ruled that Asset Resolution was entitled to: (1) its direct lender interest in the Gess Loan; (2) its advances incurred through closing; and (3) all related attorneys fees and advances related to the Gess Property. The Court denied Defendants' request for a stay pending appeal. The judgment being appealed has not been docketed as yet. As soon as the judgment is docketed, the undersigned will amend this Notice of Appeal with the Order.

This ruling is immediately appealable pursuant to Rule 54(b) as certified by The Honorable Robert C. Jones.

DATED this 28th day of August 2009.

**GREENBERG TRAURIG, LLP**

By: /s/ Eric W. Swanis
PHILIP M. HYMANSON (Bar No. 2253)
ERIC W. SWANIS (Bar No. 6840)
F. CHRISTOPHER AUSTIN (Bar No. 6559)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Attorneys for Defendants and Counterclaimant*
SILAR ADVISORS, LP,
SILAR SPECIAL OPPORTUNITIES FUND, LP, and ASSET RESOLUTION, LLC

/ / /

/ / /

/ / /

/ / /

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002