PHILIP M. HYMANSON (Bar No. 2253)
ERIC W. SWANIS (Bar No. 6840)
F. CHRISTOPHER AUSTIN (Bar No. 6559)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: TratosM@gtlaw.com
HymansonP@gtlaw.com
SwanisE@gtlaw.com

*Attorneys for Defendants and Counterclaimant*
SILAR ADVISORS, LP,
SILAR SPECIAL OPPORTUNITIES FUND, LP,
and ASSET RESOLUTION, LLC

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

3685 SAN FEDERNANDO LENDERS, COMPANY, LLC, et al.,

Plaintiffs,

v.

COMPASS USA SPE, LLC; SILAR ADVISORS, LP; SILAR SPECIAL OPPORTUNITIES FUND, LP; ASSET RESOLUTION, LLC, et al.

Defendants.

AND RELATED COUNTERCLAIMS.

Case No. 2:07-cv-00892-RCJ-GWF

Consolidated With Case Nos.:
3:07-cv-241-RCJ-VPC
2:07-cv-894-RCJ-GWF
2:07-cv-1133-RCJ-GWF
2:08-cv-1389-RCJ-PAL

**AMENDED NOTICE OF APPEAL**

Defendants/Counterclaimants Silar Advisors, LP, and Silar Special Opportunities Fund, LP (collectively "Silar") and Asset Resolution, LLC ("Asset Resolution"), by and through their undersigned counsel Greenberg Traurig, hereby gives Amended Notice of Appeal, which Amended

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Notice includes the docketed Order of the District Court's ruling of August 28, 2009 entering judgment that approves the sale of the Gess Property to a joint venture, to the United States Court of Appeals for the Ninth Circuit. (A copy of the Order docketed on August 28, 2009 is attached hereto.) The Court also ruled that Asset Resolution was entitled to: (1) its direct lender interest in the Gess Loan; (2) its advances incurred through closing; and (3) all related attorneys fees and advances related to the Gess Property. The Court denied Defendants' request for a stay pending appeal.

This ruling is immediately appealable pursuant to Rule 54(b) as certified by The Honorable Robert C. Jones.

DATED this 1st day of September, 2009.

**GREENBERG TRAURIG, LLP**

By: /s/ Eric W. Swanis
PHILIP M. HYMANSON (Bar No. 2253)
ERIC W. SWANIS (Bar No. 6840)
F. CHRISTOPHER AUSTIN (Bar No. 6559)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Attorneys for Defendants and Counterclaimant*
SILAR ADVISORS, LP,
SILAR SPECIAL OPPORTUNITIES FUND, LP, and ASSET RESOLUTION, LLC