Form 6. Civil Appeals Docketing Statement

| USCA DOCKET # (IF KNOWN) |
| --- |
| |

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: | DISTRICT: JUDGE: | |
| --- | --- | --- |
| In re: USA Commercial Mortgage Co., Debtor.<br>3685 San Federnando Lenders, Company, LLC, et al.,<br>Plaintiffs,<br>v.<br>Compass USA SPE, et al.<br>Defendants.<br>and related Counterclaims. | DISTRICT COURT NUMBER: 2:07-cv-00982 RCJ-GWF | |
| | DATE NOTICE OF APPEAL FILED: 08/27/09 | IS THIS A CROSS-APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): | |

**BRIEF DESCRIPTION OF ACTION AND RESULT BELOW:**
Action by multiple parties involving

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**
Whether the district court erred in approving the sale of assets and denying Appellant of this

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):**

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☐ Possibility of settlement

☐ Likelihood that intervening precedent will control outcome of appeal

☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (specify)

☐ Any other information relevant to the inclusion of this case in the Mediation Program

☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges.

## LOWER COURT INFORMATION



| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT / ORDER APPEALED | RELIEF |
| ☐ FEDERAL QUESTION<br><br>☐ DIVERSITY<br><br>☐ OTHER (SPECIFY) | ☐ FINAL DECISION OF DISTRICT COURT<br><br>☐ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT<br><br>☒ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):<br><br>☐ OTHER (SPECIFY): | ☐ DEFAULT JUDGMENT<br>☐ DISMISSAL / JURISDICTION<br>☐ DISMISSAL / MERITS<br>☐ SUMMARY JUDGMENT<br>☐ JUDGMENT / COURT DECISION<br>☐ JUDGMENT / JURY VERDICT<br>☐ DECLARATORY JUDGMENT<br>☐ JUDGMENT AS A MATTER OF LAW<br>☒ OTHER (SPECIFY): | ☐ DAMAGES:<br>SOUGHT $_____<br>AWARDED $_____<br>☐ INJUNCTIONS:<br>☐ PRELIMINARY<br>☐ PERMANENT<br>☐ GRANTED<br>☐ DENIED<br><br>☐ ATTORNEY FEES:<br>SOUGHT $_____<br>AWARDED $_____<br>☐ PENDING<br><br>☐ COSTS: $_____ |

## CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**

1. COPIES OF ORDER / JUDGMENT APPEALED FROM ARE ATTACHED.
2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED ( SEE 9TH CIR. RULE 3-2
3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.
4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

[signature] 09/01/2009

Signature Date

## COUNSEL WHO COMPLETED THIS FORM

NAME: Puneet K. Garg (NV Bar No. 9811)

FIRM: **Greenberg Traurig**

ADDRESS: 3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169

E-MAIL: cowdent@gtlaw.com

TELEPHONE: 702-792-3773

FAX: **702-792-9002**

*** THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL***
*** IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. 2:07-cv-00892-RCJ-GWF<br><br>Consolidated With Case Nos.:<br>3:07-cv-241-RCJ-VPC<br>2:07-cv-894-RCJ-GWF<br>2:07-cv-1133-RCJ-GWF<br>2:08-cv-1389-RCJ-PAL |
| 3685 SAN FERNANDO LENDERS, COMPANY, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS USA SPE, LLC, et al.<br><br>Defendants. | **ORDER AUTHORIZING THE SALE OF THE GESS PROPERTY TO THE GESS JOINT VENTURE.** |
| AND RELATED COUNTERCLAIMS. | |

Presently before the Court is the Direct Lenders' ("Movants") motion for approval of the sale of the "Gess Property" to a joint venture (the "Joint Venture") between nonparty Wicklow LLC, owned and operated by nonparty John Quinlan (hereafter, Wicklow, LLC will be referred to as "Quinlan"), and the holders of the beneficial interests of record of that property (the "Gess Direct Lenders"). The Court held a hearing on August 27, 2009.

The Gess Direct Lenders are the owners of an 810 unit apartment complex commonly known as the Carlingford Apartments located at 6005-6545 South Gessner Boulevard, Houston, TX 770036 (the "Gess Property"). The Movants offered the Joint Venture to Quinlan as an alternative to a proposed $8.5 million all cash sale of the Gess Property to Quinlan which had previously been proposed by Defendants Silar Advisors, LP, Silar Special Opportunities Fund, LP, and Asset Resolution, LLC (collectively, "Silar"). The sale of the Gess Property is referred to herein as the "Gess Sale." A ballot was e-mailed/faxed on August 24, 2009 to certain Gess Direct Lenders for whom Movants had e-mail addresses/fax numbers, with a required response date of August 26, 2009 at 6:00 p.m. PDT. Pursuant to the Declaration of Charles Maraden re Lenders of Gess Loan

Voting Results, filed August 27, 2009 [Doc. #1426], the holders of at least 51% of the beneficial interests of record in connection with the Gess Property have approved the sale of the Gess Property to the Joint Venture. Specifically, $14,964,000 of the beneficial interest holders, or 56.47% of the outstanding principal balance of $26,500,000, voted to approve the Joint Venture; $1,924,000 of the beneficial interest holders, or 7.26% of the outstanding principal balance of $26,500,000, voted to opt out of the Joint Venture; and $9,612,000 of the beneficial interest holders, or 36.27% of the outstanding principal balance of $26,500,000, either did not receive a ballot or have not yet voted whether to participate in, or opt out of, the Joint Venture. The Court ordered that the Movants use reasonable means to continue to deliver ballots to those Gess Direct Lenders who had not yet received them.

Accordingly, and pursuant to the Court's prior orders in connection with the Gess Property:

IT IS HEREBY ORDERED that the sale of the Gess Property to the Joint Venture is approved. The Gess Property shall be sold by grant, bargain and sale deed to the Joint Venture, which shall be 60% owned by the Gess Direct Lenders who do not elect to opt out of the Joint Venture and 40% owned by Quinlan. All customary and necessary closing documents that need to be prepared and executed in connection with the Gess Sale are also approved. All parties that are required to execute any closing documents in connection with the Gess Sale shall do so without delay. Upon the current title holder failing to execute any such closing documents by 4:30 p.m. CDT today, the Court designates Oralia Tristan as authorized to execute such closing documents for the purpose of effectuating the transfer of title of the Gess Property to the Joint Venture.

IT IS FURTHER ORDERED that ballots concerning the Gess Sale shall be mailed forthwith to any beneficial interest holders of record for whom the Direct Lenders did not have an e-mail address/fax number and, therefore, have not yet elected either to participate in, or opt out of, the Joint Venture. The option to participate in, or opt out of, the Joint Venture shall remain open to any beneficial interest holders in the Gess Property at least until such time as they have voted.

IT IS FURTHER ORDERED that upon the closing on August 28, 2009 or later, the Joint Venture must pay the following sums to the persons or entities identified as follows:

(1) To Asset Resolution and the other beneficial interest holders that elected to opt out of the Joint Venture, a pro rata distribution of their interests based on an $8.5 million equivalent sale price for the Gess Property, provided, however, such amount to be held in trust by the escrow company pending the determination of the amounts due to each lender after allocation of all individual costs, including the payment of prepaid interest and an allocation of the approved loan servicing fee, with such amount not to be released except by further order of the Court;

(2) To Asset Resolution, those claimed servicer advances incurred through closing, totaling $1,530,412.73, to be delivered and paid to Greenberg Traurig, LLP on behalf of Asset Resolution or, in the case of approved unpaid vendors, the approved unpaid vendors, provided, however, if such advances have not been heretofore approved by the Court they are subject to future setoff or recovery pursuant to further order of the Court;

(3) To the Greenberg Traurig, LLP trust account, $94,000 of the total of Asset Resolution's claimed servicing fees to be held in trust pending further order of this Court;

(4) To Debt Acquisition Company of America V, LLC ("DACA"), $382,000 in prepaid interest, provided, however, such amount shall be held in trust by the escrow company until DACA provides a detailed list of prepaid interest related to each Direct Lender and such amounts are allocated to such Direct Lenders;

(5) To the Receiver, $45,000; and

(6) To Garden City Group, Inc., $5,000.

IT IS FURTHER ORDERED that this Order is a final order pursuant to Federal Rule of Civil Procedure 54(b) and there is no just cause to delay an appeal. The Court incorporates herein its prior oral findings on the record.

IT IS FURTHER ORDERED that Silar's oral motion for a stay of this Order pending an appeal is denied.

DATED: August 28, 2009

R. Jones

UNITED STATES DISTRICT JUDGE
THE HONORABLE ROBERT C. JONES

# EFFECTED PARTY SERVICE LIST

| | |
|---|---|
| Janet L. Chubb<br>Jones Vargas<br>100 W. Liberty Street<br>Reno, NV 89501<br>Fax: 775-786-1177<br>Email: tbw@jonesvargas.com | Steven Kowalski<br>29202 Posey Way<br>Rancho Palos Verdes, CA 90275 |
| Lisa Rasmussen<br>Law Office of Lisa Rasmussen<br>616 South Eighth Street<br>Las Vegas, NV 89101<br>Fax: 702-471-6540<br>Email: lisa@lrasmussenlaw.com | Mitchell J. Langberg<br>Brownstein Hyatt Farber Schreck, LLP<br>100 City Parkway<br>Suite 1200<br>Las Vegas, NV 89106<br>Email: mlangberg@bhfs.com |
| Joanna S. Kishner<br>DLA Piper LLP (US)<br>3960 Howard Hughes Pkwy<br>Suite 400<br>Las Vegas, NV 89169<br>joanna.kishner@dlapiper.com | Michael J. Collins<br>Bickel & Brewer<br>1717 Main St. #4800<br>Dallas, TX 75201<br>Fax: 214-653-1015<br>Email: mjc@bickelbrewer.com |