JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone:  775-786-5000
Fax:  775-786-1177
Email:  jlc@jonesvargas.com
    and   tbw@jonesvargas.com
    and   lbubala@jonesvargas.com

WILLIAM A. BREWER III, ESQ.
Texas State Bar No. 02967035
*Admitted Pro Hac Vice*
MICHAEL J. COLLINS, ESQ.
Texas State Bar No. 00785495
*Admitted Pro Hac Vice*
KENNETH N. HICKOX, JR., ESQ.
Texas State Bar No. 24045194
*Admitted Pro Hac Vice*
ROBERT M. MILLIMET, ESQ.
Texas State Bar No. 24025538
*Admitted Pro Hac Vice*
BICKEL & BREWER
1717 Main Street, Suite 4800
Dallas, Texas  75201
Telephone:  (214) 653-4000
Facsimile:  (214) 653-1015
Email:  wab@bickelbrewer.com
           mjc@bickelbrewer.com
           kzh@bickelbrewer.com
           rrm@bickelbrewer.com

Attorneys for:
Robert J. Kehl; Ruth Ann Kehl; Robert A. Kehl; Christina "Tina" M. Kehl; Krystina L. Kehl; Daniel J. Kehl; Kevin A. Kehl, individually and on behalf of Susan L. Kehl and Andrew R. Kehl; Patrick J. Anglin; Cynthia A. Winter; Kehl Development Corporation; Judy A. Bonnet; Kevin A. McKee; Pamela J. McKee; Warren Hoffman Family Investments, LP Charles B. Anderson, as trustee of the Charles B. Anderson Trust; Rita P. Anderson, as trustee of the Rita P. Anderson Trust; Baltes Company; Mojave Canyon, Inc., Donna Cangelosi, Tito Castillo, Tony Chaudhry, Jonathan Eller, Robin Graham, Don Hess, Christina Knoles, Arthur Kriss, Joe LaFayette, Janice Lucas, Charles Maraden, Carol Mortenson, Daniel Newman, Edward Schoonover, Carol Simon, Lawrence Tengan, Connie Westbrook, Ken Zawacki, Alfie Fujitani, Walt Musso, Cyril Tammadge, and Robert Fuller (collectively, the "Direct Lenders")

# UNITED STATES DISTRICT COURT

## District of Nevada

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor.<br>_____<br><br>3685 SAN FERNANDO LENDERS, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS USA SPE LLC, *et al.*,<br><br>Defendants.<br>_____ | Case No. 2:07-CV-892-RCJ-GWF-BASE<br>and<br>Case No. 3:07-CV-241-RCJ-GWF<br><br>**ORDER GRANTING REQUEST FOR ENTRY OF DEFAULT OF DEFENDANTS COMPASS USA SPE LLC, COMPASS PARTNERS, LLC, BORIS PISKUN, AND DAVID BLATT, AND DENYING BORIS PISKUN'S MOTION TO VACATE ENTRY OF DEFAULT** |

On January 5, 2010, a hearing was held in connection with Plaintiffs' Request for Entry of Default as to Defendants Compass USA SPE LLC, Compass Partners, LLC, Boris Piskun, and David Blatt, and Boris Piskun's Motion to Vacate the Default as to himself and David Blatt. Based on the pleadings and oral argument of counsel, and for the reasons set forth on the record at the hearing, the Court hereby GRANTS Plaintiffs' Request for Entry of Default, and DENIES Boris Piskun's Motion to Vacate the Default, as follows:

IT IS ORDERED THAT a default is entered as to Defendants Compass USA SPE LLC, Compass Partners, LLC, Boris Piskun, and David Blatt as to Plaintiffs' Second Amended Complaint which was filed on February 7, 2008.

IT IS FURTHER ORDERED THAT the motion to dismiss the First Amended Complaint filed by David Blatt and Boris Piskun on December 13, 2007 [Doc. #61] was rendered moot by the filing of Plaintiffs' Second Amended Complaint.

IT IS FURTHER ORDERED THAT Boris Piskun may present evidence in support of a defense of excusable neglect on a motion for reconsideration and/or at trial, including but not limited to any evidence of an extension of time to file an answer to Plaintiffs' Second Amended Complaint.

DATED:   January 25, 2010

_____
THE HONORABLE ROBERT C. JONES
UNITED STATES DISTRICT JUDGE