1  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   Mitchell J. Langberg, Esq.(State Bar No. 10118)
2  100 City Parkway, Suite 1600
   Las Vegas, Nevada 89106
3  mlangberg@bhfs.com
   Telephone: 702.382.2101
4  Facsimile:  702.382.8135

5  Attorneys for Platinum Properties 1, Inc.
   and Glen Shake



## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. 2:07-CV-892-RCJ-GWF-BASE<br>Consolidated with Case Nos.<br>Case No. 2:07-cv-1389-RCJ-GWF<br>Case No. 3:07-cv-241-RCJ-GWF<br>Case No. 2:07-cv-00894-RCJ-GWF<br><br>**(PROPOSED) ORDER ACKNOWLEDGING AND APPROVING PLATINUM FINANCIAL TRUST, LLC AS LOAN SERVICER FOR THE GARDENS TIMESHARE LOAN** |

On March 26, 2010, Counter-Defendant Platinum Properties 1, Inc. ("Platinum") moved the Court for an emergency order ("Motion") (Doc. 1667) recognizing and/or approving Platinum Financial Trust, LLC's loan servicing rights in the Gardens Timeshare Loan, and to modify its Preliminary Injunction entered November 6, 2007 ("Preliminary Injunction") (Doc. 199). Platinum's Motion came on for hearing on April 8, 2010. Mitchell J. Langberg of the law firm of Brownstein Hyatt Farber Schreck appeared on behalf of Platinum. All other appearances are noted in the Court's record of the proceedings.

Having considered the briefs, other papers filed in relation to those briefs and arguments of counsel, finding that service of the Motion was adequate under the circumstances, and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

(1) Having reviewed the uncontroverted evidence presented by Platinum including the list of original direct lenders, the recorded assignments and the declarations by which more than 51% of the current direct lenders indicated their selection of a new servicer, the Court finds that more than 51% of the current direct lender interest holders in the Gardens Timeshare Loan have elected to designate Platinum Financial Trust, LLC as the new servicer of the Gardens Timeshare Loan. Therefore, the Court acknowledges Platinum Financial Trust, LLC, as the new servicer for the Gardens Timeshare Loan, and Platinum Financial Trust, LLC, has all rights of a servicer with respect to the Gardens Timeshare Loan.

(2) Asset Resolution, LLC's Chapter 7 Trustee is hereby authorized and directed to transfer the servicing and management of the Gardens Timeshare Loan to Platinum Financial Trust, LLC, and Asset Resolution, LLC's Chapter 7 Trustee is further directed to transfer to Platinum Financial Trust, LLC, the originals of all records and files held by him and related to the Gardens Timeshare Loan.

(3) Any individual or entity claiming an interest in funds relating to the Gardens Timeshare Loan currently held in trust or escrow by Asset Resolution, LLC's Chapter 7 Trustee must file in this action notice of a claim to such funds within five (5) days of the entry of this Order.

(4) On April 22, 2010, at 9:00 a.m., the Court will conduct a hearing to address any such claims to the Gardens Timeshare Loan funds and determine what funds, if any, should be released to Platinum Financial Trust, LLC.

_____
UNITED STATES DISTRICT JUDGE

DATED: 04/22/2010