Daniel T. Hayward, Esq.
Nevada State Bar No. 5986
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
dhayward@laxalt-nomura.com
Telephone: (775) 322-1170
Facsimile: (775) 322-1865
Attorneys for Defendants
COMPASS PARTNERS, LLC,
COMPASS USA SPE, LLC,
BORIS PISKUN, AND DAVID BLATT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No. 2:07-CV-892-RCJ-GWF-BASE |
| USA COMMERCIAL MORTGAGE COMPANY, | Consolidated with Case Nos. |
| Debtor. | 2:07-cv-1389-RCJ-GWF<br>3:07-cv-00241-RCJ-GWF<br>2:07-cv-00894-RCJ-GWF |
| 3685 SAN FERNANDO LENDERS, LLC, *et al.*, | |
| Plaintiffs, | |
| v. | |
| COMPASS USA SPE, LLC, *et al.*, | |
| Defendant. | |

**TRIAL MEMORANDUM OF DEFENDANTS COMPASS PARTNERS, LLC, COMPASS USA SPE, LLC, BORIS PISKUN, AND DAVID BLATT IN CONNECTION WITH RULE 55(b)(2) DAMAGES ADJUDICATION**

Defendants COMPASS PARTNERS, LLC, COMPASS USA SPE, LLC, BORIS PISKUN and DAVID BLATT offer the following trial memorandum for the Court's consideration.

The Court entered a default against the Compass entities, Mr. Piskun, and Mr. Blatt on January 25, 2010 (#1632). Attorney Michael Rawlins filed a Motion to Reconsider Order Granting Request for Entry of Default of Defendants Compass USA SPE, LLC, Compass Partners, LLC, Boris Piskun, and David Blatt, and Denying Boris Piskun's Motion to Vacate Entry of Default (#1652).[1] At a hearing conducted on April 8, 2010, the Court announced that it was denying the motion.[2]

The Court's January 25, 2010 order granting the request for entry of default (#1632) stated that "Boris Piskun may present evidence in support of a defense of excusable neglect on a motion for reconsideration and/or at trial, including but not limited to any evidence of an extension of time to file an answer to Plaintiffs' Second Amended Complaint."[3] Further, during the underlying January 5, 2010 hearing the Court stated that Mr. Piskun would be allowed to ask questions of witnesses during the damages prove up hearing, hopefully through counsel.

> However, having said that, Mr. Piskun, where you do come and oppose a default, courts -- all courts commonly acknowledge your right to appear on the prove up to ask questions if appropriate. And therefore, I'm assuming that the prove up will be probably at the same time as we have the trial here. I will permit you to appear hopefully by counsel, but if not by counsel by yourself then even to ask questions or to enter a position relative to prove up damages.

(Ex. 1, attached, Transcript of 1/5/10 hearing, p. 44.) Although only Mr. Piskun appeared before the Court on January 5, 2010 to oppose entry of the default, since that time Mr. Blatt and Mr.

---

[1] The body of the motion stated that only Mr. Piskun and Mr. Blatt were the moving parties. (#1652, p. 1.)

[2] Although titled as a motion to reconsider, the motion (#1652) was actually a motion by Mr. Piskun and Mr. Blatt to set aside the default. At the time Mr. Piskun appeared before the Court on January 5, 2010 to argue against entry of the default, the default had not yet been entered. Thus, his oral motion and letters to the Court actually constituted an opposition to Plaintiffs' motion requesting entry of the default, and Mr. Rawlins' February 19, 2010 motion was the initial motion to set aside by Mr. Piskun and Mr. Blatt. The resulting minute order (#1674) stated that a "Written ruling of the Court will issue," but to the best of the undersigned's knowledge no such order has been entered.

[3] The Compass entities have not yet filed a motion to set aside the default, but intend to do so as soon as possible.

2

Piskun have moved to set it aside (through a motion mis-named as a motion to reconsider [#1652]), and the Compass entities are in the process of preparing a motion to set aside the default as well. Thus, each will have challenged entry of the default, and each ought to be afforded the ability to participate in the prove-up hearing. It is on this basis that the Compass entities, Mr. Piskun, and Mr. Blatt file this Trial Memorandum.

## IN THE EVENT THE JURY RETURNS A DEFENSE VERDICT IN FAVOR OF THE SILAR ENTITIES WITH RESPECT TO PLAINTIFFS' CLAIMS, A DEFAULT JUDGMENT MAY NOT BE ENTERED AGAINST THE PREVIOUSLY-DEFAULTED DEFENDANTS BASED UPON THOSE CLAIMS

This case presents a situation in which the Plaintiffs have sued the Compass entities, Boris Puskin, and David Blatt as well as the Silar entities and Asset Resolution for the essentially the same alleged conduct. *Compare* Second Amended Complaint, with Third Amended Complaint.[4] As set forth above, the Compass entities, Mr. Piskun, and Mr. Blatt have been defaulted by the Court.

Despite the entry of the default against the Compass entities, Mr. Piskun, and Mr. Blatt, case law clearly holds that under these circumstances the Court should not enter a default *judgment* against the moving Defendants if the Silar entities are found not liable for the same underlying conduct which has been alleged against the defaulted Defendants. In the leading case of *Frow v. De La Vega*, 82 U.S. 552 (1872), the Supreme Court explained that where a complaint alleges that multiple defendants are jointly and severally liable and one of the defendants defaults, judgment should not be entered against the defaulting defendants until the matter has been adjudicated against the remaining answering defendants. "If the court in such a case as this can lawfully make a final decree against one defendant separately, on the merits, while the cause

---

[4] The Compass entities, Boris Piskun and David Blatt were defaulted for failing to respond to the Second Amended Complaint. The operative pleading as to the Silar entities and Asset Resolution is the Third Amended Complaint.

was proceeding undetermined against the others, then this absurdity might follow: there might be one decree of the court sustaining the charge of joint fraud committed by the defendants; and another decree disaffirming the said charge, and declaring it to be entirely unfounded, and dismissing the complainant's bill. <u>And such an incongruity, it seems, did actually occur in this case. Such a state of things is unseemly and absurd, as well as unauthorized by law.</u>" 82 U.S. at 554 (emphasis supplied.) The case of *Gulf Coast Fans, Inc. v. Midwest Electronics Importers, Inc.*, 740 F.2d 1499 (11th Cir. 1984), extended the *Frow* rule to apply to defendants who are similarly situated, even if not jointly and severally liable.

The Ninth Circuit, in the case of *In re First T.D. & Inv., Inc.*, 253 F.3d 520, (9th Cir. 2001), further extended the application of *Frow*:

> The leading case on the subject of default judgments in actions involving multiple defendants is *Frow v. De La Vega*, 82 U.S. 552 (1872). The Court held in *Frow* that, where a complaint alleges that defendants are jointly liable and one of them defaults, judgment should not be entered against the defaulting defendant until the matter has been adjudicated with regard to all defendants. *Id.* at 554. <u>It follows that if an action against the answering defendants is decided in their favor, then the action should be dismissed against both answering and defaulting defendants.</u>"

253 F.3d at 532 (emphasis supplied.) The Ninth Circuit held that a default judgment should not be entered where other defendants were engaged in similar transactions such that it is not logically possible that one defendant could be liable without another being liable. *Id.* See also *Lewis v. Duff*, 2008 U.S. Dist. LEXIS 63892 at *16-17 (D. Nev., July 28, 2008) ("If an action against the answering defendant is decided in [the answering defendants'] favor, then the action should be dismissed against both answering and defaulting defendants").

In the recent case of *Johnson v. Cate*, 2009 U.S. Dist. LEXIS 61293 (E.D. Cal., July 17, 2009), the court explained, "[D]efault judgment should not be entered against a defendant who is alleged to be liable jointly with other defendants until the case is adjudicated against all defendants, or all defendants have defaulted; the possibility of inconsistent judgments must be avoided." *Id.* at *5-6. The court continued, "It has been held that despite the absence of an allegation of joint liability, entry of default judgment against a single defaulting defendant is

LAXALT & NOMURA,
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521

4

improper where defendants are similarly situated defendants, even if not jointly and severally liable, and where delay is necessary to avoid an inherently inconsistent result." *Id.* at *6.

The situation in this case is similar to that in *In re First T.D. & Inv.* in that, under Plaintiffs' theory, the Defendants in this case were "engaged in similar transactions such that it is not logically possible that one defendant could be liable without another being liable." The Court should not entertain the legal fiction that the Compass entities, Mr. Piskun, and Mr. Blatt actually committed in fraud, breach of fiduciary duty, constructive fraud, and conspiracy if the jury finds as a matter of fact that the Silar entities and Asset Resolution did <u>not</u> engage in that very same conduct in the same or similar transactions.

DATED this ___ day of May, 2010.

LAXALT & NOMURA, LTD.

By: _____
Daniel T. Hayward, Esq. #5986
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
dhayward@laxalt-nomura.com
Telephone: (775) 322-1170
Facsimile: (775) 322-1865
Attorneys for Defendants
COMPASS PARTNERS, LLC,
COMPASS USA SPE, LLC, BORIS
PISKUN, AND DAVID BLATT

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of LAXALT & NOMURA, LTD., and that on this \_12\_ day of May, 2010, I caused a true and correct copy of the foregoing to be served:

_VIA ELECTRONIC SERVICE

addressed as follows:

*** SEE ATTACHED LIST ***

LAXALT & NOMURA,
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521

6

1  Joshua S. Akbar
   jakbar@sonnenchein.com

2

3  Mark Albright
   gma@albrightstoddard.com, danderson@albrightstoddard.com

4  Lindsy Nicole Alleman
   lalleman@fulbright.com
5

6  Anthony W. Austin
   aaustin@lrlaw.com

7

8  F. Christopher Austin
   austin@gtlaw.com , neyc@gtlaw.com, kimmk@gtlaw.com , haros@gtlaw.com,
9  lvlitdock@gtlaw.com

10 Luis A. Ayon
   ayon@gtlaw.com, barberc@gtlaw.com, lvlitdock@gtlaw.com
11

12 Georganne Bradley
   georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

13
   William A Brewer, III
14 wab@bickelbrewer.com

15 Andrew M. Brumby
   abrumby@shutts-law.com
16

17 Louis Martin Bubala, III
   lbubala@jonesvargas.com, bcopeland@jonesvargas.com, tbw@jonesvargas.com
18
   Donna Cangelosi
19 mail@asmithlaw.com

20
   Candace C. Carlyon
21 ccarlyon@sheacarlyon.com, ltreadway@sheacarlyon.com, manthony@sheacarlyon.com
   rmsmith@sheacarlyon.com, prdriscoll@sheacarlyon.com
22
   Rob Charles
23 RCharles@LRLAW.com, cjordan@lrlaw.com

24
   Janet L. Chubb
25 tbw@jonesvargas.com

26 Terry A. Coffing
   tcoffing@marquisaurbach.com, smong@marquisaurbach.com
27

28 Michael J Collins
   mjc@bickelbrewer.com

LAXALT & NOMURA,
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521

7

Tami D. Cowden
cowdent@gtlaw.com

Louis A. Curcio
LCurcio@sonnenschein.com, jakbar@sonnenschein.com, JForstot@sonnenschein.com, CAlbanese@sonnenschein.com, rashinoff@sonnenschein.com, Fitzmaurice@sonnenschein.com

Kevin A. Darby
kevin@darbylawpractice.com

Laurel E. Davis
ldavis@fclaw.com, mhurtado@fclaw.com

Allan B. Diamond
adiamond@diamondmccarthy.com

Andrew F. Dixon
Andrew@bdtlawyers.com, megan@bdtlawyers.com

McAlan W. Duncan
mcalanwduncan@gmail.com

Craig S. Dunlap
cdunlap@fclaw.com

Melanie A. Ells
lawyermel@cox.net, kristinsmith23@gmail.com

Thomas H. Fell
usdcnotices@gordonsilver.com

Elizabeth Fielder
efielder@jonesvargas.com

Arley D. Finley, III
tfinley@diamondmccarthy.com

Patrick Fitzmaurice
fitzmaurice@sonnenschein.com, yzitelli@sonnenschein.com

Michael S. Gardner
mzg@bickelbrewer.com

Puneet K. Garg
gargp@gtlaw.com

Gregory E. Garman
usdcnotices@gordonsilver.com

1 | Wade B. Gochnour
WBG@h2law.com, kdp@h2law.com

2

3 | Gerald M. Gordon
usdcnotices@gordonsilver.com

4 | Talitha B. Gray
usdcnotices@gordonsilver.com

5

6 | James D. Greene
jgreene@greeneinfusolaw.com, nkinel@DSLLP.com, cjorvig@greeneinfusolaw.com,
7 | ztakos@greeneinfusolaw.com, fritchie@greeneinfusolaw.com

8 | Peter W. Guyon
pguyon@yahoo.com

9

10 | Kenneth N. Hickox
KZH@bickelbrewer.com

11

12 | Brigid M. Higgins
usdcnotices@gordonsilver.com

13

14 | Randolph L. Howard
rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com

15 | C. Stanley Hunterton
shunterton@huntertonlaw.com, janallen@huntertonlaw.com

16

17 | Philip M. Hymanson
hymansonp@gtlaw.com, andrewst@gtlaw.com, maierj@gtlaw.com, kimmk@gtlaw.com,
18 | haros@gtlaw.com, gutierrezjo@gtlaw.com, mandallk@gtlaw.com, lvlitdock@gtlaw.com

19 | Annette W. Jarvis
ajarvis@rqn.com

20

21 | Erin E. Jones
ejones@diamondmccarthy.com

22

23 | Spencer M. Judd
Spencer@jsmjlaw.com

24

25 | Lindsay S. Katz
lkatz@tpw.com

26 | Dean T. Kirby
dkirby@kirbymac.com, jrigg@kirbymac.com, gsparks@kirbymac.com

27

28 | Mitchell J. Langberg
mlangberg@bhfs.com, orodriguez@bhfs.com

LAXALT & NOMURA,
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521

9

1  Cynthia J. Larsen
   clarsen@orrick.com, wpeters@orrick.com

2
3  Kent F. Larsen
   kfl@slwlaw.com, cld@slwlaw.com

4  Anne M. Loraditch
5  lvlitdock@gtlaw.com, loraditcha@gtlaw.com, koisp@gtlaw.com

6  Eric D. Madden
   emadden@diamondmccarthy.com, kbarlett@diamondmccarthy.com,
7  cburrow@diamondmccarthy.com

8  Jason Maier
9  maierj@gtlaw.com, kimmk@gtlaw.com, harrow@gtlaw.com, bedellk@gtlaw.com,
   lvlitdock@gtlaw.com

10
   Francis B. Majorie
11 fbmajorie@themajoriefirm.com, vrunning@themajoriefirm.com, pperry@themajoriefirm.com

12 Pamela McKee
13 tbw@jonesvargas.com

14 Richard McKnight
   rmcknight@lawlasvegas.com, gkopang@lawlasvegas.com, mmcalonis@lawlasvegas.com,
15 dmincin@lawlasvegas.com, cburke@lawlasvegas.com

16
   Jeanette E. McPherson
17 usdcfilings@s-mlaw.com

18 Shawn W. Miller
   smiller@sheacarlyon.com, ltreadway@sheacarlyon.com, rmsmith@sheacarlyon.com,
19 aboehmer@sheacarlyon.com

20
   Robert M. Millimet
21 RRM@bickelbrewer.com

22 Peter D. Navarro
   pnavarro@klnevada.com, usdistrict@klnevada.com, kgregos@klnevada.com
23

24 Nikoll Nikci
   Nik@schwartzlawyers.com, ecf@schwartzlawyers.com, sam@schwartzlawyers.com
25
   Henry H. Oh
26 henry.oh@dlapiper.com

27
   Bobby L. Olson
28 olsonb@gtlaw.com, koisp@gtlaw.com, lvlitdock@gtlaw.com, jenkinsm@gtlaw.com

Christine Pajak
cpajak@stutman.com

Andrew M. Parlen
aparlen@stutman.com

Stanley W. Parry
parrys@ballardspahr.com, bundickj@ballardspahr.com, sedillom@ballardspahr.com, waltons@ballardspahr.com, gradyc@ballardspahr.com

Jon T. Pearson
pearsonj@ballardspahr.com, gradyc@ballardspahr.com, darnellk@ballardspahr.com

William Pletcher
wpletcher@milbank.com

Norlynn B. Price
nprice@fulbright.com, cchiasson@fulbright.com

Donald Prunty
pruntyd@gtlaw.com

Lisa A. Rasmussen
lisa@lrasmussenlaw.com, Andrew@lrasmussenlaw.com, Secretary@lrasmussenlaw.com, Alex@lrasmussenlaw.com

Michael D. Rawlins
mrawlins@rookerlaw.com, bpereira@rookerlaw.com

Samuel A. Schwartz
sam@schwarzlawyers.com, ecf@schwartzlawyers.com

Leonard E. Schwartzer
usdcfilings@s-mlaw.com

James P. Shea
jshea@sheacarlyon.com, ltreadway@sheacarlyon.com, swinder@sheacarlyon.com, manthony@sheacarlyon.com, ggianoulakis@sheacarlyon.com, cmuniz@sheacarlyon.com, rmsmith@sheacarlyon.com

Shlomo S. Sherman
ssherman@sheacarlyon.com, ltreadway@sheacarlyon.com, swinder@sheacarlyon.com, manthony@sheacarlyon.com, rmsmith@sheacarlyon.com

Alan R. Smith
Mail@asmithlaw.com, turk@asmithlaw.com, marsh@asmithlaw.com

Stephanie O. Sparks
sos@hogefenton.com

Elizabeth E. Stephens
stephens@shlaw.com, calderone@sullivanhill.com, mcallister@sullivanhill.com, dabbiere@sullivanhill.com, vidovich@sullivanhill.com, stein@sullivanhill.com, hill@sullivanhill.com, rez@sullivanhill.com, frederick@sullivanhill.com

Steven C. Strong
sstrong@rqn.com

Eric W. Swanis
swanise@gtlaw.com, barberc@gtlaw.com, lvlitdock@gtlaw.com, sheffieldm@gtlaw.com

Jeffrey R. Sylvester
jeff@sylvesterpolednak.com, jsylvester@sylvesterpolednak.com

Liane K. Wakayama
lwakayama@marquisaurbach.com, kchandler@marquisaurbach.com

Gabriel M. Weaver
gweaver@milbank.com

Gregory L. Wilde
feddc@wildelaw.com

Katherine M. Windler
katherine.windler@bryancave.com

Michael Yoder
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

Matthew C. Zirzow
usdcnotices@gordonsilver.com

An Employee of Laxalt & Nomura, Ltd.

LAXALT & NOMURA,
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521