Daniel T. Hayward, Esq.
Nevada State Bar No. 5986
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
dhayward@laxalt-nomura.com
Telephone:  (775) 322-1170
Facsimile:  (775) 322-1865
Attorneys for Defendants
COMPASS PARTNERS, LLC,
COMPASS USA SPE, LLC,
BORIS PISKUN, AND DAVID BLATT

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No. 2:07-CV-892-RCJ-GWF-BASE |
| USA COMMERCIAL MORTGAGE COMPANY, | Consolidated with Case Nos. |
| | 2:07-cv-1389-RCJ-GWF |
| Debtor. | 3:07-cv-00241-RCJ-GWF |
| | 2:07-cv-00894-RCJ-GWF |
| _____ / | |
| 3685 SAN FERNANDO LENDERS, LLC, *et al.,* | |
| Plaintiffs, | |
| v. | |
| COMPASS USA SPE, LLC, *et al.,* | |
| Defendant. | |
| _____ / | |

### TRIAL EXHIBIT LIST OF DEFENDANTS COMPASS PARTNERS, LLC, COMPASS USA SPE, LLC, BORIS PISKUN, AND DAVID BLATT

Defendants COMPASS PARTNERS, LLC, COMPASS USA SPE, LLC, BORIS

PISKUN and DAVID BLATT, to the extent the Court will permit them to designate exhibits and

move for their entry into evidence during trial in light of the January 25, 2010 entry of default

against them, hereby adopts and incorporates by this reference the Exhibit List submitted by

Defendants Silar Advisors, LP, Silar Special Opportunities Fund, LP, and the Exhibit List submitted by Asset Resolution, LLC.

In the event the finder of fact determines that an award of punitive damages should be entered against the Compass entities, Mr. Piskun, or Mr. Blatt, they reserve the right to offer testimonial or documentary evidence of their net worth so that the award may be tailored to avoid an award which is excessive in light of financial wherewithal of the Defendants.[1]  Such

///

////

///

///

///

///

///

---

[1]     See *Ace Truck & Equip. Rentals v. Kahn*, 103 Nev. 503, 511, 746 P.2d 132 (1987), in which the Nevada Supreme Court held, "The compensatory award, quite large under the circumstances, reduces the estate of each defendant substantially.  If Berman and Pecson each had to pay half of the $391,049.00 compensatory award, then the punitive award against Berman would be calculated at forty-three percent of his assets, and the punitive award against Pecson would be calculated at seventy percent of his assets. These are indeed excessively and disproportionately punitive under the circumstances. We hold the awards to be clearly excessive and disproportionate as a matter of law."

In the case of *Tahoe Village Realty, S.A. C.O. v. DeSmit*, 95 Nev. 131, 135-136, 590 P.2d 1158 (1979), the Nevada Supreme Court held that it was appropriate for the trial court to rely upon the testimony of the defendants (apparently solicited by the *plaintiff* during a prove up hearing) about one another's net worth in assessing punitive damages following entry of a default. "Appellants also argue that the only evidence of the financial worth of some of them was the testimony of other appellants. They assert that such evidence is an insufficient basis for the court to determine financial worth. However, in *Caple,* this court refused to reverse an award of punitive damages where no indication of the financial worth of the defendant was presented at trial. In the absence of such evidence, we stated that we were in no position to question the amount of the award. Therefore, having refused to find an award of punitive damages improper where no evidence of financial worth was presented, it seems clear that the trial court in this case could properly rely on the uncontroverted evidence of financial worth presented."

1   documentary evidence may include audited or unaudited financial statements, bank statements,

2   or other account statements.

3       DATED this 12th day of May, 2010.

4                                                           LAXALT & NOMURA, LTD.

5

6                                               By:
                                                      Daniel T. Hayward, Esq. #5986
7                                                     LAXALT & NOMURA, LTD.
                                                      9600 Gateway Drive
8                                                     Reno, Nevada 89521
9                                                     dhayward@laxalt-nomura.com
                                                      Telephone:  (775) 322-1170
10                                                    Facsimile:  (775) 322-1865
                                                      Attorneys for Defendants
11                                                    COMPASS PARTNERS, LLC,
                                                      COMPASS USA SPE, LLC, BORIS
12                                                    PISKUN, AND DAVID BLATT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2           Pursuant to FRCP 5(b), I certify that I am an employee of LAXALT & NOMURA, LTD.,

3 and that on this 12th day of May, 2010, I caused a true and correct copy of the foregoing to be served:

4                         _VIA ELECTRONIC SERVICE

5 addressed as follows:

6                    *** SEE ATTACHED LIST ***

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joshua S. Akbar
jakbar@sonnenchein.com

Mark Albright
gma@albrightstoddard.com, danderson@albrightstoddard.com

Lindsy Nicole Alleman
lalleman@fulbright.com

Anthony W. Austin
aaustin@lrlaw.com

F. Christopher Austin
austin@gtlaw.com , neyc@gtlaw.com, kimmk@gtlaw.com , haros@gtlaw.com,
lvlitdock@gtlaw.com

Luis A. Ayon
ayon@gtlaw.com, barberc@gtlaw.com, lvlitdock@gtlaw.com

Georganne Bradley
georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

William A Brewer, III
wab@bickelbrewer.com

Andrew M. Brumby
abrumby@shutts-law.com

Louis Martin Bubala, III
lbubala@jonesvargas.com, bcopeland@jonesvargas.com, tbw@jonesvargas.com

Donna Cangelosi
mail@asmithlaw.com

Candace C. Carlyon
ccarlyon@sheacarylon.com, ltreadway@sheacarlyon.com, manthony@sheacarlyon.com
rmsmith@sheacarlyon.com, prdriscoll@sheacarlyon.com

Rob Charles
RCharles@LRLAW.com, cjordan@lrlaw.com

Janet L. Chubb
tbw@jonesvargas.com

Terry A. Coffing
tcoffing@marquisaurbach.com, smong@marquisaurbach.com

Michael J Collins
mjc@bickelbrewer.com

1 | Tami D. Cowden
cowdent@gtlaw.com

2
3 | Louis A. Curcio
LCurcio@sonnenschein.com, jakbar@sonnenschein.com, JForstot@sonnenschein.com,
4 | CAlbanese@sonnenschein.com, rashinoff@sonnenschein.com, Fitzmaurice@sonnenschein.com

5 | Kevin A. Darby
kevin@darbylawpractice.com

6
7 | Laurel E. Davis
ldavis@fclaw.com, mhurtado@fclaw.com

8 | Allan B. Diamond
9 | adiamond@diamondmccarthy.com

10 | Andrew F. Dixon
Andrew@bdtlawyers.com, megan@bdtlawyers.com
11

12 | McAlan W. Duncan
mcalanwduncan@gmail.com

13
14 | Craig S. Dunlap
cdunlap@fclaw.com

15 | Melanie A. Ells
16 | lawyermel@cox.net, kristinsmith23@gmail.com

17 | Thomas H. Fell
usdcnotices@gordonsilver.com
18

19 | Elizabeth Fielder
efielder@jonesvargas.com

20 | Arley D. Finley, III
21 | tfinley@diamondmccarthy.com

22 | Patrick Fitzmaurice
fitzmaurice@sonnenschein.com, yzitelli@sonnenschein.com
23

24 | Michael S. Gardner
mzg@bickelbrewer.com
25

26 | Puneet K. Garg
gargp@gtlaw.com

27 | Gregory E. Garman
28 | usdcnotices@gordonsilver.com

1  Wade B. Gochnour
   WBG@h2law.com, kdp@h2law.com

2

3  Gerald M. Gordon
   usdcnotices@gordonsilver.com

4  Talitha B. Gray
   usdcnotices@gordonsilver.com
5

6  James D. Greene
   jgreene@greeneinfusolaw.com, nkinel@DSLLP.com, cjorvig@greeneinfusolaw.com,
7  ztakos@greeninfusolaw.com, fritchie@greeneinfusolaw.com

8  Peter W. Guyon
   pguyon@yahoo.com
9

10 Kenneth N. Hickox
   KZH@bickelbrewer.com
11

12 Brigid M. Higgins
   usdcnotices@gordonsilver.com

13

14 Randolph L. Howard
   rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com

15 C. Stanley Hunterton
   shunterton@huntertonlaw.com, janallen@huntertonlaw.com
16

17 Philip M. Hymanson
   hymansonp@gtlaw.com, andrewst@gtlaw.com, maierj@gtlaw.com, kimmk@gtlaw.com,
18 haros@gtlaw.com, gutierrezjo@gtlaw.com, mandallk@gtlaw.com, lvlitdock@gtlaw.com

19 Annette W. Jarvis
   ajarvis@rqn.com
20

21 Erin E. Jones
   ejones@diamondmccarthy.com
22

23 Spencer M. Judd
   Spencer@jsmjlaw.com

24 Lindsay S. Katz
   lkatz@tpw.com
25

26 Dean T. Kirby
   dkirby@kirbymac.com, jrigg@kirbymac.com, gsparks@kirbymac.com
27

28 Mitchell J. Langberg
   mlangberg@bhfs.com, orodriguez@bhfs.com

LAXALT & NOMURA,
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521

7

1   Cynthia J. Larsen
    clarsen@orrick.com, wpeters@orrick.com

2
    Kent F. Larsen
3   kfl@slwlaw.com, cld@slwlaw.com

4   Anne M. Loraditch
5   lvlitdock@gtlaw.com, loraditcha@gtlaw.com, koisp@gtlaw.com

6   Eric D. Madden
    emadden@diamondmccarthy.com, kbarlett@diamondmccarthy.com,
7   cburrow@diamondmccarthy.com

8   Jason Maier
9   maierj@gtlaw.com, kimmk@gtlaw.com, harrow@gtlaw.com, bedellk@gtlaw.com,
    lvlitdock@gtlaw.com

10
    Francis B. Majorie
11  fbmajorie@themajoriefirm.com, vrunning@themajoriefirm.com, pperry@themajoriefirm.com

12  Pamela McKee
13  tbw@jonesvargas.com

14  Richard McKnight
    rmcknight@lawlasvegas.com, gkopang@lawlasvegas.com, mmcalonis@lawlasvegas.com,
15  dmincin@lawlasvegas.com, cburke@lawlasvegas.com

16  Jeanette E. McPherson
17  usdcfilings@s-mlaw.com

18  Shawn W. Miller
    smiller@sheacarlyon.com, ltreadway@sheacarlyon.com, rmsmith@sheacarlyon.com,
19  aboehmer@sheacarlyon.com

20  Robert M. Millimet
21  RRM@bickelbrewer.com

22  Peter D. Navarro
    pnavarro@klnevada.com, usdistrict@klnevada.com, kgregos@klnevada.com
23

24  Nikoll Nikci
    Nik@schwartzlawyers.com, ecf@schwartzlawyers.com, sam@schwartzlawyers.com
25
    Henry H. Oh
26  henry.oh@dlapiper.com

27  Bobby L. Olson
28  olsonb@gtlaw.com, koisp@gtlaw.com, lvlitdock@gtlaw.com, jenkinsm@gtlaw.com

LAXALT & NOMURA,
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521                                          8

Christine Pajak
cpajak@stutman.com

Andrew M. Parlen
aparlen@stutman.com

Stanley W. Parry
parrys@ballardspahr.com, bundickj@ballardspahr.com, sedillom@ballardspahr.com,
waltons@ballardspahr.com, gradyc@ballardspahr.com

Jon T. Pearson
pearsonj@ballardspahr.com, gradyc@ballardspahr.com, darnellk@ballardspahr.com

William Pletcher
wpletcher@milbank.com

Norlynn B. Price
nprice@fulbright.com, cchiasson@fulbright.com

Donald Prunty
pruntyd@gtlaw.com

Lisa A. Rasmussen
lisa@lrasmussenlaw.com, Andrew@lrasmussenlaw.com, Secretary@lrasmussenlaw.com,
Alex@lrasmussenlaw.com

Michael D. Rawlins
mrawlins@rookerlaw.com, bpereira@rookerlaw.com

Samuel A. Schwartz
sam@schwarzlawyers.com, ecf@schwartzlawyers.com

Leonard E. Schwartzer
usdcfilings@s-mlaw.com

James P. Shea
jshea@sheacarlyon.com, ltreadway@sheacarlyon.com, swinder@sheacarlyon.com,
manthony@sheacarlyon.com, ggianoulakis@sheacarlyon.com, cmuniz@sheacarlyon.com,
rmsmith@sheacarlyon.com

Shlomo S. Sherman
ssherman@sheacarlyon.com, ltreadway@sheacarlyon.com, swinder@sheacarlyon.com,
manthony@sheacarlyon.com, rmsmith@sheacarlyon.com

Alan R. Smith
Mail@asmithlaw.com, turk@asmithlaw.com, marsh@asmithlaw.com

Stephanie O. Sparks
sos@hogefenton.com

LAXALT & NOMURA,
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521

Elizabeth E. Stephens
stephens@shlaw.com, calderone@sullivanhill.com, mcallister@sullivanhill.com, dabbiere@sullivanhill.com, vidovich@sullivanhill.com, stein@sullivanhill.com, hill@sullivanhill.com, rez@sullivanhill.com, frederick@sullivanhill.com

Steven C. Strong
sstrong@rqn.com

Eric W. Swanis
swanise@gtlaw.com, barberc@gtlaw.com, lvlitdock@gtlaw.com, sheffieldm@gtlaw.com

Jeffrey R. Sylvester
jeff@sylvesterpolednak.com, jsylvester@sylvesterpolednak.com

Liane K. Wakayama
lwakayama@marquisaurbach.com, kchandler@marquisaurbach.com

Gabriel M. Weaver
gweaver@milbank.com

Gregory L. Wilde
feddc@wildelaw.com

Katherine M. Windler
katherine.windler@bryancave.com

Michael Yoder
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

Matthew C. Zirzow
usdcnotices@gordonsilver.com

An Employee of Laxalt & Nomura, Ltd.