Daniel T. Hayward, Esq.
Nevada State Bar No. 5986
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
dhayward@laxalt-nomura.com
Telephone: (775) 322-1170
Facsimile: (775) 322-1865
Attorneys for Defendants
COMPASS PARTNERS, LLC,
COMPASS USA SPE, LLC,
BORIS PISKUN, AND DAVID BLATT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>            Debtor.<br>_____/<br>3685 SAN FERNANDO LENDERS, LLC, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>COMPASS USA SPE, LLC, *et al.*,<br><br>            Defendant.<br>_____/ | Case No. 2:07-CV-892-RCJ-GWF-BASE<br><br>Consolidated with Case Nos.<br><br>2:07-cv-1389-RCJ-GWF<br>3:07-cv-00241-RCJ-GWF<br>2:07-cv-00894-RCJ-GWF |

**<u>PROPOSED VOIR DIRE OF DEFENDANTS</u>**
**<u>COMPASS PARTNERS, LLC, COMPASS USA SPE, LLC,</u>**
**<u>BORIS PISKUN, AND DAVID BLATT</u>**

Defendants COMPASS PARTNERS, LLC, COMPASS USA SPE, LLC, BORIS PISKUN and DAVID BLATT, to the extent the Court will permit them to do so in light of the January 25, 2010 entry of default against them, offer the following proposed voir dire questions for the Court's consideration:

1. Are any of you familiar with any of the individual Plaintiffs in this case? (Identify by name or display caption to jury.)

2. Are any of you familiar with any of the other named parties in this case? (Identify by name or display caption to jury.)

3. Are any of you familiar with any of the attorneys present in the courtroom who will be trying this case? (Identify by name and law firm.)

4. Have any of you or the members of your immediate family been represented by the law firms of Jones Vargas, located in Reno and Las Vegas, or Bickel & Brewer, located in Dallas, Texas?

5. Have any of you or the members of your immediate family been adverse to the law firm of Jones Vargas or Bickel & Brewer in a legal matter?

6. Are any of you familiar with attorneys Daniel Hayward or Justin Vance of the Laxalt & Nomura law firm?

7. Have any of you or members of your immediate family been represented by the law firm of Laxalt & Nomura?

8. Have any of you or the members of your immediate family been adverse to the law firm of Laxalt & Nomura in a legal matter?

9. Are any of you or members of your immediate family employed in the fields of accounting, banking, real estate, or finance?

10. Do any of you or members of your immediate family hold college degrees in accounting, business, or finance?

11. Do any of you have any legal experience as an attorney, paralegal, legal secretary, or as an employee of a law firm, district attorney or public defender's office?

12. Do any of you or the members of your immediate family have any legal training?

13. Have any of you or members of your immediate family been a plaintiff in a lawsuit other than a divorce or child custody proceeding?

14. Do any of you believe that you will have difficulty extending the same consideration and fairness to a corporation or limited liability company, such as Compass Partners, LLC and Compass USA SPE, LLC, that you would extend to individuals?

15. Have any of you or a member of your immediate family been forced into home foreclosure by the recent national recession?

16. Have any of you or a member of your immediate family been forced to sell a house on a short-sale basis as the result of the recent national recession?

17. Have any of you or a member of your immediate family been laid off, fired, or had your wages or hours reduced by an employer as a result of the recent national recession?

18. Do any of you hold strong beliefs regarding the cause or causes of the recent national recession?

19. Do any of you have strong negative feelings toward persons employed in the banking, lending, or financial services industries? If so, would those feelings make it difficult for you to be fair to a defendant who is involved or was involved in any of these industries?

20. Can each of you agree to set aside you personal opinions and beliefs, and follow the law as it is provided to you by the Court?

21. If you are selected to serve as a juror in this case, you must listen to the evidence and decide what the facts are in this case. Do any of you hold personal beliefs or opinions which would prohibit you from concluding, under any circumstances, that a testifying witness did not tell the truth, or exaggerated, or made an honest mistake?

22. Do any of you hold personal beliefs which would lead you to award the Plaintiffs in this case any particular amount of money damages they may request, even if such an award is not supported by the evidence and the law?

LAXALT & NOMURA.
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521

23. Do any of you believe you will have difficulty keeping an open mind and reserving judgment until you have heard all of the evidence in this case from both the Plaintiffs and the Defendant?

DATED this 8th day of November, 2010.

                              LAXALT & NOMURA, LTD.

By: _____
Daniel T. Hayward, Esq. #5986
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
dhayward@laxalt-nomura.com
Telephone: (775) 322-1170
Facsimile: (775) 322-1865
Attorneys for Defendants
COMPASS PARTNERS, LLC,
COMPASS USA SPE, LLC, BORIS
PISKUN, AND DAVID BLATT

1  **CERTIFICATE OF SERVICE**

2      Pursuant to FRCP 5(b), I certify that I am an employee of LAXALT & NOMURA, LTD., and that on this _8th_ day of November, 2010, I caused a true and correct copy of the foregoing

3  to be served:

4                       _VIA ELECTRONIC SERVICE

5  addressed as follows:

6                     *** SEE ATTACHED LIST ***

LAXALT & NOMURA.
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521

1  Joshua S. Akbar
   jakbar@sonnenchein.com

2

3  Mark Albright
   gma@albrightstoddard.com, danderson@albrightstoddard.com

4  Lindsy Nicole Alleman
   lalleman@fulbright.com
5

6  Anthony W. Austin
   aaustin@lrlaw.com
7

8  F. Christopher Austin
   austin@gtlaw.com , neyc@gtlaw.com, kimmk@gtlaw.com , haros@gtlaw.com,
   lvlitdock@gtlaw.com
9

10 Luis A. Ayon
   ayon@gtlaw.com, barberc@gtlaw.com, lvlitdock@gtlaw.com
11

12 Georganne Bradley
   georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

13

14 William A Brewer, III
   wab@bickelbrewer.com

15 Andrew M. Brumby
   abrumby@shutts-law.com
16

17 Louis Martin Bubala, III
   lbubala@jonesvargas.com, bcopeland@jonesvargas.com, tbw@jonesvargas.com
18

19 Donna Cangelosi
   mail@asmithlaw.com

20

21 Candace C. Carlyon
   ccarlyon@sheacarylon.com, ltreadway@sheacarlyon.com, manthony@sheacarlyon.com
   rmsmith@sheacarlyon.com, prdriscoll@sheacarlyon.com
22

23 Rob Charles
   RCharles@LRLAW.com, cjordan@lrlaw.com

24

25 Janet L. Chubb
   tbw@jonesvargas.com

26 Terry A. Coffing
   tcoffing@marquisaurbach.com, smong@marquisaurbach.com
27

28 Michael J Collins
   mjc@bickelbrewer.com

LAXALT & NOMURA.
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521

6

1  Tami D. Cowden
   cowdent@gtlaw.com

2
   Louis A. Curcio
3  LCurcio@sonnenschein.com, jakbar@sonnenschein.com, JForstot@sonnenschein.com,
   CAlbanese@sonnenschein.com, rashinoff@sonnenschein.com, Fitzmaurice@sonnenschein.com
4
   Kevin A. Darby
5  kevin@darbylawpractice.com

6
   Laurel E. Davis
7  ldavis@fclaw.com, mhurtado@fclaw.com

8  Allan B. Diamond
   adiamond@diamondmccarthy.com
9
   Andrew F. Dixon
10 Andrew@bdtlawyers.com, megan@bdtlawyers.com

11
   McAlan W. Duncan
12 mcalanwduncan@gmail.com

13
   Craig S. Dunlap
14 cdunlap@fclaw.com

15 Melanie A. Ells
   lawyermel@cox.net, kristinsmith23@gmail.com
16
   Thomas H. Fell
17 usdcnotices@gordonsilver.com

18
   Elizabeth Fielder
19 efielder@jonesvargas.com

20
   Arley D. Finley, III
21 tfinley@diamondmccarthy.com

22 Patrick Fitzmaurice
   fitzmaurice@sonnenschein.com, yzitelli@sonnenschein.com
23
   Michael S. Gardner
24 mzg@bickelbrewer.com

25
   Puneet K. Garg
26 gargp@gtlaw.com

27 Gregory E. Garman
   usdcnotices@gordonsilver.com
28

Wade B. Gochnour
WBG@h2law.com, kdp@h2law.com

Gerald M. Gordon
usdcnotices@gordonsilver.com

Talitha B. Gray
usdcnotices@gordonsilver.com

James D. Greene
jgreene@greeneinfusolaw.com, nkinel@DSLLP.com, cjorvig@greeneinfusolaw.com, ztakos@greeneinfusolaw.com, fritchie@greeneinfusolaw.com

Peter W. Guyon
pguyon@yahoo.com

Kenneth N. Hickox
KZH@bickelbrewer.com

Brigid M. Higgins
usdcnotices@gordonsilver.com

Randolph L. Howard
rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com

C. Stanley Hunterton
shunterton@huntertonlaw.com, janallen@huntertonlaw.com

Philip M. Hymanson
hymansonp@gtlaw.com, andrewst@gtlaw.com, maierj@gtlaw.com, kimmk@gtlaw.com, haros@gtlaw.com, gutierrezjo@gtlaw.com, mandallk@gtlaw.com, lvlitdock@gtlaw.com

Annette W. Jarvis
ajarvis@rqn.com

Erin E. Jones
ejones@diamondmccarthy.com

Spencer M. Judd
Spencer@jsmjlaw.com

Lindsay S. Katz
lkatz@tpw.com

Dean T. Kirby
dkirby@kirbymac.com, jrigg@kirbymac.com, gsparks@kirbymac.com

Mitchell J. Langberg
mlangberg@bhfs.com, orodriguez@bhfs.com

1  Cynthia J. Larsen
   clarsen@orrick.com, wpeters@orrick.com

2

3  Kent F. Larsen
   kfl@slwlaw.com, cld@slwlaw.com

4  Anne M. Loraditch
5  lvlitdock@gtlaw.com, loraditcha@gtlaw.com, koisp@gtlaw.com

6  Eric D. Madden
   emadden@diamondmccarthy.com, kbarlett@diamondmccarthy.com,
7  cburrow@diamondmccarthy.com

8  Jason Maier
9  maierj@gtlaw.com, kimmk@gtlaw.com, harrow@gtlaw.com, bedellk@gtlaw.com,
   lvlitdock@gtlaw.com

10
   Francis B. Majorie
11 fbmajorie@themajoriefirm.com, vrunning@themajoriefirm.com, pperry@themajoriefirm.com

12 Pamela McKee
13 tbw@jonesvargas.com

14 Richard McKnight
   rmcknight@lawlasvegas.com, gkopang@lawlasvegas.com, mmcalonis@lawlasvegas.com,
15 dmincin@lawlasvegas.com, cburke@lawlasvegas.com

16
   Jeanette E. McPherson
17 usdcfilings@s-mlaw.com

18 Shawn W. Miller
   smiller@sheacarlyon.com, ltreadway@sheacarlyon.com, rmsmith@sheacarlyon.com,
19 aboehmer@sheacarlyon.com

20
   Robert M. Millimet
21 RRM@bickelbrewer.com

22 Peter D. Navarro
   pnavarro@klnevada.com, usdistrict@klnevada.com, kgregos@klnevada.com
23
   Nikoll Nikci
24 Nik@schwartzlawyers.com, ecf@schwartzlawyers.com, sam@schwartzlawyers.com

25
   Henry H. Oh
26 henry.oh@dlapiper.com

27
   Bobby L. Olson
28 olsonb@gtlaw.com, koisp@gtlaw.com, lvlitdock@gtlaw.com, jenkinsm@gtlaw.com

1  Christine Pajak
   cpajak@stutman.com

2

3  Andrew M. Parlen
   aparlen@stutman.com

4  Stanley W. Parry
   parrys@ballardspahr.com, bundickj@ballardspahr.com, sedillom@ballardspahr.com,
5  waltons@ballardspahr.com, gradyc@ballardspahr.com

6
   Jon T. Pearson
7  pearsonj@ballardspahr.com, gradyc@ballardspahr.com, darnellk@ballardspahr.com

8  William Pletcher
   wpletcher@milbank.com
9

10 Norlynn B. Price
   nprice@fulbright.com, cchiasson@fulbright.com
11
   Donald Prunty
12 pruntyd@gtlaw.com

13
   Lisa A. Rasmussen
14 lisa@lrasmussenlaw.com, Andrew@lrasmussenlaw.com, Secretary@lrasmussenlaw.com,
   Alex@lrasmussenlaw.com
15
   Michael D. Rawlins
16 mrawlins@rookerlaw.com, bpereira@rookerlaw.com

17
   Samuel A. Schwartz
18 sam@schwarzlawyers.com, ecf@schwartzlawyers.com

19 Leonard E. Schwartzer
   usdcfilings@s-mlaw.com
20

21 James P. Shea
   jshea@sheacarlyon.com, ltreadway@sheacarlyon.com, swinder@sheacarlyon.com,
22 manthony@sheacarlyon.com, ggianoulakis@sheacarlyon.com, cmuniz@sheacarlyon.com,
   rmsmith@sheacarlyon.com
23
   Shlomo S. Sherman
24 ssherman@sheacarlyon.com, ltreadway@sheacarlyon.com, swinder@sheacarlyon.com,
   manthony@sheacarlyon.com, rmsmith@sheacarlyon.com
25

26 Alan R. Smith
   Mail@asmithlaw.com, turk@asmithlaw.com, marsh@asmithlaw.com
27

28 Stephanie O. Sparks
   sos@hogefenton.com

LAXALT & NOMURA,
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521

1  Elizabeth E. Stephens
   stephens@shlaw.com, calderone@sullivanhill.com, mcallister@sullivanhill.com,
2  dabbiere@sullivanhill.com, vidovich@sullivanhill.com, stein@sullivanhill.com,
   hill@sullivanhill.com, rez@sullivanhill.com, frederick@sullivanhill.com
3
   Steven C. Strong
4  sstrong@rqn.com

5
   Eric W. Swanis
6  swanise@gtlaw.com, barberc@gtlaw.com, lvlitdock@gtlaw.com, sheffieldm@gtlaw.com

7  Jeffrey R. Sylvester
   jeff@sylvesterpolednak.com, jsylvester@sylvesterpolednak.com
8
   Liane K. Wakayama
9  lwakayama@marquisaurbach.com, kchandler@marquisaurbach.com

10
   Gabriel M. Weaver
11 gweaver@milbank.com

12 Gregory L. Wilde
   feddc@wildelaw.com
13
   Katherine M. Windler
14 katherine.windler@bryancave.com

15
   Michael Yoder
16 myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

17
   Matthew C. Zirzow
18 usdcnotices@gordonsilver.com

19
                                                    _____
20                                                  An Employee of Laxalt & Nomura, Ltd.

21

22

23

24

25

26

27

28