_____

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

      Debtor.

Case No: 2:07-cv-0892 (base case)

**ORDER DENYING DONNA
CANGELOSI'S MOTION FOR
ATTORNEY'S FEES (CONTEMPT
ISSUE) (CR #2059)**

On February 3, 2011, Ms. Cangelosi filed her motion for attorney's fees related to the defense of the contempt matter in which she is the prevailing party and wherein she sought $15,300 in attorney's fees. (See docket #2059 and its supporting declaration, docket #2061.) The Trustee filed its response in opposition to the motion on February 23, 2011, docket #2081. A hearing was held on this motion on June 9, 2011.

This Court does not find that there is any basis to award attorney's fees to Ms. Cangelosi for the contempt matter, and accordingly, the motion is hereby DENIED.

Dated: 07-05-2011.

_____
The Honorable Robert C. Jones
Chief United States District Court Judge

1