# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>    Debtor. | Case No: 2:07-cv-0892 (base case)<br><br>**ORDER TAXING COSTS** |

Ms. Cangelosi's submission of taxable costs in the amount of $289.00 is hereby GRANTED against Asset Resolution.

Dated: 07-05-2011

                                            The Honorable Robert C. Jones
                                            Chief United States District Court Judge