1   FRANCIS B. MAJORIE (Pro Hac Vice)
    **THE MAJORIE FIRM, LTD.**
2   3514 Cedar Springs Road
    Dallas, Texas 75219
3   Phone:  214-522-7400
    Fax:   214-522-7911
4   fbmajorie@themajoriefirm.com

5   MELANIE A. HILL
    Nevada Bar. No. 8796
6   **LAW OFFICE OF MELANIE HILL**
    9345 W. Sunset Road, Suite 100
7   Las Vegas, Nevada 89148
    Phone: 702-362-8500
8   Fax:  702-362-8505
    Melanie@MelanieHillLaw.com

9
    **Counsel for Silar Advisors, LP**
10  **and Silar Special Opportunities Fund, LP**

11

12

13                    **UNITED STATES DISTRICT COURT**

14                        **DISTRICT OF NEVADA**

15  | IN RE: | Case No. 2:07-cv-892-RCJ-GWF-BASE |
16  | | |
    | USA COMMERCIAL MORTGAGE | **JOINT *EMERGENCY* MOTION TO** |
17  | COMPANY, | **VACATE FINAL JUDGMENT AND** |
    | | **ORDER AWARDING DECLARATORY** |
18  | Debtor. | **RELIEF, DAMAGES, ATTORNEYS'** |
    | | **FEES, AND PREJUDGMENT** |
19  | 3685 SAN FERNANDO LENDERS, LLC, *et al.* | **INTEREST, AND DENYING** |
    | | **DEFENDANTS' POST-TRIAL** |
20  | Plaintiffs, | **MOTIONS FOR JUDGMENT AS A** |
    | | **MATTER OF LAW AND A NEW** |
21  | v. | **TRIAL** |
22  | | |
    | COMPASS USA SPE LLC, *et al.* | **and** |
23  | | |
    | Defendants. | **ORDER** |
24  | | |
25  | | |

26

27     **THIS JOINT *EMERGENCY* MOTION IS BEING FILED BECAUSE THE**
       **COURT HAD GRANTED DEFENDANT'S ORAL REQUEST AT THE JUNE**
28     **9, 2011 HEARING FOR 15 DAYS TO REVIEW AND OBJECT TO THE**

**PLAINTIFFS' PROPOSED FINAL JUDGMENT AND TO REQUEST A HEARING ON THEIR OBJECTIONS.  ADDITIONALLY, THE PLAINTIFFS HAD AGREED TO PROVIDE DEFENDANTS AN ADDITIONAL 15 DAYS TO OBJECT GIVING DEFENDANTS UNTIL AUGUST 8, 2011, AND THE DEFENDANTS WERE IN THE PROCESS OF PREPARING SAID STIPULATION WHEN THE COURT ENTERED THE FINAL JUDGMENT.**

Certain Direct Lenders, by and through their undersigned counsel, Michael Collins, Bickel & Brewer and Janet L. Chubb, Armstrong Teasdale; Silar Advisors LP and Silar Special Opportunities Funds LP (collectively, "Silar"), by and through their undersigned counsel, Francis B. Majorie, The Majorie Firm, LP, and Melanie A. Hill, Law Office of Melanie Hill; Compass Partners, LLC, Compass USA SPE, Ltd., Boris Piskun and David Blatt (collectively "Compass") by and through their undersigned counsel Daniel T. Hayward, Laxalt & Nomura, Ltd.; and the Chapter 7 Trustee William A. Leonard, Jr., by and through counsel, Jonathan S. Dabbieri, Sullivan, Hill, Lewin, Rez & Engel, jointly move as follows:

1. At the June 9, 2011 hearing on the post-trial motions, the Court ordered plaintiffs to submit a proposed judgment and findings of fact and conclusions of law within thirty (30) days of the hearing date.  The Court granted Silar's oral request on behalf of all Defendants for fifteen (15) days to review the proposed judgment, findings of fact, and conclusions of law to be submitted by Plaintiffs and file Objections.  If the Defendants filed objections to the Proposed Judgment within fifteen (15) days, the Court advised that a hearing would be set on the matter.  See Transcript of Hearing at p. 134, l. 13 – p. 135, l. 15 which stated as follows:

> THE COURT: No, I think the bankruptcy rules, although it doesn't govern me in 892, suggest that they are supposed to pass by you proposed order or proposed findings and conclusions, and basically you have five days under the bankruptcy rules to object, otherwise I will

sign them, and if you do object, I'll give you a hearing.

MR. MAJORIE: Okay. And I would just ask in light of the complexity and probability the length of their proposal, could we at least have 15 days from their submission? Because they may submit –

THE COURT: Before I sign them?

MR. MAJORIE: And I'm not casting anything other than maybe –

THE COURT: Sounds reasonable.

MR. MAJORIE: Thank you.

2.      On July 8, 2011, Plaintiffs submitted their Final Judgment And Order Awarding Declaratory Relief, Damages, Attorneys' Fees, and Prejudgment Interest And Denying Defendants' Post-Trial Motions and Judgment As a Matter of Law [Doc. 2170] ("Proposed Judgment"). The Proposed Judgment was not provided to the Defendants prior to its filing with the Court.

3.      On July 15, 2011, the Court signed and filed the Proposed Judgment [Doc. 2171] prior to the expiration of the fifteen (15) days granted to Defendants to file objections and request a hearing on their objections.

4.      Due to the length of the Proposed Judgment, ongoing discussions among counsel, and other reasons, the parties reached an agreement yesterday, July 14, 2011, that defendants shall have until August 8, 2011 to file a response to the Court regarding the Proposed Judgment.  The parties were in the process of finalizing a Stipulation regarding the further extension when the Court filed the Proposed Judgment today, July 15, 2011.

Accordingly, it is hereby jointly requested the court vacate its entry of the Proposed Judgment so the Defendants will have the authorized 15 days (plus the additional 15 days agreed upon by the parties) in which to file any appropriate objections and request that the Court set a hearing on the matter.

Any objections to the Proposed Judgment would be due on or before August 8, 2011.

DATED this 15th day of July, 2011.

BICKEL & BREWER                                    THE MAJORIE FIRM, LP

By: _/s/ Michael Collins_____        By: __/s/ Francis B. Majorie_____
    Michael Collins, Pro Hac Vice                      Francis B. Majorie, Pro Hac Vice

LAXALT & NOMURA, LTD.                      LAW OFFICE OF MELANIE HILL

By: __/s/ Daniel T. Hayward_____       By: __/s/ Melanie A. Hill_____
    Daniel T. Hayward                                      Melanie A. Hill

SULLIVAN, HILL, LEWIN, REZ                  ARMSTRONG TEASDALE
& ENGEL, APC

By: __/s/ Jonathan S. Dabbieri_____     By: _/s/ Janet Chubb_____
    Jonathan S. Dabbieri                                  Janet L. Chubb

ORDER

IT IS HEREBY ORDERED that the Proposed Judgment [Doc. 2171] inadvertently entered on July 15, 2011 be VACATED.

IT IS FURTHER ORDERED that any objections to the Proposed Judgment shall be due on or before August 8, 2011.

DATED this 21st day of July, 2011.

_____
ROBERT C. JONES
CHIEF UNITED STATES DISTRICT JUDGE