AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

3685 San Fernando Lenders, LLC, et al.,

Plaintiffs,

V.

Compass USA SPE LLC, et al.,

Defendants.

JUDGMENT ON ATTORNEY'S FEES

Case Number: 2:07-cv-00892-RCJ-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Judgment on Attorneys Fees is entered in favor Kessler, Chaudhry, Graham, Lucas, Knoles, Newman, Musso, Cangelosi, Zawacki, and Arthur Kriss of and against Silar, Robert Leeds, Jay Gracin, Hin King Tai, and Min Ko Hen in the amount of $1,415,572.26. This sum includes the $95,049.83 at issue in document # 1811; the $374,112.43 at issue in document # 1822; and $90,000 to Movants for attorneys' fees and for distribution of costs to direct lenders.

August 9, 2011

Date

/s/ Lance S. Wilson

Clerk

/s/ Aaron Blazevich

(By) Deputy Clerk