J. Stephen Peek, Esq.
Nevada Bar No. 1758
Bryce K. Kunimoto, Esq.
Nevada Bar No. 7781
HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169
(702) 669-4600
(702) 669-4650 – fax
speek@hollandhart.com
bkunimoto@hollandhart.com

*Attorneys for Katherine M. Windler and
Bryan Cave, LLP*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor<br><br>3685 San Fernando Lenders, LLC, et al<br><br>Plaintiffs<br><br>v.<br><br>Compass USA SPE, LLC, et al<br><br>Defendants | 2:07-cv-00892 RCJ (GWF) Base Case;<br><br>*Consolidated with Case Nos.*<br>*2:08-cv-1389 RCJ (GWF)*<br>*3:07-cv-241 RCJ (GWF)*<br>*2:07-cv-0894 RCJ (GWF)*<br>*2:07-cv-1133 RCJ (GWF)*<br><br>**ORDER GRANTING KATHERINE M. WINDLER AND BRYAN CAVE LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT ASSET RESOLUTION LLC** |

WHEREAS on August 18, 2010, Katherine M. Windler and Bryan Cave LLP filed a Motion to Withdraw as counsel for Defendant Asset Resolution LLC in the above-referenced matter at Docket No. 1861;

WHEREAS the Court, having read and considered all pleadings and papers filed in support of the Motion to Withdraw, having heard the argument of the parties on October 6, 2010, and for good cause shown, issues the following Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Withdraw is GRANTED.

IT IS SO ORDERED.

Dated: 08-11-2011

_____
U.S. DISTRICT COURT JUDGE

SUBMITTED BY:

         /s/ J. Stephen Peek
J. Stephen Peek, Esq.
Lars K. Evensen, Esq.
Bryce K. Kunimoto, Esq.
HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169

Mona L. Burton (*pro hac vice*)
Utah Bar No. 5399
HOLLAND & HART LLP
60 E. South Temple, Suite 2000
Salt Lake City, Utah 84111

*Attorneys for Bryan Cave LLP and Katherine Windler*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2010, a true and correct copy of the foregoing *[PROPOSED] ORDER GRANTING KATHERINE M. WINDLER AND BRYAN CAVE LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT ASSET RESOLUTION LLC* was served on counsel through the Court's electronic service system.

                                          /s/ Caryn F. Kelly
                                 An Employee of Holland & Hart LLP

4938308_1.DOC

HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor