LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 007491
California Bar No. 207026
**LAW OFFICE OF LISA RASMUSSEN, ESQ.**
616 South 8th Street
Las Vegas, NV 89101
Tel.  (702) 471-6565
Fax. (702) 471-6540
Lisa@LRasmussenLaw.com

Attorneys for Donna Cangelosi

_____

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

  Debtor.

Case No: 2:07-cv-0892 (base case)

**ORDER DENYING DONNA CANGELOSI'S MOTION FOR ATTORNEY'S FEES (CONTEMPT ISSUE) (CR #2059)**

On February 3, 2011, Ms. Cangelosi filed her motion for attorney's fees related to the defense of the contempt matter in which she is the prevailing party and wherein she sought $15,300 in attorney's fees.  (See docket #2059 and its supporting declaration, docket #2061.) The Trustee filed its response in opposition to the motion on February 23, 2011, docket #2081. A hearing was held on this motion on June 9, 2011.

This Court does not find that there is any basis to award attorney's fees to Ms. Cangelosi for the contempt matter, and accordingly, the motion is hereby DENIED.

Dated: 08/16/2011

_____
The Honorable Robert C. Jones
Chief United States District Court Judge

1