LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 007491
California Bar No. 207026
**LAW OFFICE OF LISA RASMUSSEN, ESQ.**
616 South 8th Street
Las Vegas, NV 89101
Tel. (702) 471-6565
Fax. (702) 471-6540
Lisa@LRasmussenLaw.com

Attorneys for Donna Cangelosi

_____

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

    Debtor.

Case No: 2:07-cv-0892 (base case)

**ORDER TAXING COSTS**

    Ms. Cangelosi's submission of taxable costs in the amount of $289.00 is hereby GRANTED against Asset Resolution.

Dated: 08/16/2011

_____
The Honorable Robert C. Jones
Chief United States District Court Judge