DANIEL T. HAYWARD, ESQ.
Nevada State Bar No. 5986
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
dhayward@laxalt-nomura.com
Telephone:  (775) 322-1170
Facsimile:  (775) 322-1865
Attorneys for COMPASS PARTNERS, LLC,
COMPASS USA SPE, LLC,
BORIS PISKUN and DAVID BLATT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No. 2:07-CV-892-RCJ-GWF-BASE |
| USA COMMERCIAL MORTGAGE COMPANY, | Consolidated with Case Nos. |
| | 2:07-cv-1389-RCJ-GWF |
| Debtor. | 3:07-cv-00241-RCJ-GWF |
| _____/ | 2:07-cv-00894-RCJ-GWF |
| 3685 SAN FERNANDO LENDERS, LLC, *et al.,* | |
| Plaintiffs, | |
| v. | |
| COMPASS USA SPE, LLC, *et al.,* | |
| Defendant. | |
| _____/ | |

**COMPASS DEFENDANTS' OBJECTION TO PROPOSED ORDER SETTING SUPERSEDEAS BOND AMOUNTS TO STAY EXECUTION OF JUDGMENT PENDING APPEAL**

Defendants COMPASS USA SPE, LLC, COMPASS PARTNERS, LLC, BORIS PISKUN, and DAVID BLATT (hereinafter collectively referred to as "the Compass Defendants") by and through their counsel of record, Laxalt & Nomura, Ltd., hereby object to the Proposed Order Setting Supersedeas Bond Amounts to Stay Execution of Judgment Pending Appeal filed on August 26, 2011 by Plaintiffs (#2228).

1    A supersedeas bond pursuant to NRCP 62(b) for purposes of obtaining a stay of

2  execution pending appeal is a separate and distinct concept from a bond for costs incurred on

3  appeal pursuant to NRAP 7.  As explained by the Second Circuit Court of Appeals:

4      Wright & Miller instruct that cost bonds and supersedeas bonds "should not be confused
       . . . ." Wright, Miller & Cooper, 16A Federal Practice and Procedure: Jurisdiction 2d §
5      3953 at 278 (1996).  It appears that a "supersedeas bond" is retrospective covering sums
       related to the merits of the underlying judgment (and stay of its execution), whereas a
6      "cost bond" is prospective relating to the potential expenses of litigating an appeal.  See
       *The Astoria v. Slayne*, 1 F.R.D. 742, 743 (E.D.N.Y. 1941) ("The bond filed was merely a
7      cost bond and not a supersedeas bond and was intended to cover costs in the appellate
       court only." (citations omitted)).
8
   *Adsani v. Miller*, 139 F.3d 67, 70 (2d Cir. 1998).
9

10    As discussed during the recent hearing of the Compass and Silar Defendants' motions to

11  determine the amount of any required appeal bonds, the Compass Defendants will likely elect ---

12  out of financial necessity --- not to file a supersedeas bond in order to obtain a stay of execution

13  on the forthcoming judgment pending appeal.  Instead, they will likely file a bond for costs on

14  appeal to the extent one is required by this Court pursuant to NRAP 7.  This Court stated that it

15  would require a separate bond for costs on appeal pursuant to NRAP 7, and set the amount of

16  that bond at $100,000, comprised of $5,000 in anticipated appellate costs and $95,000 in

17  anticipated appellate attorney fees.  By setting the amount of the NRAP 7 cost bond separately

18  from the amount of the NRCP 62(b) supersedeas bond, the Court will properly enable the

19  Compass Defendants to post the NRAP 7 cost bond, decline to post the separate NRCP 62(b)

20  supersedeas bond, and proceed with their appeal.

21    Contrary to this, Plaintiffs have proposed in their draft Order that the Court set only a

22  single bond amount.  That bond purports to be an NRCP 62(b) supersedeas bond, but the

23  breakdown of the amount in the proposed Order expressly refers to anticipated appellate costs

24  and attorney fees.  Accordingly, the proposed Order is vague as to whether the proposed single

25  bond amount pertains only to an NRCP 62(b) supersedeas bond, or to a combined NRCP 62(b)

26  supersedeas bond and an NRAP 7 cost bond.

27    The failure to post an NRAP 7 cost bond, if one is required by the Court, is not

28  necessarily fatal to an appeal but does empower  the Ninth Circuit to dismiss the appeal. *Azizian*

LAXALT & NOMURA.
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521

2

1   *v. Federated Dep't Stores, Inc.*, 499 F.3d 950, 961 (9th Cir. 2007).  The Court stated during the

2   hearing of this matter that it doubted the Compass Defendants could post the NRCP 62(b)

3   supersedeas bond, and the undersigned agreed.  That is precisely why the Court ought not

4   combine the NRCP 62(b) bond with the NRAP 7 bond.  The Compass Defendants must be

5   apprized of the amount of the NRAP 7 cost bond, and given the opportunity to file only the

6   NRAP 7 bond and not the NRCP 62(b) supersedeas bond if they so choose.  By combining the

7   two amounts, or leaving it unclear as to whether the amounts have been combined, this Court

8   would unduly burden the Compass Defendants' right to appeal.  See *Azizian*, 499 F.3d at 961

9   (district court may not unduly burden a party's right to appeal by setting an excessive NRAP 7

10   cost bond amount).

11         Accordingly, the Court's Order Setting Supersedeas Bond Amounts to Stay Execution of

12   Judgment Pending Appeal should declare whether an NRAP 7 cost bond is also required, and if

13   so, set the amount of that separate cost bond.  If the Court is to enter an Order consistent with its

14   stated position during the hearing of this matter, the Order should set the amount of the NRAP 7

15   cost bond at $5,000 for costs on appeal, and $95,000 for anticipated appellate attorney fees.[1]

16         DATED this 30th day of August.

17                                            LAXALT & NOMURA, LTD.

18

19                              By:  _____
                                     Daniel T. Hayward, Esq. #5986
20                                   9600 Gateway Drive
                                     Reno, Nevada 89521
21                                   dhayward@laxalt-nomura.com
                                     Telephone:  (775) 322-1170
22                                   Facsimile:  (775) 322-1865
                                     Attorneys for COMPASS PARTNERS,
23                                   LLC, COMPASS USA SPE, LLC, BORIS
                                     PISKUN and DAVID BLATT
24

25

26

27
   _____
28   [1]      The Compass Defendants, of course, reserve the right to argue on appeal that the $95,000
   in anticipated appellate attorney fees should be included in the NRAP 7 cost bond amount.

LAXALT & NOMURA.
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521

1

## CERTIFICATE OF SERVICE

2

     Pursuant to FRCP 5(b), I certify that I am an employee of LAXALT & NOMURA, LTD., and that on this 30th day of August, 2011, I caused a true and correct copy of the foregoing to be

3

served:

4

_VIA ELECTRONIC SERVICE

5

addressed as follows:

6

*** SEE ATTACHED LIST ***

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAXALT & NOMURA.
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521

4

Joshua S. Akbar
jakbar@sonnenchein.com

Mark Albright
gma@albrightstoddard.com, danderson@albrightstoddard.com

Lindsy Nicole Alleman
lalleman@fulbright.com

Anthony W. Austin
aaustin@lrlaw.com

F. Christopher Austin
austin@gtlaw.com , neyc@gtlaw.com, kimmk@gtlaw.com , haros@gtlaw.com,
lvlitdock@gtlaw.com

Luis A. Ayon
ayon@gtlaw.com, barberc@gtlaw.com, lvlitdock@gtlaw.com

Georganne Bradley
georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

William A Brewer, III
wab@bickelbrewer.com

Andrew M. Brumby
abrumby@shutts-law.com

Louis Martin Bubala, III
lbubala@jonesvargas.com, bcopeland@jonesvargas.com, tbw@jonesvargas.com

Donna Cangelosi
mail@asmithlaw.com

Candace C. Carlyon
ccarlyon@sheacarylon.com, ltreadway@sheacarlyon.com, manthony@sheacarlyon.com
rmsmith@sheacarlyon.com, prdriscoll@sheacarlyon.com

Rob Charles
RCharles@LRLAW.com, cjordan@lrlaw.com

Janet L. Chubb
tbw@jonesvargas.com

Terry A. Coffing
tcoffing@marquisaurbach.com, smong@marquisaurbach.com

Michael J Collins
mjc@bickelbrewer.com

LAXALT & NOMURA,
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521

Tami D. Cowden
cowdent@gtlaw.com

Louis A. Curcio
LCurcio@sonnenschein.com, jakbar@sonnenschein.com, JForstot@sonnenschein.com, CAlbanese@sonnenschein.com, rashinoff@sonnenschein.com, Fitzmaurice@sonnenschein.com

Kevin A. Darby
kevin@darbylawpractice.com

Laurel E. Davis
ldavis@fclaw.com, mhurtado@fclaw.com

Allan B. Diamond
adiamond@diamondmccarthy.com

Andrew F. Dixon
Andrew@bdtlawyers.com, megan@bdtlawyers.com

McAlan W. Duncan
mcalanwduncan@gmail.com

Craig S. Dunlap
cdunlap@fclaw.com

Melanie A. Ells
lawyermel@cox.net, kristinsmith23@gmail.com

Thomas H. Fell
usdcnotices@gordonsilver.com

Elizabeth Fielder
efielder@jonesvargas.com

Arley D. Finley, III
tfinley@diamondmccarthy.com

Patrick Fitzmaurice
fitzmaurice@sonnenschein.com, yzitelli@sonnenschein.com

Michael S. Gardner
mzg@bickelbrewer.com

Puneet K. Garg
gargp@gtlaw.com

Gregory E. Garman
usdcnotices@gordonsilver.com

LAXALT & NOMURA.
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521

Wade B. Gochnour
WBG@h2law.com, kdp@h2law.com

Gerald M. Gordon
usdcnotices@gordonsilver.com

Talitha B. Gray
usdcnotices@gordonsilver.com

James D. Greene
jgreene@greeneinfusolaw.com, nkinel@DSLLP.com, cjorvig@greeneinfusolaw.com,
ztakos@greeninfusolaw.com, fritchie@greeneinfusolaw.com

Peter W. Guyon
pguyon@yahoo.com

Kenneth N. Hickox
KZH@bickelbrewer.com

Brigid M. Higgins
usdcnotices@gordonsilver.com

Randolph L. Howard
rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com

C. Stanley Hunterton
shunterton@huntertonlaw.com, janallen@huntertonlaw.com

Philip M. Hymanson
hymansonp@gtlaw.com, andrewst@gtlaw.com, maierj@gtlaw.com, kimmk@gtlaw.com,
haros@gtlaw.com, gutierrezjo@gtlaw.com, mandallk@gtlaw.com, lvlitdock@gtlaw.com

Annette W. Jarvis
ajarvis@rqn.com

Erin E. Jones
ejones@diamondmccarthy.com

Spencer M. Judd
Spencer@jsmjlaw.com

Lindsay S. Katz
lkatz@tpw.com

Dean T. Kirby
dkirby@kirbymac.com, jrigg@kirbymac.com, gsparks@kirbymac.com

Mitchell J. Langberg
mlangberg@bhfs.com, orodriguez@bhfs.com

Laxalt & Nomura.
Attorneys at Law
9600 Gateway Drive
Reno, Nevada 89521

7

1  Cynthia J. Larsen
   clarsen@orrick.com, wpeters@orrick.com

2
   Kent F. Larsen
3  kfl@slwlaw.com, cld@slwlaw.com

4  Anne M. Loraditch
   lvlitdock@gtlaw.com, loraditcha@gtlaw.com, koisp@gtlaw.com
5

6  Eric D. Madden
   emadden@diamondmccarthy.com, kbarlett@diamondmccarthy.com,
7  cburrow@diamondmccarthy.com

8  Jason Maier
   maierj@gtlaw.com, kimmk@gtlaw.com, harrow@gtlaw.com, bedellk@gtlaw.com,
9  lvlitdock@gtlaw.com

10
   Francis B. Majorie
11 fbmajorie@themajoriefirm.com, vrunning@themajoriefirm.com, pperry@themajoriefirm.com

12 Pamela McKee
   tbw@jonesvargas.com
13

14 Richard McKnight
   rmcknight@lawlasvegas.com, gkopang@lawlasvegas.com, mmcalonis@lawlasvegas.com,
15 dmincin@lawlasvegas.com, cburke@lawlasvegas.com

16
   Jeanette E. McPherson
17 usdcfilings@s-mlaw.com

18 Shawn W. Miller
   smiller@sheacarlyon.com, ltreadway@sheacarlyon.com, rmsmith@sheacarlyon.com,
19 aboehmer@sheacarlyon.com

20
   Robert M. Millimet
21 RRM@bickelbrewer.com

22 Peter D. Navarro
   pnavarro@klnevada.com, usdistrict@klnevada.com, kgregos@klnevada.com
23

24 Nikoll Nikci
   Nik@schwartzlawyers.com, ecf@schwartzlawyers.com, sam@schwartzlawyers.com
25

   Henry H. Oh
26 henry.oh@dlapiper.com

27
   Bobby L. Olson
28 olsonb@gtlaw.com, koisp@gtlaw.com, lvlitdock@gtlaw.com, jenkinsm@gtlaw.com

Christine Pajak
cpajak@stutman.com

Andrew M. Parlen
aparlen@stutman.com

Stanley W. Parry
parrys@ballardspahr.com, bundickj@ballardspahr.com, sedillom@ballardspahr.com, waltons@ballardspahr.com, gradyc@ballardspahr.com

Jon T. Pearson
pearsonj@ballardspahr.com, gradyc@ballardspahr.com, darnellk@ballardspahr.com

William Pletcher
wpletcher@milbank.com

Norlynn B. Price
nprice@fulbright.com, cchiasson@fulbright.com

Donald Prunty
pruntyd@gtlaw.com

Lisa A. Rasmussen
lisa@lrasmussenlaw.com, Andrew@lrasmussenlaw.com, Secretary@lrasmussenlaw.com, Alex@lrasmussenlaw.com

Michael D. Rawlins
mrawlins@rookerlaw.com, bpereira@rookerlaw.com

Samuel A. Schwartz
sam@schwarzlawyers.com, ecf@schwartzlawyers.com

Leonard E. Schwartzer
usdcfilings@s-mlaw.com

James P. Shea
jshea@sheacarlyon.com, ltreadway@sheacarlyon.com, swinder@sheacarlyon.com, manthony@sheacarlyon.com, ggianoulakis@sheacarlyon.com, cmuniz@sheacarlyon.com, rmsmith@sheacarlyon.com

Shlomo S. Sherman
ssherman@sheacarlyon.com, ltreadway@sheacarlyon.com, swinder@sheacarlyon.com, manthony@sheacarlyon.com, rmsmith@sheacarlyon.com

Alan R. Smith
Mail@asmithlaw.com, turk@asmithlaw.com, marsh@asmithlaw.com

Stephanie O. Sparks
sos@hogefenton.com

LAXALT & NOMURA.
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521

Elizabeth E. Stephens
stephens@shlaw.com, calderone@sullivanhill.com, mcallister@sullivanhill.com, dabbiere@sullivanhill.com, vidovich@sullivanhill.com, stein@sullivanhill.com, hill@sullivanhill.com, rez@sullivanhill.com, frederick@sullivanhill.com

Steven C. Strong
sstrong@rqn.com

Eric W. Swanis
swanise@gtlaw.com, barberc@gtlaw.com, lvlitdock@gtlaw.com, sheffieldm@gtlaw.com

Jeffrey R. Sylvester
jeff@sylvesterpolednak.com, jsylvester@sylvesterpolednak.com

Liane K. Wakayama
lwakayama@marquisaurbach.com, kchandler@marquisaurbach.com

Gabriel M. Weaver
gweaver@milbank.com

Gregory L. Wilde
feddc@wildelaw.com

Katherine M. Windler
katherine.windler@bryancave.com

Michael Yoder
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

Matthew C. Zirzow
usdcnotices@gordonsilver.com

An Employee of Laxalt & Nomura, Ltd.

LAXALT & NOMURA.
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521