1  DANIEL T. HAYWARD, ESQ.
   Nevada State Bar No. 5986
2  LAXALT & NOMURA, LTD.
3  9600 Gateway Drive
   Reno, Nevada 89521
4  dhayward@laxalt-nomura.com
   Telephone:  (775) 322-1170
5  Facsimile:  (775) 322-1865
6  Attorneys for COMPASS PARTNERS, LLC,
   COMPASS USA SPE, LLC,
7  BORIS PISKUN and DAVID BLATT

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10  IN RE:                                  Case No. 2:07-CV-892-RCJ-GWF-BASE

11  USA COMMERCIAL MORTGAGE               Consolidated with Case Nos.
    COMPANY,
12                                         2:07-cv-1389-RCJ-GWF
                                           3:07-cv-00241-RCJ-GWF
13           Debtor.                       2:07-cv-00894-RCJ-GWF
    _____/
14  3685 SAN FERNANDO LENDERS, LLC,
    et al.,
15
16           Plaintiffs,

17      v.

18  COMPASS USA SPE, LLC, et al.,

19           Defendant.
20  _____/

21  **COMPASS DEFENDANTS' ERRATA TO OBJECTION TO PROPOSED
    ORDER SETTING SUPERSEDEAS BOND AMOUNTS TO
22  STAY EXECUTION OF JUDGMENT PENDING APPEAL**

23       Defendants COMPASS USA SPE, LLC, COMPASS PARTNERS, LLC, BORIS

24  PISKUN, and DAVID BLATT (hereinafter collectively referred to as "the Compass

25  Defendants") by and through their counsel of record, Laxalt & Nomura, Ltd., hereby files this

26  Errata to its Objection to Proposed Order (#2230) to correct footnote number 1 which should

27  state:

28

[1] The Compass Defendants, of course, reserve the right to argue on appeal that the $95,000 in anticipated appellate attorney fees should *NOT* be included in the NRAP 7 cost bond amount.

DATED this 30th day of August.

                                        LAXALT & NOMURA, LTD.

                              By: _____
                                        Daniel T. Hayward, Esq. #5986
                                        9600 Gateway Drive
                                        Reno, Nevada 89521
                                        dhayward@laxalt-nomura.com
                                        Telephone:  (775) 322-1170
                                        Facsimile:  (775) 322-1865
                                        Attorneys for COMPASS PARTNERS,
                                        LLC, COMPASS USA SPE, LLC, BORIS
                                        PISKUN and DAVID BLATT

1    **CERTIFICATE OF SERVICE**

2         Pursuant to FRCP 5(b), I certify that I am an employee of LAXALT & NOMURA, LTD.,
     and that on this 30th day of August, 2011, I caused a true and correct copy of the foregoing to be
3    served:

4                          _VIA ELECTRONIC SERVICE

5    addressed as follows:

6                          *** SEE ATTACHED LIST ***

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joshua S. Akbar
jakbar@sonnenchein.com

Mark Albright
gma@albrightstoddard.com, danderson@albrightstoddard.com

Lindsy Nicole Alleman
lalleman@fulbright.com

Anthony W. Austin
aaustin@lrlaw.com

F. Christopher Austin
austin@gtlaw.com , neyc@gtlaw.com, kimmk@gtlaw.com , haros@gtlaw.com,
lvlitdock@gtlaw.com

Luis A. Ayon
ayon@gtlaw.com, barberc@gtlaw.com, lvlitdock@gtlaw.com

Georganne Bradley
georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

William A Brewer, III
wab@bickelbrewer.com

Andrew M. Brumby
abrumby@shutts-law.com

Louis Martin Bubala, III
lbubala@jonesvargas.com, bcopeland@jonesvargas.com, tbw@jonesvargas.com

Donna Cangelosi
mail@asmithlaw.com

Candace C. Carlyon
ccarlyon@sheacarylon.com, ltreadway@sheacarlyon.com, manthony@sheacarlyon.com
rmsmith@sheacarlyon.com, prdriscoll@sheacarlyon.com

Rob Charles
RCharles@LRLAW.com, cjordan@lrlaw.com

Janet L. Chubb
tbw@jonesvargas.com

Terry A. Coffing
tcoffing@marquisaurbach.com, smong@marquisaurbach.com

Michael J Collins
mjc@bickelbrewer.com

LAXALT & NOMURA,
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 88521

Tami D. Cowden
cowdent@gtlaw.com

Louis A. Curcio
LCurcio@sonnenschein.com, jakbar@sonnenschein.com, JForstot@sonnenschein.com,
CAlbanese@sonnenschein.com, rashinoff@sonnenschein.com, Fitzmaurice@sonnenschein.com

Kevin A. Darby
kevin@darbylawpractice.com

Laurel E. Davis
ldavis@fclaw.com, mhurtado@fclaw.com

Allan B. Diamond
adiamond@diamondmccarthy.com

Andrew F. Dixon
Andrew@bdtlawyers.com, megan@bdtlawyers.com

McAlan W. Duncan
mcalanwduncan@gmail.com

Craig S. Dunlap
cdunlap@fclaw.com

Melanie A. Ells
lawyermel@cox.net, kristinsmith23@gmail.com

Thomas H. Fell
usdcnotices@gordonsilver.com

Elizabeth Fielder
efielder@jonesvargas.com

Arley D. Finley, III
tfinley@diamondmccarthy.com

Patrick Fitzmaurice
fitzmaurice@sonnenschein.com, yzitelli@sonnenschein.com

Michael S. Gardner
mzg@bickelbrewer.com

Puneet K. Garg
gargp@gtlaw.com

Gregory E. Garman
usdcnotices@gordonsilver.com

1   Wade B. Gochnour
    WBG@h2law.com, kdp@h2law.com

2

3   Gerald M. Gordon
    usdcnotices@gordonsilver.com

4   Talitha B. Gray
    usdcnotices@gordonsilver.com
5

6   James D. Greene
    jgreene@greeneinfusolaw.com, nkinel@DSLLP.com, cjorvig@greeneinfusolaw.com,
7   ztakos@greeninfusolaw.com, fritchie@greeneinfusolaw.com

8   Peter W. Guyon
    pguyon@yahoo.com
9

10  Kenneth N. Hickox
    KZH@bickelbrewer.com
11

12  Brigid M. Higgins
    usdcnotices@gordonsilver.com

13
    Randolph L. Howard
14  rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com

15  C. Stanley Hunterton
    shunterton@huntertonlaw.com, janallen@huntertonlaw.com
16

17  Philip M. Hymanson
    hymansonp@gtlaw.com, andrewst@gtlaw.com, maierj@gtlaw.com, kimmk@gtlaw.com,
18  haros@gtlaw.com, gutierrezjo@gtlaw.com, mandallk@gtlaw.com, lvlitdock@gtlaw.com

19  Annette W. Jarvis
    ajarvis@rqn.com
20

21  Erin E. Jones
    ejones@diamondmccarthy.com
22

23  Spencer M. Judd
    Spencer@jsmjlaw.com

24
    Lindsay S. Katz
25  lkatz@tpw.com

26  Dean T. Kirby
    dkirby@kirbymac.com, jrigg@kirbymac.com, gsparks@kirbymac.com
27

28  Mitchell J. Langberg
    mlangberg@bhfs.com, orodriguez@bhfs.com

LAXALT & NOMURA,
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521

6

Cynthia J. Larsen
clarsen@orrick.com, wpeters@orrick.com

Kent F. Larsen
kfl@slwlaw.com, cld@slwlaw.com

Anne M. Loraditch
lvlitdock@gtlaw.com, loraditcha@gtlaw.com, koisp@gtlaw.com

Eric D. Madden
emadden@diamondmccarthy.com, kbarlett@diamondmccarthy.com,
cburrow@diamondmccarthy.com

Jason Maier
maierj@gtlaw.com, kimmk@gtlaw.com, harrow@gtlaw.com, bedellk@gtlaw.com,
lvlitdock@gtlaw.com

Francis B. Majorie
fbmajorie@themajoriefirm.com, vrunning@themajoriefirm.com, pperry@themajoriefirm.com

Pamela McKee
tbw@jonesvargas.com

Richard McKnight
rmcknight@lawlasvegas.com, gkopang@lawlasvegas.com, mmcalonis@lawlasvegas.com,
dmincin@lawlasvegas.com, cburke@lawlasvegas.com

Jeanette E. McPherson
usdcfilings@s-mlaw.com

Shawn W. Miller
smiller@sheacarlyon.com, ltreadway@sheacarlyon.com, rmsmith@sheacarlyon.com,
aboehmer@sheacarlyon.com

Robert M. Millimet
RRM@bickelbrewer.com

Peter D. Navarro
pnavarro@klnevada.com, usdistrict@klnevada.com, kgregos@klnevada.com

Nikoll Nikci
Nik@schwartzlawyers.com, ecf@schwartzlawyers.com, sam@schwartzlawyers.com

Henry H. Oh
henry.oh@dlapiper.com

Bobby L. Olson
olsonb@gtlaw.com, koisp@gtlaw.com, lvlitdock@gtlaw.com, jenkinsm@gtlaw.com

1  Christine Pajak
   cpajak@stutman.com

2

3  Andrew M. Parlen
   aparlen@stutman.com

4  Stanley W. Parry
   parrys@ballardspahr.com, bundickj@ballardspahr.com, sedillom@ballardspahr.com,
5  waltons@ballardspahr.com, gradyc@ballardspahr.com

6  Jon T. Pearson
   pearsonj@ballardspahr.com, gradyc@ballardspahr.com, darnellk@ballardspahr.com
7

8  William Pletcher
   wpletcher@milbank.com
9

10 Norlynn B. Price
   nprice@fulbright.com, cchiasson@fulbright.com
11

12 Donald Prunty
   pruntyd@gtlaw.com

13 Lisa A. Rasmussen
   lisa@lrasmussenlaw.com, Andrew@lrasmussenlaw.com, Secretary@lrasmussenlaw.com,
14 Alex@lrasmussenlaw.com

15

16 Michael D. Rawlins
   mrawlins@rookerlaw.com, bpereira@rookerlaw.com

17

18 Samuel A. Schwartz
   sam@schwarzlawyers.com, ecf@schwartzlawyers.com

19 Leonard E. Schwartzer
   usdcfilings@s-mlaw.com
20

21 James P. Shea
   jshea@sheacarlyon.com, ltreadway@sheacarlyon.com, swinder@sheacarlyon.com,
22 manthony@sheacarlyon.com, ggianoulakis@sheacarlyon.com, cmuniz@sheacarlyon.com,
   rmsmith@sheacarlyon.com
23

24 Shlomo S. Sherman
   ssherman@sheacarlyon.com, ltreadway@sheacarlyon.com, swinder@sheacarlyon.com,
25 manthony@sheacarlyon.com, rmsmith@sheacarlyon.com

26 Alan R. Smith
   Mail@asmithlaw.com, turk@asmithlaw.com, marsh@asmithlaw.com
27

28 Stephanie O. Sparks
   sos@hogefenton.com

Elizabeth E. Stephens
stephens@shlaw.com, calderone@sullivanhill.com, mcallister@sullivanhill.com, dabbiere@sullivanhill.com, vidovich@sullivanhill.com, stein@sullivanhill.com, hill@sullivanhill.com, rez@sullivanhill.com, frederick@sullivanhill.com

Steven C. Strong
sstrong@rqn.com

Eric W. Swanis
swanise@gtlaw.com, barberc@gtlaw.com, lvlitdock@gtlaw.com, sheffieldm@gtlaw.com

Jeffrey R. Sylvester
jeff@sylvesterpolednak.com, jsylvester@sylvesterpolednak.com

Liane K. Wakayama
lwakayama@marquisaurbach.com, kchandler@marquisaurbach.com

Gabriel M. Weaver
gweaver@milbank.com

Gregory L. Wilde
feddc@wildelaw.com

Katherine M. Windler
katherine.windler@bryancave.com

Michael Yoder
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

Matthew C. Zirzow
usdcnotices@gordonsilver.com

An Employee of Laxalt & Nomura, Ltd.