JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
ARMSTRONG TEASDALE
50 W. Liberty St., Suite 950
Reno, NV 89501
Telephone: (775) 322-7400
Facsimile: (775) 322-9049
Email: jchubb@armstrongteasdale.com
  and  bsalinas@armstrongteasdale.com
  and  lbubala@armstrongteasdale.com

WILLIAM A. BREWER III, ESQ.
Texas State Bar No. 02967035
*Admitted Pro Hac Vice*
MICHAEL J. COLLINS, ESQ.
Texas State Bar No. 00785495
*Admitted Pro Hac Vice*
ROBERT M. MILLIMET, ESQ.
Texas State Bar No. 24025538
*Admitted Pro Hac Vice*
BICKEL & BREWER
1717 Main Street, Suite 4800
Dallas, Texas 75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015
Email: wab@bickelbrewer.com
       mjc@bickelbrewer.com
       rrm@bickelbrewer.com

Attorneys for Plaintiffs

**Electronically Filed on August 26, 2011**

## UNITED STATES DISTRICT COURT

### District of Nevada

| | |
|---|---|
| **In re:**<br><br>**USA COMMERCIAL MORTGAGE COMPANY,**<br><br>      **Debtor.**<br>_____<br><br>**3685 SAN FERNANDO LENDERS, LLC,** *et al.***,**<br><br>      **Plaintiffs,**<br><br>v.<br><br>**COMPASS USA SPE LLC,** *et al.***,**<br><br>      **Defendants.** | Case No. 2:07-CV-892-RCJ-GWF-BASE<br>and<br>Case No. 3:07-CV-241-RCJ-GWF<br><br>**ORDER SETTING SUPERSEDEAS BOND AMOUNTS TO STAY EXECUTION OF JUDGMENT PENDING APPEAL** |

Defendants Silar Advisors, LP and Silar Special Opportunities Fund, LP (together, "Silar"), as well as Compass USA SPE, LLC, Compass Partners, LLC, Boris Piskun, and David Blatt

(together, the "Compass Defendants"), separately moved to set the amounts of the supersedeas bonds that they each would be required to post to obtain a stay of execution of the judgment pending appeal. The Court having reviewed the pleadings and papers on file and received the arguments of counsel on the record at the hearing held August 24, 2011, and good cause appearing,

**IT IS HEREBY ORDERED** that in order to obtain a stay of execution of the judgment pending appeal pursuant to Federal Rule of Civil Procedure 62(d), Silar is required to deposit in the registry of the Court a cash-only bond in the total amount of $5 million. Alternatively, Silar may file with the Court a surety supersedeas bond in the total amount of its portion of the final judgment ($5,570,639.04, plus additional prejudgment interest of $7.075 daily from July 1, 2011, through the entry of judgment), plus postjudgment interest on that amount for three years, plus $100,000 for Plaintiffs' costs on appeal (of which $5,000 is for Plaintiffs' appellate costs and expenses, and $95,000 is for Plaintiffs' appellate attorneys' fees).

**IT IS FURTHER ORDERED** that in order to obtain a stay of execution of the judgment pending appeal pursuant to Federal Rule of Civil Procedure 62(d), the Compass Defendants are required either to deposit in the registry of the Court a cash-only bond, or to file with the Court a surety supersedeas bond, in the total amount of their portion of the final judgment ($3,391,496.14, plus additional prejudgment interest of $4.677 daily from July 1, 2011, through the entry of judgment), plus postjudgment interest on that amount for three years, plus $100,000 for Plaintiffs' costs on appeal (of which $5,000 is for Plaintiffs' appellate costs and expenses, and $95,000 is for Plaintiffs' appellate attorneys' fees).

DATED: This 5th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE