LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 007491
LAW OFFICE OF LISA RASMUSSEN
601 South 10th Street, Suite 100
Las Vegas, NV 89101
Telephone: (702) 471-1436
Facsimile: (702) 489-6619
Lisa@LRasmussenLaw.com

WILLIAM A. BREWER III, ESQ.
Texas State Bar No. 02967035
*Admitted Pro Hac Vice*
MICHAEL J. COLLINS, ESQ.
Texas State Bar No. 00785495
*Admitted Pro Hac Vice*
ROBERT M. MILLIMET, ESQ.
Texas State Bar No. 24025538
*Admitted Pro Hac Vice*
BICKEL & BREWER
1717 Main Street, Suite 4800
Dallas, Texas 75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015
Email: wab@bickelbrewer.com
       mjc@bickelbrewer.com
       rrm@bickelbrewer.com

Attorneys for Plaintiffs

2:07-cv-00892

## UNITED STATES DISTRICT COURT

### District of Nevada

| | |
|---|---|
| LEONARD C. ADAMS, et al., | Case No. 3:11-cv-00210-RCJ-VPC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE DEADLINES** |
| v. | |
| SILAR ADVISORS, LP, et al., | |
| Defendants. | |

On October 31, 2011, the Court granted the parties' Stipulation to extend the time for the "Silar Defendants" to answer or otherwise respond to Plaintiffs' Second Amended Complaint, from October 31, 2011, to at least November 14, 2011. *See* Doc. #114. The Stipulation was based on those parties' notice to the Court that they had reached agreement on a settlement framework, and their request for the Court to hold an *in camera* conference regarding their potential settlement. On November 7, 2011, the Court held such an *in camera*, telephonic conference and agreed to enter an

order, based on the parties' stipulation, to extend various case and hearing deadlines to afford the parties an opportunity to effectuate their potential settlement. This Stipulation is intended to facilitate the interests of justice and is not for purposes of delay. Therefore,

IT IS HEREBY STIPULATED AND JOINTLY AGREED, by and between the parties hereto, and through their respective counsel, that the time for the Silar Defendants to answer or otherwise respond to Plaintiffs' Second Amended Complaint in the above-entitled action is continued indefinitely from at least November 14, 2011, until: (i) ten (10) days after either the Silar Defendants or Plaintiffs provide written notice to the other that they are exercising their right not to enter into a settlement; or (ii) such pleading is rendered unnecessary by the Court's approval of the parties' potential settlement. This Stipulation is being signed by counsel for the Silar Defendants without waiving, and hereby expressly preserving, all rights and defenses in this action, including without limitation defenses as to subject matter jurisdiction, personal jurisdiction, and venue.

IT IS HEREBY FURTHER STIPULATED AND JOINTLY AGREED, by and between the parties hereto, and through their respective counsel, that this Stipulation does not continue or otherwise affect the status of the hearing set for January 9, 2012, at 9:00 a.m., in connection with the motion to dismiss filed by the "Compass Defendants." *See* Doc. ##77, 82, 87. This Stipulation also does not continue or otherwise affect the deadlines applicable either to Plaintiffs or Defendants Gary Fragin and Tyson Lomazow, which are (and shall continue to be) addressed by separate stipulations.

IT IS HEREBY FURTHER STIPULATED AND JOINTLY AGREED, by and between the parties hereto, and through their respective counsel, that in connection with the motion to dismiss filed by Leonard Mezei and Jay Cohen (Doc. #116): (i) in light of the upcoming Thanksgiving holiday, and for other reasons, Plaintiffs' time to respond to the motion shall be December 2, 2011; (ii) the deadline for Mr. Mezei and Mr. Cohen to file a reply shall be December 23, 2011; and (iii) the motion shall be set for oral argument at the same time as the Compass Defendants' motion to dismiss (presently set for January 9, 2012, at 9:00 a.m.).

IT IS HEREBY FURTHER STIPULATED AND JOINTLY AGREED, by and between the parties hereto, and through their respective counsel, that the motions currently scheduled for hearing on December 1, 2011, in the action styled *3685 San Fernando Lenders, LLC, et al. v. Compass USA SPE, LLC, et al.*, Case No. 2:07-cv-00892-RCJ-GWF ("892 Case"), shall be re-set and heard at the motions to dismiss hearing scheduled for January 9, 2012, at 9:00 a.m., in this action.

IT IS HEREBY FURTHER STIPULATED AND JOINTLY AGREED, by and between the parties hereto, and through their respective counsel, that they shall not seek to have the Court enter any outstanding orders or its final judgment in the 892 Case: (i) until ten (10) days after either the Silar Defendants or Plaintiffs provide written notice to the other that they are exercising their right not to enter into a settlement; or (ii) except in conjunction with the Court's approval of the parties' potential settlement.

IT IS HEREBY FURTHER STIPULATED AND JOINTLY AGREED, by and between the parties hereto, and through their respective counsel, that all pending case deadlines and hearing dates in the adversary case styled *William A. Leonard, Jr., Chapter 7 Trustee v. Silar Advisors, LP, et al.*, Case Nos. 11-01100-RCJ (the "1100 Adversary Case"), shall be continued indefinitely until: (i) ten (10) days after either the Silar Defendants or Plaintiffs provide written notice to the other that they are exercising their right not to enter into a settlement; (ii) fifteen (15) days after the Trustee provides written notice to the undersigned counsel that he intends to proceed with the prosecution of the case; or (iii) the case is resolved in accordance with the Court's approval of the parties' potential settlement.

IT IS HEREBY FURTHER STIPULATED AND JOINTLY AGREED, by and between the parties hereto, and through their respective counsel, that the Trustee's execution of this Stipulation does not constitute an appearance by the Trustee or any of the estates jointly administered with Asset Resolution LLC in Case No. 09-32824-RCJ in, or make the Trustee or any of the estates jointly administered with Asset Resolution LLC in Case No. 09-32824-RCJ a party to, this action.

1  IT IS HEREBY FURTHER STIPULATED AND JOINTLY AGREED, by and between the
2  parties hereto, and through their respective counsel, that nothing in this Stipulation precludes any of
3  the parties from seeking further extensions or continuances upon motion or agreement.
4  IT IS HEREBY FURTHER STIPULATED AND JOINTLY AGREED, by and between the
5  parties hereto, and through their respective counsel, that a copy of this Stipulation, upon being
6  
7  signed by the Court, shall be filed and served on all counsel of record in this action, the 892 Case,
8  and the 1100 Adversary Case.
9  Dated: November 15, 2011.

| | |
|---|---|
| BICKEL & BREWER<br>LAW OFFICE OF LISA RASMUSSEN | THE MAJORIE FIRM, LTD.<br>LAW OFFICE OF MELANIE HILL |
| /s/ Robert M. Millimet | /s/ Francis B. Majorie |
| By: _____<br>Lisa A. Rasmussen, Esq.<br>Michael J. Collins, Esq., Pro Hac Vice<br>Robert M. Millimet, Esq., Pro Hac Vice | By: _____<br>Melanie A. Hill, Esq.<br>Francis B. Majorie, Esq., Pro Hac Vice |
| Counsel for Plaintiffs | Counsel for Defendants Silar Advisors, LP, Silar Special Opportunities Fund, LP, SSOP, LLC, SMOF A, LLC, Servicing Oversight Solutions, LLC, Robert Leeds, Jay Gracin, Hin-King Tai, Cade Liu, and Michael D. Reiner |
| LAXALT & NOMURA, LTD. | SULLIVAN, HILL, LEWIN, REZ & ENGEL |
| /s/ Daniel T. Hayward | /s/ Jonathan S. Dabbieri |
| By: Daniel T. Hayward, Esq. | By: Jonathan S. Dabbieri, Esq. |
| Counsel for Defendants David Blatt, Boris Piskun, Ron Friedman, Leonard Mezei, Jay Cohen, Compass Financial Partners, LLC (NV), Compass Financial Partners, LLC (DE), Compass FP Corp., Compass Partners, LLC, Compass USA GP, LLC, Compass USA Holding, LLC, Compass USA, LP, Compass USA SPE, LLC, Economic Growth Group, Inc., and Repotex, Inc. | Counsel for Chapter 7 Trustee, William A. Leonard, Jr. |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: November 28, 2011.

Case 2:07-cv-00892-RCJ-GWF   Document 2246   Filed 11/28/11   Page 6 of 7
Case 3:11-cv-00210-RCJ-VPC   Document 120    Filed 11/28/11   Page 6 of 7
Case 3:11-cv-00210-RCJ-VPC   Document 117    Filed 11/08/11   Page 1 of 2

1  LISA A. RASMUSSEN, ESQ.
   Nevada Bar No. 007491
2  LAW OFFICE OF LISA RASMUSSEN
   601 South 10th Street, Suite 100
3  Las Vegas, NV 89101
   Telephone: (702) 471-1436
4  Facsimile: (702) 489-6619
   Lisa@LRasmussenLaw.com

5  WILLIAM A. BREWER III, ESQ.
   Texas State Bar No. 02967035
6  *Admitted Pro Hac Vice*
   MICHAEL J. COLLINS, ESQ.
7  Texas State Bar No. 00785495
   *Admitted Pro Hac Vice*
   ROBERT M. MILLIMET, ESQ.
8  Texas State Bar No. 24025538
   *Admitted Pro Hac Vice*
9  BICKEL & BREWER
   1717 Main Street, Suite 4800
10 Dallas, Texas 75201
   Telephone: (214) 653-4000
11 Facsimile: (214) 653-1015
   Email: wab@bickelbrewer.com
12        mjc@bickelbrewer.com
          rrm@bickelbrewer.com

13 Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

### District of Nevada

| | |
|---|---|
| LEONARD C. ADAMS, et al., | Case No. 3:11-cv-00210-RCJ-VPC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONCERNING TYSON LOMAZOW'S MOTION TO DISMISS** |
| v. | |
| SILAR ADVISORS, LP, et al., | |
| Defendants. | |

Case 2:07-cv-00892-RCJ-GWF Document 2246 Filed 11/28/11 Page 7 of 7
Case 3:11-cv-00210-RCJ-VPC Document 120 Filed 11/28/11 Page 7 of 7
Case 3:11-cv-00210-RCJ-VPC Document 117 Filed 11/08/11 Page 2 of 2

On October 24, 2011, defendant Tyson Lomazow filed his motion to dismiss Plaintiffs' claims against him in this action. Plaintiffs' response is currently due on Monday, November 14, 2011. Counsel for Plaintiffs requested of counsel for Mr. Lomazow that they be provided with additional time in which to file an opposition, and counsel for Mr. Lomazow agreed to extend Plaintiffs' time, subject to the wishes of the Court. Counsel, therefore, request that the Court approve the following stipulation, which is intended to facilitate the interests of justice and is not for purposes of delay.

Accordingly, IT IS HEREBY STIPULATED AND JOINTLY AGREED, by and between the parties hereto, and through their respective counsel, that: (i) Plaintiffs' time to respond to Mr. Lomazow's motion to dismiss is continued to November 30, 2011; and (ii) Mr. Lomazow's deadline to file a reply shall be December 21, 2011.

Dated: November 8, 2011.

| BICKEL & BREWER | PISANELLI BICE, PLLC |
| LAW OFFICE OF LISA RASMUSSEN | MUNGER, TOLLES & OLSON LLP |

/s/ Robert M. Millimet                    /s/ Todd L. Bice

By: _____              By: _____
Lisa A. Rasmussen, Esq.                    Todd L. Bice, Esq.
Michael J. Collins, Esq., Pro Hac Vice     Lawrence C. Barth, Esq. (pro hac vice pending)
Robert M. Millimet, Esq., Pro Hac Vice

Counsel for Plaintiffs                     Counsel for Defendant Tyson Lomazow

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November ____, 2011.