AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

3685 San Fernando Lenders, LLC,

Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

V.

Compass USA SPE LLC., et al.,

Case Number: 2:07-cv-00892-RCJ-GWF

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Attorney Fees is awarded in favor of Plaintiffs 3685 San Fernando Lenders, LLC, et al. and against Defendants Compass Partners LLC, Compass USA SPE, LLC, and David Blatt in the amount of $2,464,052.94.

July 31, 2013

Date

/s/ Lance S. Wilson

Clerk

/s/ Ari Caytuero

(By) Deputy Clerk