# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| *In re* USA COMMERCIAL MORTGAGE CO.,<br><br>　　　　　Debtor.<br><br>3685 SAN FERNANDO LENDERS, LLC et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>COMPASS USA SPE LLC, et al.,<br><br>　　　　　Defendants. | 2:07-cv-00892-RCJ-GWF<br><br>**ORDER** |

  This case arises out of the attempts of certain direct lenders to terminate a bankrupt entity and its assigns—one of whom is now itself bankrupt—as loan servicers. Three motions are pending before the court, none of which any party has opposed.

///

///

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Add Property to the Receivership Estate (ECF No. 2318) and the Motion for Entry of Agreed Order (ECF No. 2321) are GRANTED.

IT IS FURTHER ORDERED that the Motion for Order Shortening Time (ECF No. 2319) is DENIED as moot.

IT IS SO ORDERED.

Dated this 16th day of September, 2013.

_____
ROBERT C. JONES
United States District Judge