LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
KAEMPFER CROWELL
50 W. Liberty St., Ste. 900
Reno, NV 89501
Telephone:  775.852.3900
Facsimile:  775.327.2011
Email:   lbubala@kcnvlaw.com
jchubb@kcnvlaw.com

ELECTRONICALLY FILED
July 16, 2014

Attorneys for John L. Andersen, trustee of the
Charles B. Anderson Trust; John L. Anderson, trustee of the
Rita P. Anderson Trust

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Bankr. Case No.: BK-S-06-10725-LBR |
| 3685 SAN FERNANDO LENDERS, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS USA SPE LLC, et al.,<br><br>Defendants. | **Case No.: 2:07-cv-892-RCJ-GWF-BASE**<br>**And**<br>**Case No.: 3:07-241-RCJ-GWF**<br><br>**EX PARTE MOTION FOR SUBSTITUTION OF PARTY**<br><br>DATE:  N/A<br>TIME:  N/A |

John L. Andersen, as successor trustee to Charles B. Anderson of the Charles B. Anderson Trust and Rita P. Anderson of the Rita P. Anderson Trust, moves for moves to substitute in his place in this case.  Fed. R. Bankr. P. 9014, inc'g Fed. R. Bankr. 7025, inc'g Fed. R. Civ. P. 25(c).  The substitution is appropriate because their claims in this case is not extinguished and the substitution will not cause a delay in this case.  Although this motion is being served on all parties electronically receiving notice in this case, the relief is sought ex parte because there is no known controversy regarding the substitution and Rule 25(c) does not affirmatively require a motion.  (To avoid any uncertainty, Mr. Andersen's last name is spelled differently that his parents' last name.)

DATED this 16th day of July, 2014        /s/Louis M. Bubala III
                                                                LOUIS M. BUBALA III, ESQ.
                                                                JANET L. CHUBB, ESQ.

1

LOUIS M. BUBALA III, ESQ.  
Nevada State Bar No. 8974  
JANET L. CHUBB, ESQ.  
Nevada State Bar No. 176  
KAEMPFER CROWELL  
50 W. Liberty St., Ste. 900  
Reno, NV 89501  
Telephone:  775.852.3900  
Facsimile:  775.327.2011  
Email:   lbubala@kcnvlaw.com  
jchubb@kcnvlaw.com  

ELECTRONICALLY FILED  
July 16, 2014  

Attorneys for John L. Andersen, trustee of the Charles B. Anderson Trust;  
John L. Anderson, trustee of the Rita P. Anderson Trust  

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Bankr. Case No.: BK-S-06-10725-LBR |
| 3685 SAN FERNANDO LENDERS, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS USA SPE LLC, et al.,<br><br>Defendants. | **Case No.: 2:07-cv-892-RCJ-GWF-BASE**<br>**And**<br>**Case No.: 3:07-241-RCJ-GWF**<br><br>**ORDER GRANTING EX PARTE MOTION FOR SUBSTITUTION OF PARTY**<br><br>DATE:  N/A<br>TIME:  N/A |

On July 16, 2014, John L. Andersen, as successor trustee to Charles B. Anderson of the Charles B. Anderson Trust and Rita P. Anderson of the Rita P. Anderson Trust, moved to substitute in his place in this case.  Fed. R. Bankr. P. 9014, inc'g Fed. R. Bankr. 7025, inc'g Fed. R. Civ. P. 25(c).  The Court, having reviewed the motion and finding good cause, GRANTS the motion.

IT IS SO ORDERED.

Dated this 28th day of July, 2014.

_/s/ George Foley Jr._____  
UNITED STATES MAGISTRATE JUDGE

# # #

Submitted by:          /s/Louis M. Bubala III

1