LOUIS M. BUBALA III, ESQ.  
Nevada State Bar No. 8974  
JANET L. CHUBB, ESQ.  
Nevada State Bar No. 176  
KAEMPFER CROWELL  
50 W. Liberty St., Ste. 900  
Reno, NV 89501  
Telephone:  775.852.3900  
Facsimile:  775.327.2011  
Email:   lbubala@kcnvlaw.com  
jchubb@kcnvlaw.com  

ELECTRONICALLY FILED  
August 7th, 2014  

Attorneys for Ruth Ann Kehl  

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Bankr. Case No.: BK-S-06-10725-LBR |
| 3685 SAN FERNANDO LENDERS, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS USA SPE LLC, et al.,<br><br>Defendants. | Case No.: 2:07-cv-892-RCJ-GWF-BASE<br>And<br>Case No.: 3:07-241-RCJ-GWF<br><br>**EX PARTE MOTION FOR SUBSTITUTION OF PARTY**<br><br>Date:  N/A<br>Time: N/A |

Ruth Ann Kehl, as executor of the estate of Robert J. Kehl, moves to substitute herself in this case in the place of her late husband, Robert J. Kehl, who died July 3, 2013.  Fed. R. Bankr. P. 9014, inc'g Fed. R. Bankr. 7025, inc'g Fed. R. Civ. P. 25(a)(1).  Mrs. Kehl was appointed as executor of Mr. Kehl's estate and is the devisee under his will.  *In re Kehl*, Case No. 013311 ESPR044690 (Dist. Ct., Dubueque County, Iowa).  The substitution is appropriate because his claim in this case is not extinguished, no party has filed a suggestion of death, and the substitution will not cause a delay in this case.

1

Although this motion is being served on all parties electronically receiving notice in this case, the relief is sought ex parte because there is no known controversy regarding the substitution and Rule 25(c) does not affirmatively require a motion.  A proposed Order is attached.

DATED this 7th day of August, 2014

/s/ Louis M. Bubala, III
LOUIS M. BUBALA III, ESQ.
JANET L. CHUBB, ESQ.


###

LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
KAEMPFER CROWELL
50 W. Liberty St., Ste. 900
Reno, NV 89501
Telephone: 775.852.3900
Facsimile: 775.327.2011
Email:  lbubala@kcnvlaw.com
jchubb@kcnvlaw.com

ELECTRONICALLY SUBMITTED ON
August 7th, 2014

Attorneys for Ruth Ann Kehl

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Bankr. Case No.: BK-S-06-10725-LBR |
| 3685 SAN FERNANDO LENDERS, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS USA SPE LLC, et al.,<br><br>Defendants. | **Case No.: 2:07-cv-892-RCJ-GWF-BASE**<br>**And**<br>**Case No.: 3:07-241-RCJ-GWF**<br><br>**ORDER GRANTING EX PARTE MOTION FOR SUBSTITUTION OF PARTY**<br><br>DATE:  N/A<br>TIME:   N/A |

On August 7th, 2014, Ruth Ann Kehl, as executor of the estate of Robert J. Kehl, who died July 3, 2013, moved to substitute in his place in this case.  Fed. R. Bankr. P. 9014, inc'g Fed. R. Bankr. 7025, inc'g Fed. R. Civ. P. 25(c).  The Court, having reviewed the motion and finding good

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

cause, GRANTS the motion.

IT IS SO ORDERED.

Dated this 8th day of August, 2014

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

# # #

Submitted by:        /s/Louis M. Bubala III