```
LOUIS M. BUBALA III, ESQ.                ELECTRONICALLY FILED
Nevada State Bar No. 8974                January  2015
JANET L. CHUBB, ESQ.                     February 24, 2015
Nevada State Bar No. 176                                    LMB
KAEMPFER CROWELL
50 W. Liberty St., Ste. 700
Reno, NV 89501
Telephone: 775.852.3900
Facsimile: 775.327.2011
Email:  lbubala@kcnvlaw.com
        jchubb@kcnvlaw.com

Attorneys for Kevin A. McKee
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor.<br>_____<br>3685 SAN FERNANDO LENDERS, LLC, et al.,<br><br>Plaintiffs,<br>v.<br><br>COMPASS USA SPE LLC, et al.,<br><br>Defendants. | Bankr. Case No.: BK-S-06-10725-~~LBR~~ GWZ LMB<br><br>Case No.: 2:07-cv-892-RCJ-GWF-BASE<br>And<br>Case No.: 3:07-241-RCJ-GWF<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**<br><br>DATE: N/A<br>TIME: N/A |

Kevin A. McKee, who is part of the Kehl Direct Lenders, stipulates to the substitution of the law firm of Kaempfer Crowell, by its attorneys Louis M. Bubala III, Esq., and Janet L. Chubb, Esq., in the place of his attorneys of record, Armstrong Teasdale, LLP, previously appearing by Mr. Bubala and Ms. Chubb when they were affiliated with that firm. The substitution will not result in the delay of discovery, the trial or ay hearing in the case.

Dated this 17th day of February, 2015 ~~day of January, 2015~~  LMB

_/s/ Kevin A. McKee_
KEVIN A. McKEE

1  I, Kevin Stolworthy, Esq. of Armstrong Teasdale LLP, hereby consent to the substitution of Kaempfer Crowell in the place of Armstrong Teasdale LLP, as attorneys of record for Kevin A. McKee.

DATED this 2nd day of February, 2015.

KEVIN STOLWORTHY, ESQ.
Nevada State Bar No. 2798
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Pkwy., Ste. 200
Las Vegas, NV 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-9995
Email:  kstolworthy@armstrongteasdale.com

The undersigned hereby consents to the substitution of Kaempfer Crowell in the place of Armstrong Teasdale LLP, as attorney of record for Kevin A. McKee.

DATED this 23 day of February, 2015.

LOUIS M. BUBALA III, ESQ.
JANET L. CHUBB, ESQ.


IT IS SO ORDERED.

Dated this 25th day of February, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge
###