LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
DAVID CLARK, ESQ.
Nevada Bar No. 4443
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Phone
(702) 382-1512 - Fax
jgarin@lipsonneilson.com
dlcark@lipsonneilson.com

*Attorneys for Plaintiff & Crossdefendant Daniel Newman*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor,<br>_____<br>3685 San Fernando Lenders, LLC, et al,<br><br>Plaintiffs.<br><br>v.<br><br>Compass USA SPE LLC, et al,<br><br>Defendants. | CASE NO. 07-cv-892 RCJ<br><br>**SUBSTITUTION OF ATTORNEY FOR DANIEL NEWMAN ONLY** |

Plaintiff and Crossdefendant DANIEL NEWMAN hereby substitutes DAVID A. CLARK of the law firm LIPSON, NEILSON, COLE, SELTZER & GARIN. P.C., as attorneys of record for Daniel Newman individually in the above-entitled action, in place and stead of Attorney LISA RASMUSSEN.

DATED this 2nd day of October, 2015.

                    */s/ Daniel Newman*
            By:  _____
                    DANIEL NEWMAN

Page 1 of 3

LISA RASMUSSEN and THE LAW OFFICE OF LISA RASMUSSEN hereby withdraws as local counsel for Daniel Newman only.

DATED this 2nd day of October, 2015.

LAW OFFICE OF LISA RASMUSSEN

By: */s/ Lisa Rasmussen*
_____
LISA RASMUSSEN, Esq. (Bar No. 7491)

I hereby accept the above and foregoing substitution of attorney for Plaintiff and Crossdefendant DANIEL NEWMAN.

DATED this 2nd day of October, 2015.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: */s/ David A. Clark*
_____
DAVID A. CLARK, Esq. (Bar No. 4443)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89148

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2<u>nd</u> day of October, 2015, service of the foregoing **SUBSTITUTION OF ATTORNEY FOR PLAINTIFF & CROSSDEFENDANT DANIEL NEWMAN** was made by electronic submission and filing of the foregoing with the Clerk of the Court by using the ECF system which served the parties electronically.

*/s/ Darnell D. Lynch*
_____
Employee of
LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

**Lipson, Neilson, Cole, Seltzer & Garin, P.C.**
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500  FAX: (702) 382-1512