# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                Debtor,<br><br>3685 San Fernando Lenders, LLC, *et al.*,<br>                Plaintiffs.<br><br>                vs.<br><br>COMPASS USA SPE LLC, *et al.*,<br>                Defendants. | Case No.:  2:07-CV-00892-RCJ-GWF<br><br>**ORDER SETTING TELEPHONIC HEARING** |

**ORDER IN CHAMBERS**

    On October 2, 2015, a Substitution of Attorney for Daniel Newman Only (ECF #2378) was filed in this action.  Accordingly,

    IT IS HEREBY ORDERED that a Telephonic Status Conference is set for 11:00 A.M. Wednesday, October 7, 2015, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

    Parties shall dial the Meet-Me-Line FIVE (5) minutes prior to the hearing as follows: (888) 675-2535; Access Code: 2900398; Password: 100715.  The use of a cell phone or speaker phone during the call is prohibited, the call must be made by using a land line.

    IT IS SO ORDERED this 5th day of October, 2015.

                                                               ROBERT C. JONES<br>
                                                               District Judge