**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Christian T. Balducci, Esq.
Nevada Bar No. 12688
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
cbalducci@maclaw.com
  Attorneys for Receiver

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No.:     2:07-cv-0892-RCJ (base case) |
|     Debtor. | **[PROPOSED]** |
| | **ORDER ON MOTION TO TERMINATE RECEIVERSHIP (ECF NO. 2391)** |

The Receiver, Tom Grimmett, motioned the Court for further instructions, or in the alternative, to terminate the Receivership regarding the asset known as "Brookmere." *See* ECF No. 2391. The Bickel & Brewer DL Settlement Trust, also known as the QST, which represents many of the direct lenders in the Brookmere loan responded and stated that it was willing to accept receivership of the asset. *See* ECF No. 2392.

This matter came on for hearing on August 25, 2016 and present for the Receiver were Christian Balducci, with Lisa Rasmussen present for the B&B DL Settlement Trust. Having heard the comments of the parties,

IT IS HEREBY ORDERED that the Receivership is hereby terminated.

IT IS FURTHER ORDERED that the B&B DL Settlement Trust is to file a fully noticed motion in the 09-bk-32824 case which would enable it to liquidate the asset on behalf of the Brookmere Direct Lenders.

IT IS HEREBY ORDERED that the Court approves the Receiver's final report as set forth within the Receiver's petition to terminate, or in the alternative, for instruction.

MAC:10746-005 2928334_4 12/20/2016 11:25 AM

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

IT IS HEREBY ORDERED that the Receiver's actions throughout are hereby approved and ratified.

IT IS HEREBY ORDERED that the Receiver acted within the bounds of the order appointing him throughout.

IT IS HEREBY ORDERED that the Receiver acted in the best interest of the Receivership Estate throughout the term of his appointment by this Court.

IT IS HEREBY ORDERED that the Receiver and his counsel is further released from any liability that may be incurred or arise subsequent to the Court's order termination the Receivership.

IT IS HEREBY ORDERED that, until fully satisfied, the Receiver's Certificates as identified in the Motion to Terminate shall serve as an equitable and recordable lien against the real property and other property(ies) that were the subject of the receivership estate resulting in the instant matter.

IT IS HEREBY FURTHER ORDERED that, in connection with the Receiver's Certificates, this order may be recorded as further evidence of the amounts due and owing to the Receiver and to the lender's identified in the Receiver's Certificates until released and/or reconveyed as the case may be as provided for by the substantive law of the state in which the property(ies) is/are located.

IT IS FURTHER ORDERED that counsel for the Receiver and counsel for the B&B DL Settlement Trust shall work to agree upon the amount due to the Receiver and to agree upon how the funds shall be paid, this Court will retain jurisdiction over that issue if the parties are not able to reach any agreement.

Dated:  This 21st day of December, 2016.

_____
The Honorable Robert C. Jones
United States District Judge

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

MAC:10746-005 2928334_4 12/20/2016 11:25 AM

Submitted by:

MARQUIS AURBACH COFFING


By: /s/ Christian T. Balducci
    Terry A Coffing, Esq.
    Nevada Bar No. 494
    Christian T. Balducci, Esq.
    Nevada Bar No. 12688
    10001 Park Run Drive
    Las Vegas, NV 89145
    *Attorney for Receiver*


## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December, 2016, I electronically filed and served the foregoing [PROPOSED] ORDER ON MOTION TO TERMINATE RECEIVERSHIP (ECF No. 2391) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing:


/s/ Cheryl Becnel
An employee of Marquis Aurbach Coffing

MAC:10746-005 2928334_4 12/20/2016 11:25 AM