MARQUIS AURBACH COFFING
TERRY A. COFFING, ESQ.
Nevada Bar No. 4949
CHRISTIAN T. BALDUCCI, ESQ.
Nevada Bar No. 12688
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
cbalducci@maclaw.com
Attorneys for Receiver Tom Grimmett

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

                        Debtor.

Case No. 2:07-CV-892-RCJ-GWF-BASE
and
Case No. 3:07-CV-241-RCJ-GWF

**ORDER**

## REQUEST FOR STATUS CONFERENCE

Tom Grimmett, formerly the Receiver in the above captioned matter (the "Receiver"), by and through his counsel of record, Marquis Aurbach Coffing, hereby submit his request for a status conference.

The Court is well familiar with this case. The receiver was appointed to protect certain assets relating to the Brookmere loan. On December 21, 2016, the Court terminated the receivership and awarded the Receiver, Tom Grimmett, a lien against the various properties that were part of the receivership estate from which the Receiver was to be paid and ordered that the liabilities of the receivership estate be paid. QST represented that they intended to form a SPE to take title to the assets of the receivership estate.

At present, there is no indication that the SPE has been formed or has taken title. Mr. Grimmett also continues to receive delinquent tax notices. There is no indication that the taxes are being paid. Mr. Grimmett is aware of one parcel that has been sold. Attached as **Exhibits 1, 2**, and **3** is correspondence Mr. Grimmett's counsel has sent in an effort cause some action from the QST relating to the property. **Exhibit 4** is notice indicating that one of the subject properties

Page 1 of 2

M&A:10746-005 3224902

sold and that the right of redemption is set to shortly expire.  Moreover, the liabilities of the receivership estate (which are substantial) have not been paid.

Based upon the foregoing, it is respectfully requested that the Court hold a hearing for Mr. Grimmett to apprise the Court of what has been ongoing, and so that the Court may inquire as to the statute of the SPE and the statute of payment of the liabilities associated with the terminated receivership.

Dated this _____ day of October, 2017.

MARQUIS AURBACH COFFING

By _____
TERRY A. COFFING, ESQ.
Nevada State Bar No. 4949
CHRISTIAN T. BALDUCCI, ESQ.
Nevada State Bar No. 12688
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Receiver Tom Grimmett*

IT IS HEREBY ORDERED that the Motion for Status Hearing (ECF No. 2418) is GRANTED.
IT IS FURTHER ORDERED that a Status Conference is set for 09:00 AM, Monday, February 12, 2018, in LAS VEGAS COURTROOM 4B, before Judge Robert C. Jones.
IT IS SO ORDERED this 18th day of January, 2018.

_____
ROBERT C. JONES, Senior District Judge

M&A:10746-005 3224902

Exhibit 1



## MARQUIS AURBACH COFFING

DIRECT LINE: (702) 207-6071
DIRECT FAX: (702) 856-8971
EMAIL: CBALDUCCI@MACLAW.COM

ALBERT G. MARQUIS
PHILLIP S. AURBACH
AVECE M. HIGBEE
DALE A. HAYES
TERRY A. COFFING
SCOTT A. MARQUIS
JACK CHEN MIN JUAN
CRAIG R. ANDERSON
TERRY A. MOORE
GERALDINE TOMICH
NICHOLAS D. CROSBY
JASON M. GERBER
MICAH S. ECHOLS
TYE S. HANSEEN
LIANE K. WAKAYAMA
CANDICE E. RENKA
DAVID G. ALLEMAN
CODY S. MOUNTEER
CHAD F. CLEMENT

CHRISTIAN T. BALDUCCI
BRIANNA SMITH
JARED M. MOSER
JONATHAN B. LEE
ADELE V. KAROUM
MICHAEL D. MAUPIN
PATRICK C. MCDONNELL
KATHLEEN A. WILDE
NEIL M. SANSONE
JACKIE V. NICHOLS
RACHEL A. SLOANE
JORDAN B. PEEL

JOHN M. SACCO
OF COUNSEL

July 28, 2017

***Via Email***
*lisa@lrasmussenlaw.com*

Lisa Rasmussen, Esq.

Re:   **TAXES THAT MUST BE PAID ABSOLUTELY IMMEDIATELY**
      <u>Our File No. 10746-5</u>

Dear Lisa:

Enclosed, find the updated real estate tax report showing the delinquent, forfeited real estate taxes for each parcel. The taxes on lot 6 and 7 have been sold and must be satisfied immediately. There are estimates of redemption which I have enclosed. You must pay the tax on lot 6 by August 4, 2017, in the amount of $37,227.71. If you do not pay by this date, the right to redeem will very likely expire.

Be advised that the receivership is terminated, and we are taking no action and this is on the direct lenders and you.

Sincerely,

MARQUIS AURBACH COFFING

Christian T. Balducci, Esq.

CTB:cb
Cc: Donna Cangelosi - via email: *dcangelosi@gmail.com*
Enclosures: As Stated.
MAC: 3151131 7/28/2017 12:40 PM

| LOT | PIN | OLD PIN | TAX STATUS | ACTION | OPEN YEARS | Prior Years Due | 2016 Taxes | TOTAL |
|---|---|---|---|---|---|---|---|---|
| C2-A | 31-16-209-001-0000 | | Delinquent | Forfeited | 2005, 2008, 2009, 2010 2011, 2012, 2013, 2014, 2015 | $99,276.88 | $8,668.16 | $107,945.04 |
| C2-B | 31-16-209-002-0000 | | Delinquent | Forfeited | 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015 | $330,471.05 | $28,906.10 | $359,377.15 |
| C2-C | 31-16-209-003-0000 | | Delinquent | Forfeited | 2005, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015 | $83,628.60 | $7,297.20 | $90,925.80 |
| C2-D | 31-16-209-004-0000 | | Delinquent | Forfeited | 2005, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015 | $108,166.68 | $9,446.69 | $117,613.37 |
| C2-E | 31-16-209-005-0000 | | Forfeited | Forfeited | 2005 | $264.95 | NOT ASSESSED | $264.95 |
| C2-F | 31-16-209-006-0000 | 31-16-203-002-0000, 31-16-203-004-0000, 31-16-203-005-0000 | Forfeited | Forfeited | 2012, 2013, 2014, 2015 | $4,285.39 | $825.00 | $5,110.39 |
| 1A | 31-16-211-001-0000 | 31-16-203-003-0000 | Forfeited | Forfeited | 2008-2014 | $22,732.75 | $1,980.43 | $24,713.18 |
| 6 | 31-16-203-009-0000 | 31-16-401-011-0000, 31-16-203-007-0000 | SOLD | REDEEM BY 8/4/17 | 2013 TAXES ARE SOLD.  THE AMOUNT TO REDEEM IS $37,227.71 (by 8/4/17) | Included in Tax Sale | $4,673.87 | $41,901.58 |
| 7 | 31-16-401-022-0000 | 31-16-203-007-0000 | SOLD | REDEEM BY 6/6/18 | 2014 TAXES ARE SOLD. THE AMOUNT TO REDEEM IS $1,345.01 (by 12-6-17) | $33,135.56 | $29,742.44 | $64,223.01 |

$812,074.47

COUNTY CLERK'S OFFICE COOK COUNTY, STATE OF ILLINOIS
### ESTIMATE, ORDER AND RECEIPT FOR REDEMPTION OF FORFEITED PROPERTY
VERIFY PROPERTY INDEX NUMBER DESCRIPTION OF PROPERTY -
PAYMENTS MADE ON WRONG PROPERTY CANNOT BE REFUNDED

THIS BILL IS PAYABLE TO:

COOK COUNTY COLLECTOR
118 N. CLARK ST. RM 112
CHICAGO, IL 60602

BILL NO: __00182031__    GF NO: ____    SPECIAL: ____

0825896    1 OF 16

TO COUNTY COLLECTOR

You are hereby ordered to receive the amount indicated below on the following described real estate
forfeited to the State, at a tax sale for State and County and other general taxes in the town of

**REDEMPTION**

**PROPERTY INDEX NUMBER** 31-16-209-001-0000                 **VOLUME** 179

| Year | Back Tax Year | Code | Date Of Forfeiture | 1st Installment | 1st Interest | 2nd Installment | 2nd Interest | Total Principal | Pen % | Penalty Amount | Fees | Total |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 2015 | | 32180 | 04/04/2017 | $4,376.87 | $919.10 | $3,803.19 | $513.45 | $8,180.06 | 012 | $981.61 | $10.50 | $10,604.72 |
| 2014 | | 32116 | 06/06/2016 | $4,073.08 | $977.60 | $3,884.86 | $640.97 | $7,957.94 | 024 | $1,909.91 | $10.50 | $11,496.92 |
| 2013 | | 32116 | 08/04/2015 | $3,954.65 | $1,067.76 | $3,450.95 | $672.88 | $7,405.60 | 024 | $1,777.34 | $10.50 | $10,934.08 |
| 2012 | | 32116 | 08/05/2014 | $3,601.21 | $972.36 | $3,589.06 | $699.92 | $7,190.27 | 036 | $2,588.50 | $10.50 | $11,461.55 |
| 2011 | | 32116 | 08/06/2013 | $3,239.07 | $874.62 | $3,308.58 | $645.19 | $6,547.65 | 048 | $3,142.87 | $10.50 | $11,220.83 |
| 2010 | | 32116 | 08/06/2012 | $3,107.39 | $792.37 | $2,781.83 | $417.30 | $5,889.22 | 060 | $3,533.53 | $10.50 | $10,642.92 |
| 2009 | | 32116 | 07/20/2011 | $5,649.80 | $1,440.75 | $.00 | $.00 | $5,649.80 | 072 | $4,067.86 | $10.50 | $11,168.91 |
| 2008 | | 32116 | 09/14/2010 | $.00 | $.00 | $10,861.56 | $1,629.20 | $10,861.56 | 084 | $9,123.71 | $10.50 | $21,624.97 |

ESTIMATE CHECKED & AUDITED
DAVID ORR
JUL 1 2 2017
APPROVED
COOK COUNTY CLERK

| | **TOTALS** | $28,002.07 | $7,044.56 | $31,680.03 | $5,218.91 | $59,682.10 | | $27,125.33 | $84.00 | $99,154.90 |
|---|---|---|---|---|---|---|---|---|---|---|

Payment Received From:

COOK COUNTY COLLECTOR'S OFFICE
118 N. CLARK ST. RM 112
CHICAGO, ILLINOIS
Received the above amounts in full of said described Taxes, interest and Costs, as per within order of County Clerk

| | | TOTAL AMOUNT DUE COLLECTOR | $99,154.90 |
|---|---|---|---|
| | | REDEMPTION FEES | $10.00 |

| INDEMNITY | PUBL. | AUTO. | SIE | SUB-TOTAL | $99,164.90 |
|---|---|---|---|---|---|
| $.00 | $.00 | $.00 | | | $.00 |

Date Prepared         07/10/2017
Calculated as of      07/10/2017
Penalty Increases after 07/20/2017
Clerk                 F423461

COUNTY CLERK
This Certificate must be
countersigned here
otherwise it is void

COUNTY COLLECTOR
FCL68

DAVID D ORR, COUNTY CLERK

| | |
|---|---|
| COST OF ESTIMATE | $3.00 |
| GRAND TOTAL | $99,167.90 |

**PAYMENTS MUST BE MADE BY CERTIFIED
OR CASHIER'S CHECK**

*THIS ESTIMATE MUST BE RETURNED AT
TIME OF PAYMENT*

0825904        2 OF 16



# OPEN ITEM REAL ESTATE TAX BILL

This bill is payable to: Cook County Collector 118 N Clark Street, Room 112, Chicago, Il 60602.

The information below details a delinquent open item for this property. If you pay your bill in person, please bring this entire statement to the Cook County Collector. If you pay your bill by mail, include the bottom portion of this bill with your payment.

**These taxes are past due. Please pay immediately.**

**Penalties increase monthly, see schedule below.**

## 2005 OPEN ITEM REAL ESTATE TAX BILL

| | |
|---|---|
| Vol / PIN: | 179    31-16-209-001-0000 |
| Original Tax Amount Due: | 36.93 |
| Minus CRUR Credit: | 0.00 |
| Adjusted Tax Amount Due: | 36.93 |
| Tax Balance Due: | 36.93 |
| **For Total Due With Penalty, See Schedule Below.** | |

PAGE  1 OF 1
2005 2ND

DATE  07/10/2017
Certificate of Error No.:
Tax Year  2005 2ND
Warrant Tax Year
Tax Type

Clerk  v423461

*Bring entire bill to pay at Treasurer's Office. To mail, send this portion with your payment.*
*THIS BILL CAN NOT BE PAID AT ANY CHASE BANK*

## 2005 OPEN ITEM REAL ESTATE TAX BILL

Invoice  v423461

Date
Prepared  07/10/2017   Certificate of Error No.:        Tax Type        Warrant Tax Year

### 2ND  INSTALLMENT

179
31-16-209-001-0000
Write PIN, Volume and Tax Year on check
made payable to Cook County Collector.

| | Total Due | Tax Balance Due | Penalty (at 1.5% per month) | Indemnity Fee 5% | Cost |
|---|---|---|---|---|---|
| If payment received or postmarked by: | | | | | |
| 7/10/2017  -  8/01/2017 | 108.98 | 36.93 | 72.05 | 0.00 | 0.00 |
| 8/02/2017  -  9/01/2017 | 109.53 | 36.93 | 72.60 | 0.00 | 0.00 |
| 9/02/2017  - 10/01/2017 | 110.08 | 36.93 | 73.15 | 0.00 | 0.00 |

00000106960 3116209001000009 00528    00000106536 0000011006b 0000011063

### Taxpayer Name & Address

COOK COUNTY COLLECTOR
118 N CLARK ST STE 112
CHICAGO IL 60602 1332

3116209001000007/0/05/F/000001096/2

DUPLICATE

CERTIFICATE OF PAYMENT OF GENERAL TAXES    2005        VOLUME    179

STATE OF ILLINOIS }
                  } SS.
COUNTY OF COOK    }

I, DAVID D. ORR, County Clerk of the County
of Cook, in the State aforesaid, and Keeper of the Records and
Files of said County, do hereby certify that the GENERAL TAXES
FOR THE YEAR 2005, levied on the property described below
were:

PERMANENT REAL ESTATE INDEX NUMBER:   31-16-209-001-0000

FIRST INSTALLMENT

SECOND INSTALLMENT          36.93

All of which appears from the records and files in my office.

In Witness Whereof, I have hereunto set my hand and affixed the Seal
of the County of Cook, at my office, in the City of Chicago, in said
County, this 12 day of JULY   2017.

_David D. Orr_
County Clerk

FCL08

COUNTY CLERK'S OFFICE COOK COUNTY, STATE OF ILLINOIS
**ESTIMATE, ORDER AND RECEIPT FOR REDEMPTION OF FORFEITED PROPERTY**
VERIFY PROPERTY INDEX NUMBER DESCRIPTION OF PROPERTY -
PAYMENTS MADE ON WRONG PROPERTY CANNOT BE REFUNDED

THIS BILL IS PAYABLE TO:

COOK COUNTY COLLECTOR
118 N. CLARK ST. RM 112
CHICAGO, IL 60602

BILL NO: __00182032__   GF NO: ___   SPECIAL: ___   0825905   **4 OF 16**
TO COUNTY COLLECTOR

You are hereby ordered to receive the amount indicated below on the following described real estate
forfeited to the State, at a tax sale for State and County and other general taxes in the town of

**REDEMPTION**

**PROPERTY INDEX NUMBER**  31-16-209-002-0000                     **VOLUME** 179

| Year | Back Tax Year | Code | Date Of Forfeiture | 1st Installment | 1st Interest | 2nd Installment | 2nd Interest | Total Principal | Pen % | Penalty Amount | Fees | Total |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 2015 | | 32180 | 04/04/2017 | $14,595.75 | $3,065.16 | $12,682.49 | $1,712.16 | $27,278.24 | 012 | $3,273.39 | $10.50 | $35,339.45 |
| 2014 | | 32116 | 06/06/2016 | $13,582.95 | $3,259.84 | $12,954.77 | $2,137.52 | $26,537.72 | 024 | $6,369.05 | $10.50 | $38,314.63 |
| 2013 | | 32116 | 08/04/2015 | $13,187.67 | $3,560.76 | $11,508.61 | $2,244.19 | $24,696.28 | 024 | $5,927.11 | $10.50 | $36,438.84 |
| 2012 | | 32116 | 08/05/2014 | $12,009.12 | $3,242.52 | $11,968.47 | $2,333.89 | $23,977.59 | 036 | $8,631.93 | $10.50 | $38,196.43 |
| 2011 | | 32116 | 08/06/2013 | $10,801.61 | $2,916.36 | $11,033.16 | $2,151.50 | $21,834.77 | 048 | $10,480.69 | $10.50 | $37,393.82 |
| 2010 | | 32116 | 08/06/2012 | $10,362.39 | $2,642.46 | $9,276.90 | $1,391.50 | $19,639.29 | 060 | $11,783.57 | $10.50 | $35,467.34 |
| 2009 | | 32116 | 07/20/2011 | $18,840.70 | $4,804.37 | $.00 | $.00 | $18,840.70 | 072 | $13,565.30 | $10.50 | $37,220.87 |
| 2008 | | 32116 | 09/14/2010 | $.00 | $.00 | $36,219.17 | $5,432.90 | $36,219.17 | 084 | $30,424.10 | $10.50 | $72,086.67 |
| | | | **TOTALS** | $93,380.19 | $23,491.49 | $105,643.57 | $17,403.66 | $199,023.76 | | $90,455.14 | $84.00 | $330,458.05 |

ESTIMATE CHECKED & AUDITED
DAVID ORR
JUL 1 2 2017
APPROVED
COOK COUNTY CLERK

Payment Received From:

| | | | | TOTAL AMOUNT DUE COLLECTOR | $330,458.05 |
|---|---|---|---|---|---|
| | | | | REDEMPTION FEES | $10.00 |

| INDEMNITY | PUBL. | AUTO. | SIE | SUB-TOTAL | $330,468.05 |
|---|---|---|---|---|---|
| $.00 | $.00 | $.00 | | $.00 | $.00 |

COOK COUNTY COLLECTOR'S OFFICE
118 N. CLARK ST. RM 112
CHICAGO, ILLINOIS
Received the above amounts in full of said described Taxes, Interest and Costs, as per within order of County Clerk.

| | | |
|---|---|---|
| Date Prepared | 07/10/2017 | COST OF ESTIMATE   $3.00 |
| Calculated as of | 07/10/2017 | |
| Penalty Increases after | 07/20/2017 | GRAND TOTAL   $330,471.05 |
| Clerk | F423461 | |

COUNTY CLERK
This Certificate must be
countersigned here
otherwise it is void

COUNTY COLLECTOR
FCL68

DAVID D ORR, COUNTY CLERK

**PAYMENTS MUST BE MADE BY CERTIFIED
OR CASHIER'S CHECK**

**THIS ESTIMATE MUST BE RETURNED AT
TIME OF PAYMENT**

COUNTY CLERK'S OFFICE COOK COUNTY, STATE OF ILLINOIS
**ESTIMATE, ORDER AND RECEIPT FOR REDEMPTION OF FORFEITED PROPERTY**
VERIFY PROPERTY INDEX NUMBER DESCRIPTION OF PROPERTY -
PAYMENTS MADE ON WRONG PROPERTY CANNOT BE REFUNDED

THIS BILL IS PAYABLE TO:

COOK COUNTY COLLECTOR
118 N. CLARK ST. RM 112
CHICAGO, IL 60602

BILL NO: __00182033__   GF NO: _____   SPECIAL: _____      0825913      5 OF 16
TO COUNTY COLLECTOR

You are hereby ordered to receive the amount indicated below on the following described real estate
forfeited to the State, at a tax sale for State and County and other general taxes in the town of

**REDEMPTION**

**PROPERTY INDEX NUMBER  31-16-209-003-0000**                    **VOLUME** 179

| Year | Back Tax Year | Code | Date Of Forfeiture | 1st Installment | 1st Interest | 2nd Installment | 2nd Interest | Total Principal | Pen % | Penalty Amount | Fees | Total |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 2015 | | 32180 | 04/04/2017 | $3,684.60 | $773.78 | $3,201.75 | $432.27 | $6,886.35 | 012 | $826.36 | $10.50 | $8,929.26 |
| 2014 | | 32116 | 06/06/2016 | $3,428.96 | $822.88 | $3,270.32 | $539.55 | $6,699.28 | 024 | $1,607.83 | $10.50 | $9,680.04 |
| 2013 | | 32116 | 08/04/2015 | $3,329.12 | $898.92 | $2,905.35 | $566.54 | $6,234.47 | 024 | $1,496.27 | $10.50 | $9,206.70 |
| 2012 | | 32116 | 08/05/2014 | $3,031.67 | $818.64 | $3,021.27 | $589.16 | $6,052.94 | 036 | $2,179.06 | $10.50 | $9,650.30 |
| 2011 | | 32116 | 08/06/2013 | $2,726.83 | $736.20 | $2,785.30 | $543.14 | $5,512.13 | 048 | $2,645.82 | $10.50 | $9,447.79 |
| 2010 | | 32116 | 08/06/2012 | $2,615.95 | $667.08 | $2,341.93 | $351.30 | $4,957.88 | 060 | $2,974.73 | $10.50 | $8,961.49 |
| 2009 | | 32116 | 07/20/2011 | $4,756.28 | $1,212.78 | $.00 | $.00 | $4,756.28 | 072 | $3,424.52 | $10.50 | $9,404.08 |
| 2008 | | 32116 | 09/14/2010 | $.00 | $.00 | $9,143.28 | $1,371.50 | $10,143.26 | 084 | $7,680.34 | $10.50 | $18,205.60 |
| | | | **TOTALS** | $23,573.41 | $5,930.28 | $26,669.18 | $4,393.46 | $50,242.59 | | $22,834.93 | $84.00 | $83,485.26 |

ESTIMATE CHECKED & AUDITED
DAVID ORR
JUL 12 2017
APPROVED
COOK COUNTY CLERK

Payment Received from:

| | TOTAL AMOUNT DUE COLLECTOR | $83,485.26 |
|---|---|---|
| | REDEMPTION FEES | $10.00 |
| | SUB-TOTAL | $83,495.26 |

COOK COUNTY COLLECTOR'S OFFICE
118 N. CLARK ST. RM 112
CHICAGO, ILLINOIS
Received the above amounts in full of said described Taxes, Interest and Costs, as per within order of County Clerk

| | INDEMNITY | PUBL. | AUTO. | SIE | | |
|---|---|---|---|---|---|---|
| | $.00 | $.00 | $.00 | | $.00 | $.00 |

Date Prepared    07/10/2017
Calculated as of  07/10/2017
Penalty Increases after  07/20/2017
Clerk                    F423461

COST OF ESTIMATE   $3.00
GRAND TOTAL   $83,498.26

COUNTY CLERK
This Certificate must be
countersigned here
otherwise it is void

**PAYMENTS MUST BE MADE BY CERTIFIED
OR CASHIER'S CHECK**

*THIS ESTIMATE MUST BE RETURNED AT
TIME OF PAYMENT*

COUNTY COLLECTOR
FCL68

DAVID D ORR, COUNTY CLERK



0825921        6 OF 16

# OPEN ITEM REAL ESTATE TAX BILL

This bill is payable to: Cook County Collector 118 N Clark Street, Room 112, Chicago, Il 60602.

The information below details a delinquent open item for this property. If you pay your bill in person, please bring this entire statement to the Cook County Collector. If you pay your bill by mail, include the bottom portion of this bill with your payment.

**These taxes are past due. Please pay immediately.**

**Penalties increase monthly, see schedule below.**

## 2005 OPEN ITEM REAL ESTATE TAX BILL

DATE 07/10/2017
Certificate of Error No.:
Warrant Tax Year   2005  2ND
Tax Type

| | |
|---|---|
| Vol / PIN: | 179    31-16-209-003-0000 |
| Original Tax Amount Due: | 43.88 |
| Minus C/E/R Credit: | 0.00 |
| Adjusted Tax Amount Due: | 43.88 |
| Tax Balance Due: | 43.88 |

For Total Due With Penalty,
See Schedule Below.

PAGE  1  OF  1
2005 2ND

Clerk  V423461
Invoice
Date
Prepared 07/10/2017   Certificate of Error No.:

*Bring entire bill to pay at Treasurer's Office. To mail, send this portion with your payment.*
*THIS BILL CAN NOT BE PAID AT ANY CHASE BANK*

## 2005 OPEN ITEM REAL ESTATE TAX BILL

Tax Type              Warrant Tax Year

### 2ND INSTALLMENT

| | | | Property Index Number (PIN) |
|---|---|---|---|
| | | | 31-16-209-003-0000    179 |

*Write PIN, Volume and Tax Year on check made payable to Cook County Collector.*

| | Penalty (at 1.5% per month) | Indemnity Fee 5% | Volume |
|---|---|---|---|
| | | | |

If payment received
or postmarked by:

| | Total Due | Tax Balance Due | Penalty |
|---|---|---|---|
| 7/31/2017 - 8/01/2017 | 130.34 | 43.88 | 86.46 |
| 8/01/2017 - 9/01/2017 | 131.00 | 43.88 | 87.12 |
| 9/02/2017 - 10/01/2017 | 131.66 | 43.88 | 87.76 |

| Indemnity Fee | Cost |
|---|---|
| 0.00 | 0.00 |
| 0.00 | 0.00 |

000001303345  3116209003000004  00526      00000131007  000000131664  00000132326

**Taxpayer Name & Address**

COOK COUNTY COLLECTOR
118 N CLARK ST  STE 112
CHICAGO IL 60602 1332

3116209003000/0/05/F/000000130342

DUPLICATE

## CERTIFICATE OF PAYMENT OF GENERAL TAXES       2005       VOLUME       179

STATE OF ILLINOIS      )
                       )SS.
COUNTY OF COOK         )

      I, DAVID D. ORR, County Clerk of the County

of Cook, in the State aforesaid, and Keeper of the Records and

Files of said County, do hereby certify that the GENERAL TAXES

FOR THE YEAR 2005, levied on the property described below

were:

**PERMANENT REAL ESTATE INDEX NUMBER:**  31-16-209-003-0000

**FIRST INSTALLMENT**

**SECOND INSTALLMENT**          43.88

All of which appears from the records and files in my office.

     In Witness Whereof, I have hereunto set my hand and affixed the Seal

of the County of Cook, at my office, in the City of Chicago, in said

County, this 12 day of JULY      2017.

*David D. Orr*
County Clerk

FCL08

COUNTY CLERK'S OFFICE COOK COUNTY, STATE OF ILLINOIS

**ESTIMATE, ORDER AND RECEIPT FOR REDEMPTION OF FORFEITED PROPERTY**
VERIFY PROPERTY INDEX NUMBER DESCRIPTION OF PROPERTY –
PAYMENTS MADE ON WRONG PROPERTY CANNOT BE REFUNDED

THIS BILL IS PAYABLE TO:

COOK COUNTY COLLECTOR
118 N. CLARK ST. RM 112
CHICAGO, IL 60602

BILL NO: __00182034__    GF NO: _____    SPECIAL: _____        0825922    **8 OF 16**
TO COUNTY COLLECTOR

You are hereby ordered to receive the amount indicated below on the following described real estate
forfeited to the State, at a tax sale for State and County and other general taxes in the town of

**REDEMPTION**

PROPERTY INDEX NUMBER  31-16-209-004-0000                                    VOLUME  179

| Year | Back Tax Year | Code | Date Of Forfeiture | 1st Installment | 1st Interest | 2nd Installment | 2nd Interest | Total Principal | Pen % | Penalty Amount | Fees | Total |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 2015 | | 32180 | 04/04/2017 | $4,770.04 | $1,001.70 | $4,144.66 | $559.53 | $8,914.70 | 012 | $1,069.76 | $10.50 | $11,556.19 |
| 2014 | | 32116 | 06/06/2016 | $4,439.01 | $1,065.44 | $4,233.79 | $698.61 | $8,672.80 | 024 | $2,081.47 | $10.50 | $12,528.82 |
| 2013 | | 32116 | 08/04/2015 | $4,309.79 | $1,163.70 | $3,761.13 | $733.46 | $8,070.92 | 024 | $1,937.02 | $10.50 | $11,915.60 |
| 2012 | | 32116 | 08/05/2014 | $3,924.65 | $1,059.66 | $3,911.33 | $762.71 | $7,835.98 | 036 | $2,820.95 | $10.50 | $12,489.80 |
| 2011 | | 32116 | 08/06/2013 | $3,530.03 | $953.10 | $3,605.69 | $703.17 | $7,135.72 | 048 | $3,425.15 | $10.50 | $12,227.64 |
| 2010 | | 32116 | 08/06/2012 | $3,386.50 | $863.60 | $3,031.74 | $454.80 | $6,418.24 | 060 | $3,850.94 | $10.50 | $11,598.08 |
| 2009 | | 32116 | 07/20/2011 | $6,157.28 | $1,570.12 | $.00 | $.00 | $6,157.28 | 072 | $4,433.24 | $10.50 | $12,171.14 |
| 2008 | | 32116 | 09/14/2010 | $.00 | $.00 | $11,836.80 | $1,775.50 | $11,836.80 | 084 | $9,942.91 | $10.50 | $23,565.71 |
| | | | **TOTALS** | $30,517.30 | $7,677.32 | $34,525.14 | $5,687.78 | $65,042.44 | | $29,561.44 | $84.00 | $108,052.98 |

ESTIMATE CHECKED & AUDITED
DAVID ORR
JUL 1 2 2017
APPROVED
COOK COUNTY CLERK

Payment Received From:

COOK COUNTY COLLECTOR'S OFFICE
118 N. CLARK ST. RM 112
CHICAGO, ILLINOIS
Received the above amounts in full of said described Taxes, Interest and Costs, as per within order of County Clerk

COUNTY CLERK
This Certificate must be
countersigned here
otherwise it is void

COUNTY COLLECTOR
FCL68

DAVID D ORR, COUNTY CLERK

| TOTAL AMOUNT DUE COLLECTOR | $108,052.98 |
|---|---|
| REDEMPTION FEES | $10.00 |

| INDEMNITY | PUBL. | AUTO. | SIE | SUB-TOTAL | $108,062.98 |
|---|---|---|---|---|---|
| $.00 | $.00 | $.00 | $.00 | $.00 |  |

Date Prepared         07/10/2017
Calculated as of      07/10/2017
Penalty Increases after 07/20/2017
Clerk                 F423461

| COST OF ESTIMATE | $3.00 |
|---|---|
| GRAND TOTAL | $108,065.98 |

**PAYMENTS MUST BE MADE BY CERTIFIED
OR CASHIER'S CHECK**

**THIS ESTIMATE MUST BE RETURNED AT
TIME OF PAYMENT**

0825930        9 OF 16



# OPEN ITEM REAL ESTATE TAX BILL

This bill is payable to: Cook County Collector 118 N Clark Street, Room 112, Chicago, Il 60602.

The information below details a delinquent open item for this property. If you pay your bill in person, please bring this entire statement to the Cook County Collector. If you pay your bill by mail, include the bottom portion of this bill with your payment.

These taxes are past due. Please pay immediately.

Penalties increase monthly, see schedule below.

## 2005 OPEN ITEM REAL ESTATE TAX BILL

| | |
|---|---|
| Vol / PIN | .179    31-16-209-004-0000 |
| Original Tax Amount Due: | 33.89 |
| Minus C/R/JR Credit: | 0.00 |
| Adjusted Tax Amount Due: | 33.89 |
| Tax Balance Due: | 33.89 |
| For Total Due With Penalty, See Schedule Below. | |

PAGE 1 OF 1
2005 2ND

DATE 07/10/2017
Certificate of Error No.
Tax Year  2005 2ND
Warrant Tax Year
Tax Type

Clerk _____   V423461

Invoice  V423461
Date
Prepared  07/10/2017   Certificate of Error No.:

*Bring entire bill to pay at Treasurer's Office. To mail, send this portion with your payment.*
**THIS BILL CAN NOT BE PAID AT ANY CHASE BANK**

## 2005 OPEN ITEM REAL ESTATE TAX BILL

Tax Type           Warrant Tax Year

## 2ND INSTALLMENT

| If payment received or postmarked by: | Total Due | Tax Balance Due | Penalty (at 1.5% per month) |
|---|---|---|---|
| 7/11/2017 - 8/01/2017 | 100.70 | 33.89 | 66.81 |
| 8/02/2017 - 9/01/2017 | 101.21 | 33.89 | 67.32 |
| 9/02/2017 -10/01/2017 | 101.72 | 33.89 | 67.83 |

| | | | |
|---|---|---|---|
| * Property, Index Number (PIN) | | | * Volume |
| 31-16-209-004-0000 | | | .179 |
| *Write PIN, Volume and Tax Year on check made payable to Cook County Collector. | | | |
| | Indemnity Fee 5% | Cost | |
| | | 0.00 | |
| | | 0.00 | |
| | | 0.00 | |

00000100700  31162090040000700528   0000010121L  00000101723 00000102235

COOK COUNTY COLLECTOR
118 N CLARK ST STE 112
CHICAGO IL 60602 1332

Taxpayer Name & Address

31162090040000070057F/0000010070/2

DUPLICATE

CERTIFICATE OF PAYMENT OF GENERAL TAXES   2005        VOLUME    179

STATE OF ILLINOIS  )
                   )SS.
COUNTY OF COOK     )

I, DAVID D. ORR, County Clerk of the County of Cook, in the State aforesaid, and Keeper of the Records and Files of said County, do hereby certify that the GENERAL TAXES FOR THE YEAR 2005, levied on the property described below were:

PERMANENT REAL ESTATE INDEX NUMBER:  31-16-209-004-0000

FIRST INSTALLMENT

SECOND INSTALLMENT          33.89

All of which appears from the records and files in my office.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of the County of Cook, at my office, in the City of Chicago, in said County, this 12 day of JULY   2017.

_David D. Orr_
County Clerk

FCL08

COUNTY CLERK'S OFFICE COOK COUNTY, STATE OF ILLINOIS
**ESTIMATE, ORDER AND RECEIPT FOR REDEMPTION OF FORFEITED PROPERTY**
VERIFY PROPERTY INDEX NUMBER DESCRIPTION OF PROPERTY -
PAYMENTS MADE ON WRONG PROPERTY CANNOT BE REFUNDED

THIS BILL IS PAYABLE TO:

COOK COUNTY COLLECTOR
118 N. CLARK ST. RM 112
CHICAGO, IL 60602

BILL NO: __00182035__     GF NO: _____     SPECIAL: _____          0825931      11 OF 16
TO COUNTY COLLECTOR

You are hereby ordered to receive the amount indicated below on the following described real estate
forfeited to the State, at a tax sale for State and County and other general taxes in the town of

**REDEMPTION**

PROPERTY INDEX NUMBER  31-16-209-006-0000                                        VOLUME  179

| Year | Back Tax Year | Code | Date Of Forfeiture | 1st Installment | 1st Interest | 2nd Installment | 2nd Interest | Total Principal | Pen % | Penalty Amount | Fees | Total |
|------|---------------|------|--------------------|-----------------|--------------|-----------------|--------------|-----------------|-------|----------------|------|-------|
| 2015 |               | 32180 | 04/04/2017 | $416.52 | $87.50 | $361.92 | $48.87 | $778.44 | 012 | $93.41 | $10.50 | $1,018.72 |
| 2014 |               | 32169 | 06/06/2016 | $387.60 | $92.96 | $369.70 | $61.05 | $757.30 | 024 | $181.75 | $10.50 | $1,103.56 |
| 2013 |               | 32169 | 08/04/2015 | $376.33 | $101.52 | $328.39 | $64.09 | $704.72 | 024 | $169.13 | $10.50 | $1,049.96 |
| 2012 |               | 32116 | 08/05/2014 | $342.72 | $92.52 | $341.52 | $66.56 | $684.24 | 036 | $246.33 | $10.50 | $1,100.15 |
| | | | **TOTALS** | $1,523.17 | $374.50 | $1,401.53 | $240.57 | $2,924.70 | | $690.62 | $42.00 | $4,272.39 |

ESTIMATE CHECKED & AUDITED
DAVID ORR
JUL 1 2 2017
APPROVED
COOK COUNTY CLERK

Payment Received From:

TOTAL AMOUNT DUE COLLECTOR   $4,272.39
REDEMPTION FEES   $10.00
SUB-TOTAL   $4,282.39

| INDEMNITY | PUBL. | AUTO. | SIE |
| $.00 | $.00 | $.00 | $.00 |

COOK COUNTY COLLECTOR'S OFFICE
118 N. CLARK ST. RM 112
CHICAGO, ILLINOIS
Received the above amounts in full of said described Taxes, Interest and Costs, as per within order of County Clerk

Date Prepared        07/10/2017
Calculated as of     07/10/2017
Penalty Increases after 08/04/2017
Clerk                 F423461

COST OF ESTIMATE   $3.00
GRAND TOTAL   $4,285.39

COUNTY CLERK
This Certificate must be
countersigned here
otherwise it is void

**PAYMENTS MUST BE MADE BY CERTIFIED
OR CASHIER'S CHECK**

COUNTY COLLECTOR
FCL68

DAVID D ORR, COUNTY CLERK

*THIS ESTIMATE MUST BE RETURNED AT
TIME OF PAYMENT*

COUNTY CLERK'S OFFICE COOK COUNTY, STATE OF ILLINOIS
**ESTIMATE, ORDER AND RECEIPT FOR REDEMPTION OF FORFEITED PROPERTY**
VERIFY PROPERTY INDEX NUMBER DESCRIPTION OF PROPERTY -
PAYMENTS MADE ON WRONG PROPERTY CANNOT BE REFUNDED

THIS BILL IS PAYABLE TO:

COOK COUNTY COLLECTOR
118 N. CLARK ST. RM 112
CHICAGO, IL 60602

BILL NO: __00182036__    GF NO: _____    SPECIAL: ____         0825935      12 OF 16
TO COUNTY COLLECTOR

You are hereby ordered to receive the amount indicated below on the following described real estate
forfeited to the State, at a tax sale for State and County and other general taxes in the town of

**REDEMPTION**

### PROPERTY INDEX NUMBER  31-16-211-001-0000                              VOLUME  179

| Year | Back Tax Year | Code | Date Of Forfeiture | 1st Installment | 1st Interest | 2nd Installment | 2nd Interest | Total Principal | Pen % | Penalty Amount | Fees | Total |
|------|---------------|------|--------------------|-----------------|--------------|-----------------|--------------|-----------------|-------|----------------|------|-------|
| 2015 | | 32180 | 04/04/2017 | $1,000.04 | $210.00 | $868.93 | $117.27 | $1,868.97 | 012 | $224.28 | $10.50 | $2,431.02 |
| 2014 | | 32169 | 06/06/2016 | $930.59 | $223.36 | $887.66 | $146.41 | $1,818.25 | 024 | $436.38 | $10.50 | $2,634.90 |
| 2013 | | 32169 | 08/04/2015 | $903.53 | $243.90 | $788.45 | $153.79 | $1,691.98 | 024 | $406.08 | $10.50 | $2,506.25 |
| 2012 | | 32116 | 08/05/2014 | $822.79 | $222.12 | $819.99 | $159.90 | $1,642.78 | 036 | $591.40 | $10.50 | $2,626.70 |
| 2011 | | 32116 | 08/06/2013 | $740.03 | $199.80 | $755.96 | $147.42 | $1,495.99 | 048 | $718.08 | $10.50 | $2,571.76 |
| 2010 | | 32116 | 08/06/2012 | $709.95 | $181.05 | $635.56 | $95.30 | $1,345.51 | 060 | $807.31 | $10.50 | $2,439.67 |
| 2009 | | 32116 | 07/20/2011 | $1,290.82 | $329.12 | $.00 | $.00 | $1,290.82 | 072 | $929.39 | $10.50 | $2,559.63 |
| 2008 | | 32116 | 09/14/2010 | $.00 | $.00 | $2,481.95 | $372.30 | $2,481.95 | 084 | $2,084.84 | $10.50 | $4,949.59 |
| | | | **TOTALS** | $6,397.75 | $1,609.35 | $7,238.50 | $1,192.39 | $13,636.25 | | $6,197.76 | $84.00 | $22,719.75 |

ESTIMATE CHECKED & AUDITED
DAVID ORR
JUL 1 2 2017
APPROVED
COOK COUNTY CLERK

Payment Received From:

COOK COUNTY COLLECTOR'S OFFICE
118 N. CLARK ST. RM 112
CHICAGO, ILLINOIS
Received the above amounts in full of said described Taxes, Interest and Costs, as per within order of County Clerk

COUNTY CLERK
This Certificate must be
countersigned here
otherwise it is void

COUNTY COLLECTOR
FCL68

DAVID D ORR, COUNTY CLERK

| | | | | |
|---|---|---|---|---|
| | | TOTAL AMOUNT DUE COLLECTOR | | $22,719.75 |
| | | REDEMPTION FEES | | $10.00 |
| INDEMNITY | PUBL. | AUTO. | SIE | SUB-TOTAL $22,729.75 |
| $.00 | $.00 | $.00 | | $.00 |
| Date Prepared    07/10/2017 | | | COST OF ESTIMATE | $3.00 |
| Calculated as of    07/10/2017 | | | | |
| Penalty Increases after    07/20/2017 | | | GRAND TOTAL | $22,732.75 |
| Clerk    F423461 | | | | |

**PAYMENTS MUST BE MADE BY CERTIFIED
OR CASHIER'S CHECK**

*THIS ESTIMATE MUST BE RETURNED AT
TIME OF PAYMENT*

ORDER NO. AA23461

**NOTE: THIS ORIGINAL ESTIMATE MUST BE RETURNED AT TIME OF PAYMENT**

**ESTIMATE OF COST OF REDEMPTION:** *Annual sale*

DAVID D. ORR
County Clerk of Cook County

Deputy _____

Date Prepared __07-10-2017__

Permanent Real Estate Index Number __31-16-202-003-0000__

Volume Number __179__   Class __1-00__ Tax Code __32116__

Property Sold to __FAIR DEAL OF ILLINOIS IN__

For __2013__ General Taxes OR Special Assessment Warrant No._____

Date of Sale __08-04-2015__ Cert. No. __12-0004171__

Redemption date extended to _____

Owner's Name or Trust No., Mailing Address & Phone No.

Name _____

Address _____

Telephone _____

Inst no._____

By Affidavit of Purchaser

| VEST. YEAR | DATE PAID | AMOUNT PAID | PENALTY % | PENALTY AMOUNT |
|---|---|---|---|---|
| 1 2014 | 11-10-2015 | 5,721.00 | 24 | 1,373.04 |
| 2 2014 | 11-10-2015 | 5,022.90 | 24 | 1,205.50 |
| 1 2015 | 03-18-2016 | 5,500.88 | 24 | 1,320.21 |
| 2 2015 | 09-07-2016 | 4,780.20 | 12 | 573.62 |
| 1 2016 | 04-18-2017 | 5,734.44 | 12 | 688.13 |

*SUBSEQUENT TAXES ARE PAID BY THE TAX PURCHASER AND ARE ADDED TO THE REDEMPTION AND MUST BE PAID. THE % AND INCREASE FROM THE DATE THEY ARE PAID.*

Total Subsequent Tax ___26,759.42___

Total Subsequent Penalty ___5,160.50___

FEES ARE SUBJECT TO INCREASE AS PAID BY THE TAX PURCHASER.

| | |
|---|---|
| CLERK | 17.44 |
| TORRENS | |
| ADVER. | |
| MAIL | |
| SHERIFF | |
| FILING | |
| BUYER | |
| OTHER | |
| TITLE COSTS | |
| TOTAL FEES $ | 17.44 |

| | | |
|---|---|---|
| County Treasurer Funds | $ | 200.00 |
| County Clerk Fees | | 47.00 |
| Taxes Sold | | 5,030.25 |
| Prior Year(s) Sold __0000.00.0000__ | | 0.00 |
| **AMOUNT OF SALE** | $ | 5,277.25 |
| Penalty Periods __4__ x __0.5__ = __0.3__ | | |
| Add interest of 1/2% per month when redemption period is extended from __08-04-2017__ to __00.00.0000__ __0.0__ % | $ | 0.00 |

**SUBSEQUENT TAXES**

| | | |
|---|---|---|
| Total Subsequent Taxes | $ | 26,759.42 |
| Total Subsequent Penalty | | 5,160.50 |
| Clerk, Adver., Mail, Sheriff, Filing, Torrens & Court Costs Fees | $ | 17.44 |
| Redemption Fees | $ | 10.00 |
| | Sub-Total $ | 37,224.71 |
| Cost of Estimate | $ | 3.00 |
| | **GRAND TOTAL** $ | 37,227.71 |

**NOTE: THE GRAND TOTAL IS SUBJECT TO INCREASE.**

Sale penalties increase every 6 months from the date of sale. Additional penalty of ___ % amounting to $_____ added after _____

ESTIMATE CHECKED & AUDITED
DAVID ORR
JUL 12 2017
APPROVED
COOK COUNTY CLERK

THE ILLINOIS PROPERTY TAX CODE REQUIRES PAYMENT BE MADE IN FULL WITH CURRENCY, CERTIFIED OR CASHIER'S CHECK, EXPRESS OR U.S. MONEY ORDERS. NO PARTIAL PAYMENTS. ALL CHECKS MADE PAYABLE TO DAVID D. ORR, COOK COUNTY CLERK.

**IMPORTANT: PLEASE READ REVERSE SIDE**

0825943                    13 OF 16

CL30

ORDER NO. AA23461

**NOTE: THIS ORIGINAL ESTIMATE MUST BE RETURNED AT TIME OF PAYMENT**
**ESTIMATE OF COST OF REDEMPTION: Annual sale**

DAVID D. ORR
County Clerk of Cook County

Owner's Name or Trust No., Mailing Address & Phone No.

Name_____

Address_____

Deputy _____

Date Prepared  07-10-2017

Permanent Real Estate Index Number  31-14-401-022-0000

Volume Number  179   Class  2-39 Tax Code  32169

Property Sold to  ELM LIMITED LLC   last no._____

For  2014  General Taxes OR Special Assessment Warrant No._____

Date of Sale  06-06-2016   Cert. No.  14-0003822

Redemption date extended to  12-12-2018   By Affidavit of Purchaser

Telephone_____

| County Treasurer Funds | $ | 200.00 |
|---|---|---|
| County Clerk Fees | $ | 47.00 |
| Taxes Sold | $ | 178.05 |
| Prior Year(s) Sold  2012 10 2013 | $ | 428.57 |
| AMOUNT OF SALE | $ | 853.62 |
| Penalty Periods  3  x 18 %= 54 % | | |
| Add interest of 1/2% per month when redemption period is extended from  06-06-2018 to 12-12-2018=  6.0% | $ | 460.95 |
| | $ | 0.00 |

SUBSEQUENT TAXES

Total Subsequent Taxes  $_____

Total Subsequent Penalty
Clerk, Mail, Sheriff,  Fees $  17.44
Filing, Torrens & Court Costs

| Redemption Fees | $ | 10.00 |
| | Sub-Total $ | 1,342.01 |
| Cost of Estimate | $ | 3.00 |
| | GRAND TOTAL $ | 1,345.01 |

NOTE: THE GRAND TOTAL IS SUBJECT TO INCREASE.

Sale penalties increase every 6 months from the date of sale. Additional penalty of ___% amounting to $_____ added after _____

ESTIMATE CHECKED & AUDITED
DAVID ORR
JUL 1 2 2017
APPROVED
COOK COUNTY CLERK

**SUBSEQUENT TAXES ARE PAID BY THE TAX PURCHASER AND ARE SUBJECT TO INCREASE FROM THE DATE THEY ARE PAID**

| LAST YEAR | DATE PAID | AMOUNT PAID | PENALTY % | PENALTY AMOUNT |
|---|---|---|---|---|
| | | | | |

Total Subsequent Tax_____
Total Subsequent Penalty_____

**FEES ARE SUBJECT TO INCREASE AS PAID BY THE TAX PURCHASER.**

| CLERK | 17.44 |
| TORRENS | |
| ADVER. | |
| MAIL | |
| SHERIFF | |
| FILING | |
| BUYER | |
| OTHER | |
| TITLE COSTS | |
| TOTAL FEES $ | 17.44 |

THE ILLINOIS PROPERTY TAX CODE REQUIRES PAYMENT BE MADE IN FULL WITH CURRENCY, CERTIFIED OR CASHIER'S CHECK, EXPRESS OR U.S. MONEY ORDERS. NO PARTIAL PAYMENTS. ALL CHECKS MADE PAYABLE TO DAVID D. ORR, COOK COUNTY CLERK.

**IMPORTANT: PLEASE READ REVERSE SIDE**

0825944       14 OF 16

CL30

0825945        15 OF 16



# OPEN ITEM REAL ESTATE TAX BILL

**This bill is payable to:** Cook County Collector 118 N Clark Street, Room 112, Chicago, Il 60602.

The information below details a delinquent open item for this property. If you pay your bill in person, please bring this entire statement to the Cook County Collector. If you pay your bill by mail, include the bottom portion of this bill with your payment.

**These taxes are past due. Please pay immediately.**

**Penalties increase monthly, see schedule below.**

## 2015 OPEN ITEM REAL ESTATE TAX BILL

| | | |
|---|---|---|
| Vol / PIN: | 179 | 31-16-401-022-0000 |
| Original Tax Amount Due: | | 28,067.34 |
| Minus C/R/UR Credit: | | 0.00 |
| Adjusted Tax Amount Due: | | 28,067.34 |
| Tax Balance Due: | | 81.31 |
| For Total Due With Penalty, See Schedule Below. | | |

PAGE 1 OF 2
2015 1ST

DATE : 07/10/2017
Certificate of Error No.:
Tax Year  2015 1ST
Warrant Tax Year
Tax Type

Clerk _____ V423461
Invoice
Date
Prepared  07/10/2017

## 2015 OPEN ITEM REAL ESTATE TAX BILL

Tax Type          Warrant Tax Year
Certificate of Error No.:

### 1ST INSTALLMENT

| | Total Due | Tax Balance Due | Penalty (at 1.5% per month) |
|---|---|---|---|
| 7/10/2017 - 9/01/2017 | 112.05 | 81.31 | 20.74 |
| 8/02/2017 - 9/01/2017 | 113.27 | 81.31 | 21.96 |
| 9/02/2017 - 10/01/2017 | 114.49 | 81.31 | 23.18 |

Bring entire bill to pay at Treasurer's Office. To mail, send this portion with your payment.
THIS BILL CAN NOT BE PAID AT ANY CHASE BANK

• Property Index Number (PIN)          • Volume
31-16-401-022-0000          179
Write PIN, Volume and Tax Year on check made payable to Cook County Collector.

Indemnity Fee
5%

Cost
0.00
0.00
0.00

0000113271  0000011499  0000011571D

00000112054  3116401022000008  01516

CC01

**Taxpayer Name & Address**

COOK COUNTY COLLECTOR
118 N CLARK ST STE 112
CHICAGO IL 60602 1332

3116401022000000/01s/E/000001205/1

0825945     16 OF 16



# OPEN ITEM REAL ESTATE TAX BILL

This bill is payable to: Cook County Collector 118 N Clark Street, Room 112, Chicago, Il 60602.

The information below details a delinquent open item for this property. If you pay your bill in person, please bring this entire statement to the Cook County Collector. If you pay your bill by mail, include the bottom portion of this bill with your payment.

**These taxes are past due. Please pay immediately.**

**Penalties increase monthly, see schedule below.**

## 2015 OPEN ITEM REAL ESTATE TAX BILL

DATE: 07/10/2017
Certificate of Error No.:
Tax Year  2015  2ND
Warrant Tax Year
Tax Type

| | |
|---|---|
| Vol / PIN: | 179 | 31-16-401-022-0000 |
| Original Tax Amount Due: | 28,067.34 |
| Minus C/E/R Credit: | 0.00 |
| Adjusted Tax Amount Due: | 28,067.34 |
| Tax Balance Due: | 27,986.03 |
| For Total Due With Penalty, See Schedule Below. | |

PAGE  2  OF  2
2015  2ND

Clerk _____ v423461
Invoice
Date
Prepared 07/10/2017  Certificate of Error No.:

## 2015 OPEN ITEM REAL ESTATE TAX BILL

Tax Type     Warrant Tax Year

### 2ND INSTALLMENT

| | Total Due | Tax Balance Due | Penalty (at 1.5% per month) |
|---|---|---|---|
| If payment received or postmarked by: | | | |
| 7/10/2017 - 8/01/2017 | 33,020.51 | 27,986.03 | 5,007.48 |
| 8/02/2017 - 9/01/2017 | 33,443.30 | 27,986.03 | 5,457.27 |
| 9/02/2017 -10/01/2017 | 33,863.09 | 27,986.03 | 5,877.06 |

*Bring entire bill to pay at Treasurer's Office. To mail, send this portion with your payment.*
*THIS BILL CAN NOT BE PAID AT ANY CHASE BANK*

| * Property Index Number (PIN) | | | * Volume |
|---|---|---|---|
| 31-16-401-022-0000 | | | 179 |
| **Write PIN, Volume and Tax Year on check made payable to Cook County Collector** | | | |
| Penalty (at 1.5% per month) | Indemnity Fee 5% | Cost | |
| | | 0.00 | |
| | | 0.00 | |
| | | 0.00 | |

**COOK COUNTY COLLECTOR**
118 N CLARK ST STE 112
CHICAGO IL 60602 1332

**Taxpayer Name & Address**

0003302351  3116401022000008  01520  0003394330S  0003368309Y  0003428260

3116401022000000/0/15/F/0003302351/2

DUPLICATE

CERTIFICATE OF PAYMENT OF GENERAL TAXES     2015        VOLUME     179

STATE OF ILLINOIS    )
                     ) SS.
COUNTY OF COOK       )

I, DAVID D. ORR, County Clerk of the County of Cook, in the State aforesaid, and Keeper of the Records and Files of said County, do hereby certify that the GENERAL TAXES FOR THE YEAR 2015, levied on the property described below were:

PERMANENT REAL ESTATE INDEX NUMBER:  31-16-401-022-0000

FIRST INSTALLMENT        81.31

SECOND INSTALLMENT       27,986.03

All of which appears from the records and files in my office.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of the County of Cook, at my office, in the City of Chicago, in said County, this 12 day of JULY  2017.

David D. Orr
County Clerk

FCL08

ORDER NO. A423461

**NOTE: THIS ORIGINAL ESTIMATE MUST BE RETURNED AT TIME OF PAYMENT**
*ESTIMATE OF COST OF REDEMPTION: Annual sale*

DAVID D. ORR

County Clerk of Cook County

Deputy _____

Date Prepared ___07-10-2017___

Permanent Real Estate Index Number ___31-16-203-009-0000___

Volume Number _179_ Class _1-00_ Tax Code _32116_

Property Sold to __FAIR DEAL OF ILLINOIS IN__

For _2013_ General Taxes OR Special Assessment Warrant No._____ Inst no._____

Date of Sale __08-04-2015__ Cert. No. _13-0004171_

Redemption date extended to _____By Affidavit of Purchaser

Owner's Name or Trust No., Mailing Address & Phone No.

Name _____

_____

_____

Address _____

_____

Telephone _____

---

**SUBSEQUENT TAXES ARE PAID BY THE TAX PURCHASER AND ARE SUBJECT TO ANNUAL INCREASE FROM THE DATE THEY ARE PAID**

| INST. YEAR | DATE PAID | AMOUNT PAID | PENALTY % | PENALTY AMOUNT |
|---|---|---|---|---|
| 1 2014 | 11-10-2015 | 5,721.00 | 24 | 1,373.04 |
| 2 2014 | 11-10-2015 | 5,022.90 | 24 | 1,205.50 |
| 1 2015 | 03-18-2016 | 5,500.88 | 24 | 1,320.21 |
| 2 2015 | 09-07-2016 | 4,780.20 | 12 | 573.62 |
| 1 2016 | 04-18-2017 | 5,734.44 | 12 | 688.13 |

Total Subsequent Tax _____ 26,759.42

Total Subsequent Penalty _____ 5,160.50

**FEES: ARE SUBJECT TO INCREASE AS PAID BY THE TAX PURCHASER.**

| | |
|---|---|
| CLERK | 17.44 |
| TORRENS | |
| ADVER. | |
| MAIL | |
| SHERIFF | |
| FILING | |
| BUYER | |
| OTHER | |
| TITLE COSTS | |
| TOTAL FEES $ | 17.44 |

| | | |
|---|---|---|
| County Treasurer Funds | $ | 200.00 |
| County Clerk Fees | $ | 47.00 |
| Taxes Sold | $ | 5,030.35 |
| Prior Year(s) Sold _0000 TO 0000_ | $ | 0.00 |
| AMOUNT OF SALE | $ | 5,277.35 |
| Penalty Periods _4_ x _0_ %= _0_ % | $ | 0.00 |
| Add interest of 1/2% per month when redemption period is extended from 08-04-2017 to _00 00 0000_= _0.0_ % | $ | 0.00 |

SUBSEQUENT TAXES

| | | |
|---|---|---|
| Total Subsequent Taxes | $ | 26,759.42 |
| Total Subsequent Penalty | $ | 5,160.50 |
| Clerk, Adver., Mail, Sheriff, Filing, Torrens & Court Costs     Fees | $ | 17.44 |
| Redemption Fees | $ | 10.00 |
| Sub-Total | $ | 37,224.71 |
| Cost of Estimate | $ | 3.00 |
| GRAND TOTAL | $ | 37,227.71 |

NOTE: THE GRAND TOTAL IS
SUBJECT TO INCREASE.

ESTIMATE CHECKED & AUDITED
DAVID ORR
JUL 1 2 2017
APPROVED
COOK COUNTY CLERK

Sale penalties increase every 6 months from the date of sale. Additional penalty of ____ % amounting to $ _____ added after _____

**THE ILLINOIS PROPERTY TAX CODE REQUIRES PAYMENT BE MADE IN FULL WITH CURRENCY, CERTIFIED OR CASHIER'S CHECK, EXPRESS OR U.S. MONEY ORDERS. NO PARTIAL PAYMENTS. ALL CHECKS MADE PAYABLE TO DAVID D. ORR, COOK COUNTY CLERK.**

IMPORTANT: PLEASE READ REVERSE SIDE





CL30

0825943      13 OF 16

ORDER NO. A423461

**NOTE: THIS ORIGINAL ESTIMATE MUST BE RETURNED AT TIME OF PAYMENT**
*ESTIMATE OF COST OF REDEMPTION: Annual sale*

DAVID D. ORR

County Clerk of Cook County

Deputy _____

Date Prepared ___07-10-2017___

Permanent Real Estate Index Number ___31-16-401-022-0000___

Volume Number ___179___ Class ___2-39___ Tax Code ___32169___

Property Sold to ___ELM LIMITED LLC___

For ___2014___ General Taxes OR Special Assessment Warrant No._____ Inst no._____

Date of Sale ___06-06-2016___ Cert. No. ___14-0003892___

Redemption date extended to ___12-12-2018___ By Affidavit of Purchaser

Owner's Name or Trust No., Mailing Address & Phone No.

Name_____

_____

Address_____

_____

_____

Telephone_____

| | | | | |
|---|---|---|---|---|
| **SUBSEQUENT TAXES ARE PAID BY THE TAX PURCHASER AND ARE SUBJECT TO ANNUAL INCREASE FROM THE DATE THEY ARE PAID** | | | | |
| INST. YEAR | DATE PAID | AMOUNT PAID | PENALTY % | PENALTY AMOUNT |
| | | | | |

Total Subsequent Tax_____

   Total Subsequent Penalty

**FEES: ARE SUBJECT TO INCREASE AS PAID BY THE TAX PURCHASER.**

CLERK_____17.44

TORRENS_____

ADVER._____

MAIL_____

SHERIFF_____

FILING_____

BUYER_____

OTHER_____

TITLE COSTS_____

   TOTAL FEES $_____17.44

| | | |
|---|---|---|
| County Treasurer Funds | $ | 200.00 |
| County Clerk Fees | $ | 47.00 |
| Taxes Sold | $ | 178.05 |
| Prior Year(s) Sold ___2012 TO 2013___ | $ | 428.57 |
| AMOUNT OF SALE | $ | 853.62 |
| Penalty Periods ___3___ x 18 %= 54 % | $ | 460.95 |
| Add interest of 1/2% per month when redemption period is extended from 06-06-2018 to 12-12-2018= 0.0 % | $ | 0.00 |

    SUBSEQUENT TAXES

| | | |
|---|---|---|
| Total Subsequent Taxes | $ | |
| Total Subsequent Penalty Clerk, Adver., Mail, Sheriff, Filing, Torrens & Court Costs Fees | $ | 17.44 |
| Redemption Fees | $ | 10.00 |
| Sub-Total | $ | 1,342.01 |
| Cost of Estimate | $ | 3.00 |
| GRAND TOTAL | $ | 1,345.01 |

NOTE: THE GRAND TOTAL IS
SUBJECT TO INCREASE.

ESTIMATE CHECKED & AUDITED
DAVID ORR

JUL 12 2017

APPROVED
COOK COUNTY CLERK

Sale penalties increase every 6 months from the date of sale. Additional penalty of ___18___ % amounting to
$___113.61___ added after ___12/6/17___

**THE ILLINOIS PROPERTY TAX CODE REQUIRES PAYMENT BE MADE IN FULL WITH CURRENCY, CERTIFIED OR CASHIER'S CHECK, EXPRESS OR U.S. MONEY ORDERS. NO PARTIAL PAYMENTS. ALL CHECKS MADE PAYABLE TO DAVID D. ORR, COOK COUNTY CLERK.**

IMPORTANT: PLEASE READ REVERSE SIDE




CL30

0825944   14 OF 16

**IMPORTANT: PLEASE READ THE FOLLOWING:**

1. Fees and subsequent taxes paid by the Tax Purchaser
   are subject to increase at any time.

2. Check the Property Index Number to be sure this is an
   Estimate Cost of Redemption for your property.

3. Print or type the owner's name in the upper right hand corner
   and a correct mailing address, either the owner's address or
   c/o someone, where any receipts should be mailed.

4. The Clerk's Office may not accept any partial payment.
   The Grand Total must be paid at one time.

5. Please note that if you mail a redemption, it must be
   **postmarked (U.S. mail) at least one day before the end of the
   redemption period.** If sent by private carrier, redemption
   **must be received on or before the last day to redeem.**

IF YOU HAVE ANY QUESTIONS CONCERNING THE ESTIMATE
COST OF REDEMPTION PLEASE CALL THE COUNTY
CLERK'S OFFICE, TAX REDEMPTION DIVISION AT:

### (312) 603-5645

IF YOU PAY THE ESTIMATE BY MAIL, ADDRESS THE ENVELOPE
TO:

      DAVID ORR
      COOK COUNTY CLERK
      TAX REDEMPTION DIVISION
      118 N. CLARK STREET - ROOM 434
      CHICAGO, ILLINOIS 60602

ENCLOSE THE ORIGINAL ESTIMATE COST OF REDEMPTION
AND THE PAYMENT. ALL RECEIPTS WILL BE MAILED TO THE
ADDRESS WHICH YOU HAVE PRINTED ON THE REVERSE
SIDE IN THE UPPER RIGHT-HAND CORNER.

# DAVID ORR
# COUNTY CLERK



## ESTIMATE OF REDEMPTION

**TAX REDEMPTION
DEPARTMENT**

Exhibit 2



## MARQUIS AURBACH COFFING

DIRECT LINE: (702) 942-2136
DIRECT FAX: (702) 856-8966
EMAIL: TCOFFING@MACLAW.COM

ALBERT G. MARQUIS
PHILLIP S. AURBACH
AVECE M. HIGBEE
DALE A. HAYES
TERRY A. COFFING
SCOTT A. MARQUIS
JACK CHEN MIN JUAN
CRAIG R. ANDERSON
TERRY A. MOORE
GERALDINE TOMICH
NICHOLAS D. CROSBY
JASON M. GERBER
MICAH S. ECHOLS
TYE S. HANSEEN
LIANE K. WAKAYAMA
CANDICE E. RENKA
DAVID G. ALLEMAN
CODY S. MOUNTEER
CHAD F. CLEMENT

CHRISTIAN T. BALDUCCI
BRIANNA SMITH
JARED M. MOSER
JONATHAN B. LEE
ADELE V. KAROUM
MICHAEL D. MAUPIN
PATRICK C. MCDONNELL
KATHLEEN A. WILDE
NEIL M. SANSONE
JACKIE V. NICHOLS
RACHEL A. SLOANE
JORDAN B. PEEL
TOM W. STEWART
JAMES A. BECKSTROM

JOHN M. SACCO
OF COUNSEL

September 6, 2017

Lisa Rasmussen, Esq.
601 South Tenth Street, Ste. 100
Las Vegas, NV 89101

Re:   Brookmere Loan
      Case No. 2-07-cv-00892-RCJ-GWF
      Our File No. 10746-5

Dear Ms. Rasmussen:

Enclosed please find a notice of a tax sale for property from Brookmere/USA Capital. You will recall nearly eight months ago, we filed a motion to discharge the receivership in this case. At that time, you represented that you would be forming a single asset entity to take possession and control of these properties. To date, despite several requests from our office and reminders regarding the same, nothing has been done. As you know, the receiver is no longer responsible for paying any taxes. However, he is in the position of having recorded a receiver certificate that may be jeopardized by the failure to pay taxes.

Demand is respectfully made that you rectify this situation immediately. In this regard, please contact my office so that we may discuss.

Sincerely,

MARQUIS AURBACH COFFING

Terry A. Coffing, Esq.

TAC:sm
Enclosure:  Notice
cc:   Tom Grimmett, Receiver

MAC:10746-005 3187362_1 9/6/2017 2:29 PM

TAX DEED NO. 2017COTD002927                    FILED  July 24, 2017

TAKE NOTICE

County of Cook

Date Premises Sold. . .August 4, 2015

Certificate No. . . 13-0004171

Sold for General Taxes of (year) . . .2013

Sold for Special Assessment of (Municipality)
and special assessment number...N/A

Warrant No.  N/A      Inst. No.  N/A

THIS PROPERTY HAS BEEN SOLD
FOR DELINQUENT TAXES

Property located at . . . 5000 West 203rd Street, Matteson, Illinois.

Legal Description or Property Index No.  . .31-16-203-009-0000

This notice is to advise you that the above property has been sold for delinquent taxes and that the
period of redemption from the sale will expire on December 15, 2017.

The amount to redeem is subject to increase at 6 month intervals from the date of sale and may be
further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing
taxes or special assessments to redeem the property from subsequent forfeitures or tax sales.  Check
with the county clerk as to the exact amount you owe before redeeming.

This notice is also to advise you that a petition has been filed for a tax deed which will transfer title
and the right to possession of this property if redemption is not made on or before December 15, 2017.

This matter is set for hearing in the Circuit Court of this county in Chicago, Illinois on December 29,
2017 at 9:30 a.m. in Room 1704, Richard J. Daley Center, 50 West Washington Street, Chicago,
Illinois 60602

You may be present at this hearing but your right to redeem will already have expired at that time.

YOU ARE URGED TO REDEEM IMMEDIATELY
TO PREVENT LOSS OF PROPERTY

Redemption can be made at any time on or before December 15, 2017 by applying to the County Clerk
of Cook, County, Illinois at the Office of the County Clerk in Chicago, Illinois.

For further information contact the County Clerk
ADDRESS:  118 North Clark Street, Room 434, Chicago, Illinois 60602
TELEPHONE:  (312) 603-5645.

Fair Deal of Illinois, Inc.<br>
Purchaser or Assignee.<br>
Dated August 25, 2017.

Exhibit 3



# MARQUIS AURBACH
## COFFING

DIRECT LINE: (702) 942-2136
DIRECT FAX: (702) 856-8966
EMAIL: TCOFFING@MACLAW.COM

ALBERT G. MARQUIS
PHILLIP S. AURBACH
AVECE M. HIGBEE
DALE A. HAYES
TERRY A. COFFING
SCOTT A. MARQUIS
JACK CHEN MIN JUAN
CRAIG R. ANDERSON
TERRY A. MOORE
GERALDINE TOMICH
NICHOLAS D. CROSBY
JASON M. GERBER
MICAH S. ECHOLS
TYE S. HANSEN
LIANE K. WAKAYAMA
CANDICE E. RENKA
DAVID G. ALLEMAN
CODY S. MOUNTEER
CHAD F. CLEMENT

CHRISTIAN T. BALDUCCI
BRIANNA SMITH
JARED M. MOSER
JONATHAN B. LEE
ADELE V. KAROUM
MICHAEL D. MAUPIN
PATRICK C. MCDONNELL
KATHLEEN A. WILDE
NEIL M. SANSONE
JACKIE V. NICHOLS
RACHEL A. SLOANE
JORDAN B. PEEL
TOM W. STEWART
JAMES A. BECKSTROM

JOHN M. SACCO
OF COUNSEL

September 19, 2017

Lisa Rasmussen, Esq.
601 South Tenth Street, Ste. 100
Las Vegas, NV 89101

Re:    Brookmere Loan
       Case No. 2-07-cv-00892-RCJ-GWF
       <u>Our File No. 10746-5</u>

Dear Ms. Rasmussen:

    Enclosed please find an invoice from Hoogendoorn & Talbot LLP regarding the above matter. You will recall nearly eight months ago, we filed a motion to discharge the receivership in this case. At that time, you represented that you would be forming a single asset entity to take possession and control of these properties. To date, despite several requests from our office and reminders regarding the same, nothing has been done. As you know, the receiver is no longer responsible for paying any invoices.

    Demand is respectfully made that you rectify this situation immediately. In this regard, please contact my office so that we may discuss.

Sincerely,

MARQUIS AURBACH COFFING

*Dictated but not read. Sent in Coffing's absence to avoid delay.*

Terry A. Coffing, Esq.

TAC:sm
Enclosure:   Invoice
cc:      Tom Grimmett, Receiver

MAC:10746-005 3198655_1 9/19/2017 8:50 AM

Exhibit 4

TAX DEED NO. 2017COTD002927                    FILED  July 24, 2017

TAKE NOTICE

County of Cook

Date Premises Sold. . .August 4, 2015

Certificate No. . . 13-0004171

Sold for General Taxes of (year) . . .2013

Sold for Special Assessment of (Municipality)
and special assessment number . . N/A

Warrant No.  N/A      Inst. No.  N/A

THIS PROPERTY HAS BEEN SOLD
FOR DELINQUENT TAXES

Property located at . . . 5000 West 203rd Street, Matteson, Illinois.

Legal Description or Property Index No. . .31-16-203-009-0000

This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on December 15, 2017.

The amount to redeem is subject to increase at 6 month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales.  Check with the county clerk as to the exact amount you owe before redeeming.

This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before December 15, 2017.

This matter is set for hearing in the Circuit Court of this county in Chicago, Illinois on December 29, 2017 at 9:30 a.m. in Room 1704, Richard J. Daley Center, 50 West Washington Street, Chicago, Illinois 60602

You may be present at this hearing but your right to redeem will already have expired at that time.

YOU ARE URGED TO REDEEM IMMEDIATELY
TO PREVENT LOSS OF PROPERTY

Redemption can be made at any time on or before December 15, 2017 by applying to the County Clerk of Cook, County, Illinois at the Office of the County Clerk in Chicago, Illinois.

For further information contact the County Clerk
ADDRESS:  118 North Clark Street, Room 434, Chicago, Illinois 60602
TELEPHONE:  (312) 603-5645.

MAIL TO THE FOLLOWING PERSONS:              DOROTHY BROWN
See Clerk's Rider Back of Page                        Clerk of the Circuit Court
                                                      Dated August 25, 2017.

TAX DEED NO. 2017COTD002927            FILED  July 24, 2017

## TAKE NOTICE

County of Cook

Date Premises Sold. . .August 4, 2015

Certificate No. . . 13-0004171

Sold for General Taxes of (year) . . .2013

Sold for Special Assessment of (Municipality)
and special assessment number . . N/A

Warrant No.  N/A      Inst. No.  N/A

## THIS PROPERTY HAS BEEN SOLD
## FOR DELINQUENT TAXES

Property located at . . . 5000 West 203rd Street, Matteson, Illinois.

Legal Description or Property Index No.  . .31-16-203-009-0000

This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on December 15, 2017.

The amount to redeem is subject to increase at 6 month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales.  Check with the county clerk as to the exact amount you owe before redeeming.

This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before December 15, 2017.

This matter is set for hearing in the Circuit Court of this county in Chicago, Illinois on December 29, 2017 at 9:30 a.m. in Room 1704, Richard J. Daley Center, 50 West Washington Street, Chicago, Illinois 60602

You may be present at this hearing but your right to redeem will already have expired at that time.

## YOU ARE URGED TO REDEEM IMMEDIATELY
## TO PREVENT LOSS OF PROPERTY

Redemption can be made at any time on or before December 15, 2017 by applying to the County Clerk of Cook, County, Illinois at the Office of the County Clerk in Chicago, Illinois.

For further information contact the County Clerk      **DOROTHY BROWN**
ADDRESS:  118 North Clark Street, Room 434, Chicago, Illinois 60602
TELEPHONE:  (312) 603-5645.

MAIL TO THE FOLLOWING PERSONS:      DOROTHY BROWN
See Clerk's Rider Back of Page      Clerk of the Circuit Court
     Dated August 22, 2017