# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE CO.,<br><br>　　　　　　　Debtor.<br>3685 SAN FERNANDO LENDERS, LLC, *et al.*,<br>　　　　　　　Plaintiffs,<br>v.<br>COMPASS USA SPE, LLC, *et al.*,<br>　　　　　　　Defendants. | Case No.: 2:07-CV-00892-RCJ-GWF<br><br>Bankruptcy No.: 09-BK-32824-RCJ<br><br>ORDER SETTING STATUS CONFERENCE |

IT IS HEREBY ORDERED that a Status Conference is set for 09:00 A.M., Friday, May 17, 2019, in Las Vegas Courtroom 4B, before Judge Robert C. Jones.

IT IS FURTHER ORDERED that the parties shall jointly file a Status Report with the Court on or before 5:00 P.M., Wednesday, May 8, 2019.

IT IS FURTHER ORDERED that out-of-state counsel who request telephonic appearances shall file a Request to Appear Telephonically with the Court on or before 5:00 P.M., Wednesday, May 8, 2019.

IT IS SO ORDERED.

Dated this 25th day of April, 2019.

_____
ROBERT C. JONES
Senior District Judge