**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In the Matter of: USA COMMERCIAL MORTGAGE COMPANY,<br><br>    Debtor,<br><br>INDIVIDUAL DIRECT LENDERS and LLC PLAINTIFFS,<br><br>    Plaintiffs -- Appellees,<br><br>v.<br><br>DAVID BLATT, Defendant -- Appellant,<br><br>And<br><br>COMPASS PARTNERS, LLC and COMPASS USA SPE, LLC,<br><br>    Defendants. | 2:07-CV-00892-RCJ-GWF<br><br>**ORDER** |

///

///

///

///

///

IT IS HEREBY ORDERED that the parties shall file a joint status report in this case within thirty days of the issuance of this Order. The report shall identify any and all remaining issues for this Court to resolve in this case. If there are no remaining matters before this Court, the parties shall so indicate, and the Court will close this case.

IT IS SO ORDERED.

Dated March 29, 2022.

_____
ROBERT C. JONES
United States District Judge